Darlene Wampole
May 26, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------X
DARLENE WAMPOLE,


                      Plaintiff,

        -against-     Case No.:  1:24-CV-24361-KMM

CARNIVAL CORPORATION

                      Defendant.
------------------------------------------------------X
                              May 26, 2025
                              10:00 a.m.


        EXAMINATION BEFORE TRIAL OF DARLENE

WAMPOLE, the Plaintiff, taken by the Defendant, was

held at the offices of Chinatex America Inc., 209

West 40th Street, New York, New York, pursuant to

Notice, before a Notary Public and Court

Stenographer in and for the State of New York.

A P P E A R A N C E S:

ARONFELD

Attorneys representing Plaintiff

Darlene Rene Wampole

1 Alhambra Plaza, Penthouse

Coral Gables, Florida  33134

BY:  SPENCER ARONFELD, ESQ.

Telephone:  305-441-0440
Email:  aronfeld@aronfeld.com

GRAY ROBINSON

Attorneys representing Defendant

Carnival Corp.

515 North Flagler Drive, Suite 650

West Palm Beach, Florida  33401

BY:  MICHAEL J. DRAHOS, ESQ.

Telephone:  561-268-5728
Email:  michael.drahos@gray-robinson.com

Darlene Wampole
May 26, 2025

I N D E X

EXAMINATION BY                                          PAGE

Michael Drahos, Esq.                                      4


                    EXHIBIT TO INDEX

DEFENDANT                DESCRIPTION                     PAGE

    A

Exhibits retained by Court Reporter.


INFORMATION REQUESTED

DESCRIPTION

PAGE

Darlene Wampole
May 26, 2025

D. WAMPOLE

D A R L E N E   W A M P O L E,

the witness herein, having first been duly

sworn by a Notary Public of the State of New York,

was examined and testified as follows:

COURT REPORTER:  Would you please state your full name for the record.

THE WITNESS:  Darlene Rene Wampole.

COURT REPORTER:  Would you please state your address for the record.

THE WITNESS:  44 Warren Street, Sayre, Pennsylvania  18840.

EXAMINATION

By Michael J. Drahos, Esq.:

Q     Thank you.  So good morning, Ms. Wampole.

A     Good morning.

Q     My name is Michael Drahos, I'm and attorney for Carniva and I will be taking your deposition today.  Have you ever done anything like this before?

A     One time with work there was a shoplifter

Darlene Wampole
May 26, 2025

D. WAMPOLE

and I had to go and say what I saw.  So that was it. I did the deposition and then I had to go to the trial.

Q    When you say for work, are you talking about your job at Kohl's?

A    I work in retail, yes. I saw the shoplifter.

Q    I don't know if that experience is going to be anything like today, probably not.  Most particularly because we're in a sound studio.  So let me talk to you a little bit about how this is going to go so we can do this as smoothly as possible and make sure we're both on the same page.

I'm sure you can tell, this is a formal question and answer session and I say formal in the sense because everything that is being said now and being copied down by the court reporter, so there is a way that we have to speak in order to make that work efficiently in fairness to both sides, but I came here in person because I am a true believer in the value of face-to-face interaction versus virtual.  So I do appreciate that you're here today as well, but there is a procedure that no matter what it's the same.  But first and foremost, let me

D. WAMPOLE

cover.  It looks like you're sitting in the plastic chair?

        A       I'm just nervous with the chairs.

        Q       We'll see how it goes, but by no means when we start do you have to go the entire time. It's not intended to be a marathon.  So if you need to take a break at any point in time for any reason, if you're not comfortable in the chair, we can stop and walk around and do whatever you need to do.

        A       Would they have a different chair besides this type?  Is that too much of a request?

        Q       I don't know.  We can look into that.

        A       This will work.  It's okay, let's try it.

        Q       Let's try it for a bit.  I'm sitting in the same kind of chair too, so it's a little bit, you know, we're going do our best.  My point though, is, if you need to take a break, let me know. Otherwise -- what I do, is I like to keep going and going until I feel like, you know -- but sometimes my judgment is off.  Also, the way we speak. Because everything is being recorded by the court reporter, we can't talk at the same time.  It makes it impossible for her to capture who is saying what.

                So we're going to have to work at it

Darlene Wampole
May 26, 2025

D. WAMPOLE

together in the sense of you have to let me finish my whole question before you go to answer. This way, she has exactly what I've said captured down, exactly what you said, and I think most importantly, is that you answer the question I'm intending.

Sometimes I may be asking a question and I'm going down a certain path and you think I'm talking about something else you're going to answer the wrong question. So if you nod your head today I know what that means. But when I go to read the transcript it's not going to be recorded. So if you do nod your head, I'm going to prompt you to say is that a yes or no.

I'm not doing that to be obnoxious, I'm honestly doing that so the answers are clear.

A    Yes.

Q    If at any point in time I mumble or legalize that you're not familiar with, let me know and I'll either repeat the question or say it differently. This way you'll understand what I'm asking you. I want to make sure that that's clear. So at any point in time for whatever reason you don't understand the question, let me know and I will rephrase it. All right?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     Yes.

Q     And lastly, I would prefer you not guess. there is going to be instances during this deposition where I ask you things that you're just not going to know the answer to.  Either because you didn't ever know it or you just don't remember.  Let me know.  And then maybe sometimes I'll say well give me your best guess.  We want to be clear on instances where you may be guessing in instances where this is your answer.  Let me ask the first part of this to know you a little bit.  That's more involved than I think you probably anticipate.  So let's start first with your name.

You are Darlene Wampole today.  Have you ever gone by any other names in your lifetime?

A     Yes.

Q     How many other different names have you had?

A     Two.

Q     Prior to prior to Darlene Wampole what was your name?

A     At birth I was Darlene Miller and my stepfather adopted me and I turned into Darlene Turner.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q      Approximately what timeframe was that when you changed your name?

A      I would say approximately second grade.

Q      And your current address?

A      44 Warren Street, Sayre, Pennsylvania 18840.

Q      How far is Sayre, Pennsylvania to Midtown Manhattan, where we are today?

A      Approximately four and a half hours.

Q      Four-hour drive?

A      Yes.

Q      How did you get here?

A      We drove.

Q      When you say we drove, who specifically are you talking about?

A      I drove, my son rode.

Q      That was your son who I met in the office?

A      Yes.

Q      And what was his name again?

A      Thomas Norley.

Q      How old is Thomas?

A      19.

Q      So you and Thomas drove down from

Darlene Wampole
May 26, 2025

D. WAMPOLE

Pennsylvania this morning?

A     Last night.

Q     And you stayed in the city?

A     I think it's Jamaica.  I stayed at my daughter's house.  It's not in New York City it's Jamaica.  It takes half an hour this morning to get here.  Queens.

Q     When you say your daughter's house, which daughter are you referring to?

A     Brook Berard.

Q     Can you spell her last name.

A     B-e-r-a-r-d?

Q     And Brook lives in Queens?

A     Approximately.  I don't know where everything starts and ends.

Q     But you were the one that did the entirety of the driving?

A     Yes.

Q     What kind of car do you drive?

A     2018 Nissan Pathfinder.

Q     How long has that been your vehicle?

A     Approximately three or four years.

Q     And as I understand it, you had some kind of retrofitting done to that car?

D. WAMPOLE

A    Yes.

Q    What specifically was done?

A    A left foot ADA compliant left foot accelerator.

Q    When was that put in?

A    March of '25.

Q    Who put that in?

A    Mobility Works.

Q    Where is Mobility Works located?

A    Allentown, Pennsylvania.

Q    Now is this the kind of thing that's permanently installed or can you take it out as you see fit?

A    Permanent.

Q    Do you own any other vehicles?

A    No.

Q    We'll talk about why that was put in later, but for now, I was curious.  What was your date of birth?

A    '76.

Q    Were you born in Pennsylvania?

A    Yes.

Q    What part?

A    Sayre.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    And the home that you told me about, 44 Warren Street, how long have you lived there?

A    Approximately 26 years.

Q    Is that a single family home?

A    Yes.

Q    How many bedrooms?

A    Six.

Q    How many bathrooms?

A    Two.

Q    How many stories?

A    Three.

Q    Who do you live there with, if anyone?

A    Right now it's just me.  Well, my son is in college, but...

Q    Where is he going to school?

A    Mansfield University.

Q    So when your son is not in college, he'll come home.  That's where he stays?

A    His sister.  He likes to stay there a lot.  This is his first time home.  This is his first year.  I don't foresee him staying there a lot.  I see him going to friends and his sister's a lot.

Q    And within the last five years has anyone

Darlene Wampole
May 26, 2025

                        D. WAMPOLE

else lived with you in your home other than you son?

A       Yes.

Q       Who else?

A       My sister and her family.

Q       What is your sister's name?

A       Danielle.

Q       The last name?

A       McClenny.

Q       Can you spell it?

A       M-c-C-l-e-n-n-y.

Q       And her family, who are you speaking of when you say that?

A       Her husband and their three children.

Q       When was the last time that they lived there?

A       March first-ish, approximately.

Q       Of this year?

A       Yes.

Q       How long had they been living there for?

A       Approximately six years.

Q       Any particular reason why they moved out?

A       They saved up enough money and bought a house.

Q       So other than your sister and her family

D. WAMPOLE

and your son, anyone else live in the home with you in the last five years?

A     Not that I can think of.  I think all my kids had been out by that time.

Q     Do you own any other properties?

A     No.

Q     Any prior marriages?

A     Just this, the Wampole one.

Q     Are you currently married?

A     No.  Divorced.

Q     What year did you divorce?

A     I don't remember.

Q     Approximately?

A     I can't even come up with a day.  It took a while for us to get divorced.  Approximately 2010. That could be way off, I don't remember.

Q     Was the divorce proceeding itself along contested litigation?

A     It was long but nothing was contested. We both finally signed the papers and we were done with each other, but it did take a while.

Q     What's his name?

A     Walter.

Q     Where was it filed?

D. WAMPOLE

A    Bradford County, he was the third?

Q    We touched upon your kids a little bit. Let me make sure I get them all identified.  We'll start with the youngest to eldest.  So your son you told me about earlier?

A    Yes.

Q    Remind me again what his name was?

A    Thomas.

Q    Last name Morley, right?

Q    And he's 19 you said?

A    Yes.

Q    And next?

A    Blair.

Q    Blair's last name?

A    Wampole.

Q    How old is Blair.

A    Twenty-four.

Q    And what does Blair do.

A    She's U.S. Air Force.

Q    And before Blair?

A    Paige.

Q    Meaning Paige later today, right?  Paige Shaw?

A    Yes, Shaw.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    How old is Paige?

A    Twenty-six.

Q    What does Paige do?

A    She's an RN in the operating room.

Q    Where.

A    Godfrey Clinic.  Robert Pecker Hospital.

Q    How long has she been there?

A    A few years.

Q    Has she ever provided any medical care to you?

A    No.

Q    Okay.  Before Paige.

A    Is Brook Berard.

Q    How od is Brook?

A    Twenty-eight.

Q    What does she do?

A    She's in finance and marketing.

Q    Did I get them all?

A    No there is more and then the next one is Adam Wampole.  He's retired Air Force.

Q    How old is he?

A    Twenty-nine.

Q    Okay.

A    And then there is one more.  Walter the

Darlene Wampole
May 26, 2025

D. WAMPOLE

IV and he's 30.

Q     What does he do?

A     He's active duty army.  He's in Egypt right now.

Q     Have you had a chance to visit in Egypt?

A     No.

Q     Where is your other daughter stationed in the Air Force?

A     She is, as of November, she's stationed in Wichita Falls, Texas.  She was in D.C. prior to that.  She is an honor guard.

Q     Any grandchildren?

A     Yes.

Q     How many?

A     I have four and there is one more coming.

Q     Which of your kids has the grandchild on the way?

A     Adam.

Q     What's the due date?

A     June 6.

Q     So taking just a step back to make sure I understand, did you grow up in Sayre?

A     Yes.

Q     Sayre, Pennsylvania area?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    Yes.

Q    What is the highest level of education you've obtained?

A    I have my bachelor's.

Q    Where did you go to High School?

A    Sayre.

Q    What year did you graduate?

A    '91.

Q    And where did you get your bachelor's?

A    Mansfield University.

Q    That's in Pennsylvania; right?

A    Yes.

Q    And what did you get it in?

A    I had a dual, business and education.

Q    What year did you graduate?

A    I think it was approximately in 2012 or 2013.

Q    Okay.  Did you go back at some point in time?

A    I did.

Q    When you say you got a dual in business and education, did you study them both at the same time or did you go back and get one degree after having obtained another one?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     I went to New London, a college there right after high school.  And I had a lot of my education credits and that was transferred to Mansfield and then I picked up business when I went back to Mansfield and I had enough credits to have both of them as a minor.

Q     Okay.

A     And my employer at the time closed in 2012/2013, so I only needed 30 credits to get my bachelor's, so while I was on unemployment I went back and finished my degree.

Q     Let's talk about employment.  Are you currently employed?

A     Yes.

Q     Who are you employed with?

A     Kohl.

Q     That's the clothing store; right?

A     Yes.

Q     And is there a particular Kohl's store that you work at?

A     Yes.  So it's number 35 and it's Horse Heads.

Q     Horse Heads?

A     Horse and then Heads.

D. WAMPOLE

Q     Pennsylvania?

A     New York.

Q     What is your job title at Kohl's?

A     Assitant manager.

Q     How long have you had that title?

A     I believe I went Kohl's in November of '22.

Q     So you were hired to be the assistant manager?

A     They recruited me, yes.

Q     And you've held that same position until present day?

A     Yes.

Q     What is the assistant manager at Kohl's do?

A     Everything.  You wear different hats at different times.  First off, mine is a lot with safety and security.  I make sure my team is safe, I make sure my customers are safe.  I do a lot with like, making sure the fire extinguishers are up to date.  Like I do a lot of the operational issues.  I do a lot of that.  But you also maintain customers, customer service, making sure that, you know, the sales floor is correct.  The sales are set, sign

Darlene Wampole
May 26, 2025

D. WAMPOLE

changes, processing trucks, making sure the shipment

gets out.  I would do everything in that store.

Q     Kohl's used to like do Amazon returns.

Are they still doing that?

A     So we are a test store.  We are not right

now, but other stores are.

Q     Would you have to handle that too?

A     I don't do as much cashier work as the

cashiers, they would do that.  But if there were any

issues, I would come up and address that.

Q     I guess that's my next question.  Are you

doing any point of sale transactions at registers?

A     I can, but I only if we need help.

Q     Okay?

A     We have specific cash register people.

Q     So if you're not at the cash register --

well, what days do you work?

A     It varies.

Q     You don't have a set schedule like every

Monday, Wednesday, and Friday?

A     No.  It's different every week.

Q     Who sets the schedule?

A     My manager.

Q     What is that person's name?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A      Jessica Flaitz.

Q      So she does the schedule every week and it's different?

A      No, she does the schedule the beginning of the month for the entire month for us. I'm an executive.  There are three executives.  So the management schedule is done a month in advance.

Q      So in other words, you know when you're working for the month of June ?

A      I will, she just hasn't posted it yet, yes.

Q      When does she post it?

A      It's probably in my email within the next couple days.  It's usually a week before the month starts.

Q      So how many days a week do you work?

A      Five.

Q      And does that include weekends or do you get weekends off?

A      It varies, but yes.

Q      So will there be circumstances where you wouldn't work at all on Saturday or Sunday or do you have to  typically work one weekend day?

A      No, I do get weekends off.  But that's

Darlene Wampole
May 26, 2025

                            D. WAMPOLE

part of my shift.

Q    So when you work five days a week, how many hours do you typically work?

A    Nine-hour days.

Q    So when does the store open?

A    9:00 a.m.

Q    So you would typically work 9 to what? 6?  7?

A    You -- so we come in two hours earlier, so it could start as early as 7:00.  There are shipment days where you can come in at 6:00.  I would probably be there from 7:00 to 4:00 or 8:00 to 5:00.  Or sometimes I close, which would probably be roughly a 12:30 to 9:00.

Q    So you say shipment days when shipments come in, what is your role?

A    This is a new process that's started. it started last month so I really don't know what my role is yet.  We're still being trained on that so, I can't comment on that because there's --

Q    What has it traditionally been before the new change?

A    I usually don't deal with the shipment. I usually come in after they have the truck cleared

Darlene Wampole
May 26, 2025

D. WAMPOLE

and then the product has to go to the floor.

Q      Okay.  So do you have any role in taking the stock or the product and putting it out for display?

A      Yes.

Q      What would your role be?

A      So we had U boats that are just --

Q      U boats?

A      Yes, U boats is what they call it. Is d they just filled out with totes of product that have to go out.  So I could be in charge putting out those certain U boats full of products wherever it goes on the floor.

Q      So they are like a shipment of dresses come in, you would take another box and put them onto the display physically?

A      They should be out of the box already. They should be on the rack.  So, yes, I would take them and put them out.

Q      So when you say you take them and put them out, do you take the rack and then wheel it out to where they want it to be on the floor?

A      So, yes, there is one so on the rack -- there are two different types of racks.  There is

D. WAMPOLE

one that has shelves and there is one that has clothing, so yes, depending on what rack has the merchandise on it, I would have to bring it out.

Q     Any plans to leave Kohl's any time soon?

A     I don't want to, but I'm having a hard time.

Q     Has there been any discussion with any leadership at Kohl's of you not being able to do your job?

A     Yes and no.  I'm a really good worker, so I can still out work a lot of people.  My upper half, I can't lift boxes anymore.  I can't get down to put stuff away, so I've had to have help and they -- my manager has noticed that I've needed help.  But they've been phenomenal, Kohl's has been really good.

Q     How long has Jessica been the manager there.  Was it Jessica?

A     Approximately six years.

Q     Is she the one who hired you?

A     No, her boss did.  Matt Lashway.

Q     Is Jessica your direct supervisor?

A     Yes.

Q     And who is Josh?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A      Who's who?

Q      I thought you said something?

A      Matt Lashway.  He's the district manager. He's her boss.

Q      Have there been any accommodation, specific accommodation that Kohl's had to make for you?

A      Yes.

Q      Can you tell me what they are?

A      I believe we've had a couple plans.  The first plan had I went back to work on a three-day basis.  I believe it was Wednesday, Thursday, Friday for three days.  They accommodated me with a reduced schedule when I went back to work.  They did accommodations if I needed to stand or sit throughout my shift and any days that I needed for my appointments they would adjust I believe that was my original plan.

Q      So tell me, when did you have --  what time period was it when you were working on the reduced schedule?

A      It was October until the end of January.

Q      Was there a period of time where you were out of work?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A      Yes.

Q      What was that timeframe?

A      April 24 until October 24.

Q      So then you came back from October to January and you were working three days a week?

A      Yes.

Q      Does that mean that as of January 2025 you're back to a full schedule?

A      Approximately, yes.  It might have been February '25, beginning of.

Q      Is there any doctors that you had to see through Kohl's to identify that you were capable of continuing employment?

A      No.  Not through Kohl's.

Q      During the time you were out, do you have any disability compensation or insurance policy of some sort?

A      Yes.

Q      Who was that through?

A      Through my employer was Sedgwick.

Q      What was the maximum amount of disabilty compensation that are you were entitled to when you applied for it?

A      I don't have that number.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     Did your return any October have anything to do with the benefits running out?

A     No.

Q     Who made the decision for you to return in October?

A     The doctor and me.

Q     What doctor?

A     The pain clinic and neurology.

Q     Specifically what doctors?

A     I believe it was Alissa Wells and Dr. Koh.

Q     The doctor you said was Koh?

A     K-o-h.

Q     He's a neurologist; right?

A     Yes.

Q     And also Wells is at the pain clinic?

A     Yes.

Q     Did they have to do any type of formal assessment?

A     So I was scheduled for -- they thought that this one procedure would help me, make things a little better.  So they didn't want me to go back to work until after I had that.  So that was the lumbar sympathetic block.  I believe that was approximatey

D. WAMPOLE

October 8th and I went back to work two weeks after.

Q    So did Sedgewick require you to go see any doctors at their request?

A    No.  It was my doctors.  There was another New York SIL.  They also covered with Sedgewick.

Q    I'm not familiar with that terminology, SIL.  What does that mean?

A    I think it's New York State Insurance. They cover a portion of the amount if you're on a disability.  I think nine was like 170 a week.

Q    And were you required to see any doctors for that?

A    Just my own doctors.

Q    So your doctors completed paperwork with New York SIL?

A    Yes.

Q    How much do you currently earn?

A    Oh, gosh.  I think I gross $3,000, so $6,000.  Can I add that really quick?

Q    However you'd like to do it.

A    Approximately $75,000.

Q    A year?

A    Yes, approximately because I don't have

Darlene Wampole
May 26, 2025

D. WAMPOLE

the exact number.

Q     Are you a salaried employee or do you clock or clock out?

A     Salaried.

Q     Do you receive any type of bonus or incentives of some sort?

A     Yes.

Q     How does it work?

A     There are estimated amount that they want to give at one time.  It's $2,000 a year but it could be anywhere from $1,000 to $4,000.

Q     So at the end of the year there is a discretionary bonus?

A     Yes.  It's based on how the sales -- how the store does and how I do.  And that's done in February or March.  Actually February.

Q     What bonus did you get this February?

A     I can't come up with that number.  I honestly can't remember.

Q     Have there ever been a year where you did not receive a bonus?

A     no.

Q     Has there been a year where you received the $4,000?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     No.

Q     So it's somewhere between every year between $1,000 and $3,000?

A     Yes.

Q     Do you have any licenses or certifications of any sort?

A     I do, but I don't know if they are still valid.  I was a proctor at my old job that I could do this program.  I helped people find jobs, so I had to be a proctor in order to like give tests and stuff.  So I was certified in three or four things that helped job seekers find jobs.

Q     So what prior experience are you talking about?  Is this before Kohl's?

A     Yes.

Q     What was the name of your employer?

A     Bradfored County Action, Inc.

Q     And that is some sort of a job referral business?

A     Yes, it's a nonprofit.  They help with education training and appointment services for Bradford County.

Q     And what did you do there?

A     I started as a youth case manager and

Darlene Wampole
May 26, 2025

D. WAMPOLE

worked my way up to career link administrator and that's in partnership with the Pennsylvania Department of Labor and Industry.

Q     And that was your last title before you left?

A     Yes.

Q     What was the circumstances that caused you to leave?

A     I was recruited to go back to retail.

Q     So other than the fact that you were recruited, what was it about the job at Kohl's that prompted you to leave?

A     They had a better 401K plan.  Like I started to think about my future and working for a nonprofit, the medical and everything was a little better at Kohl's than the nonprofit.  So like a lot of things went into that factor.  And I like retail too.  I like being busy.  I like always working.

Q     How long did you work for Bradford County?

A     For about ten years.

Q     So you left on good terms?

A     Yes.

Q     Who was your supervisor from there?

D. WAMPOLE

A       Penne Watkins.  She was the executive director.

Q       Since you brought it up, you said you had previously worked in retail.  Were you working in retail before Bradford?

A       Yes.

Q       What were you doing?

A       I was a manager at Fashion Bug.

Q       Is that like a franchise that's in the mall?

A       It was.  They were bought and sold out -- well, they were sold and bought out by a competitor and then they closed all the Fashion Bug stores, so that's why I had the time to go back to school in 2012, 2013 was when it was closed.

Q       Do you have any other forms of income other than working at Kohl's?

A       No.

Q       Like do you invest in bitcoin or anything like that?

A       No.

Q       So are you currently on any type of disability compensation?

A       No.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    So was the last disability compensation you received back in October of 2024?

A    I would say approximately.  I don't know. It went to November or not.  I just -- I haven't received anything.

Q    And as we talked about it was the Sedgewick and the New York SIL?

A    Yes.

Q    Why did you receive benefits for New York State if you live in Pennsylvania?

A    And I didn't know that they -- Sedgewick told me and my employer if you work in New York State they have some programs.  They will cover up to a certain amount because I didn't think I had to fill it out in the beginning because I was a Pennsylvania resident, but yes.  Because I work in New York.

Q    Other than those two entities, have you ever received any type of disability compensation before that?

A    Not that I can remember.

Q    Have you ever received any type of disability compensation through the United States government?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     Not that I can remember.

Q     And not other disability insurance carrier?

A     Again, not that I can -- no, I don't believe so.

Q     You told me that you're on unemployment for a period of time?  Was that through the United States government?

A     I was on unemployment.

Q     Through the U.S. government?

A     Is that from the government or is that through the state?  I think it's through the -- I don't know.  I don't know, I was on unemployment, yes.

Q     And that would have been during the period of time you were in school?

A     Well, that was the time when the store closed.  So I was on unemployment and that's when I decided to go back to school, yes.

Q     Any other instances where you have ever received any unemployment compensation?

A     What about when I had my children.  I was on disability.  FNLA leave.  So that could have -- yes.  But I don't know if that is through my

Darlene Wampole
May 26, 2025

D. WAMPOLE

employer or how that was.  But yes, I have that in my background.

Q    How about workers' compensation claims?  Have you filed any?

A    There is one but I didn't file it.  It was for medical.

Q    Okay.  Explain what do you mean by that?

A    I fell while I was working.  I fell.  So the worker's comp claim covered my medical bills.

Q    That would have been in 2019?

A    Yes.

Q    And you were working where?

A    The Bradford County Action.

Q    When you tripped over the curb?

A    Yes.

Q    No other workers' compensation claims other than that instance in your lifetime?

A    My mind is joggled, but I don't remember having one.

Q    Other than this case any other lawsuits that you've been a party to?

A    Yes.  Those ones that the mass market one that maybe they charged you too much on your cellphone and I got maybe $10 back.  A class action.

Darlene Wampole
May 26, 2025

D. WAMPOLE

I think I've been involved in a couple of those true my lifetime.  But that was just like a postcard. You sent it in and they send you a check for ten bucks.  But I don't remember what they -- you know, I don't --

Q      How many have you been a party to?

A      Two or three.

Q      There was one where they charged you too much for your cell phone bill.

A      I want to say that could have been it, yes.  And then like, something was wrong with the product, so they had to send people who use that product --

Q      What product?

A      -- maybe coasters or something.  I don't remember, these were years ago.

Q      And I think I saw something in your answers to interrogatories about unpaid medical bills.  What was that all about?

A      So I am shocked that that was on there, because I have paid all of my bills, but yes, I'm late on medical sometimes because I didn't have the best insurance and I didn't make the most money to pay them on time, so...

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q      Which provider that filed a small claim?

A      It is probably Guthrie Robert Packer Hospital because that's 99 percent where I go.  But I've been on payment plans with them forever so that's why I don't know why that's even on the file.

Q      Do you have an active claim against Robert Packer or do they have an active claim against you?

A      They shouldn't but they did find one that was there, but no, that can't be active, I'm up to date with everything so, I don't know.

Q      So does that mean you have a zero balance with your providers?

A      No.  Right now I do not, no, I do not.

Q      Which providers are you making payments to?

A      Guthrie clinic, Robert Packer Hospital, they are together.

Q      I've been having the hardest time trying to track down your medical records through Guthrie the various entities.  So when you say they're together, does that mean that Robert Packer hospital is an umbrella and Guthrie clinic is under them?  How does that work?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    So they are both one big building.  The clinic was on one side and the hospital on the other side.  I did hear though, that they are changing their billing because they want to go under an umbrella format.  I don't know anything about that.  That's all I know, but yes, it's the same area.  So if you need an X-ray while you're at your doctors, they'll just send you to the hospital for X-rays, then you go back to your doctors.  It's all in one -- it's all together they just bill separately before.

Q    So do you have a balance that you're currently maintaining?

A    My balance as of two weeks ago was $4500 for Guthrie.  I just took out a $2500 with CURAE is their provider.  I guess it's some sort of -- it helps -- I don't think it's a charge -- I don't know, it's something that helps you pay and then I have to do the other $2000 through them.

Q    Some $2500 is through CURAE.

A    Yes.  It's some financial program to help people that are behind.

Q    And the remaining $2000 is to Guthrie directly?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A      Yes.  And then there is Pivot.  I owe them money and I owe Dr. Bogden money right now.

Q      Who is Pivot?

A      Pivot athletico.

Q      Athletico?

A      Yes, it's an Athletico pickup.

Q      I don't know what that means.

A      That's for the home physical therapy that I've been going to for the past month or two.

Q      And what kind of balance do you have with them?

A      I do not have that number yet.

Q      Is it more or less than $1000?

A      I would say around $1000.

Q      Okay.  And then you mentioned a doctor?

A      Yes.  Dr. Bogden.  I believe her's is approximately $200.

Q      Is that mental health service?

A      Yes.

Q      It's around $200?

A      It's what I owe her now.

Q      How much does she charge per visit?

A      Depends on my insurance.  I think there are different amounts of what's left.  Anywhere

Darlene Wampole
May 26, 2025

D. WAMPOLE

from, I think I've seen $25 up to maybe $89 and that's approximate.

Q     Any other pending balance liens anywhere else?

A     Not that I can recall.

Q     Okay.  Ever been arrested for any reason?

A     Not that I can recall.

Q     Did you maintain any social media pages?

A     Yes.

Q     Which platforms are you on?

A     Facebook.

Q     Anything else?

A     I think I have a couple other ones on my phone.

Q     Instagram?

A     That's on my phone and Snapchat is on my phone.

Q     So when you say it's on your phone, do you actually have accounts?

A     I do.

Q     Your Facebook account, is that the one you use the most?

A     I don't really use any of them.

Q     That Facebook page itself, what's the

Darlene Wampole
May 26, 2025

D. WAMPOLE

name of it?

    A    My name.  ?

    Q    Is it public or private?

    A    I don't know.

    Q    When was the last time you posted anything on there?

    A    I may have liked something in the past publicly, but to post, it might be years.

    Q    Anything from the subject cruise?  And when I say subject cruise I mean the cruise that we're here to talk about today?

    A    No.

    Q    Anything on the Facebook page?

    A    No.

    Q    What about Instagram?  Have you put anything on there?

    A    No.

    Q    SnapChat.  Do you use it at all?

    A    With the grandchildren, they send pictures.  I just get in there and look at them on occasion.  I haven't been there in probably weeks. I might do a picture here or there, but that's it.

    Q    And you send them to your grandkids?

    A    Yes.  And they do like the group where

Darlene Wampole
May 26, 2025

D. WAMPOLE

they can send all of us a picture at the same time.

Q     So this will probably be the last of the easy questions.  Tell me about your hobbies.  What are you into when you're not working?

A     Walking, going for walks, playing with my dog, sewing, visiting my kids as much as I can. Being outside, gardening.  I love to garden.

Q     What kind of dog do you have?

A     Chocolate lab.

Q     Boy or girl?

A     Boy.

Q     How old?

A     I think he's about four.  He's 80-something pounds.  He's a big boy.

Q     And when you say sewing, what level of sewing are you talking about.  Do you sew a dress?

A     No.  I can make quilts.  But they are nothing I could sell.  They are homemade quilts. You can tell they were homemade.

Q     I can't sew anything I wouldn't judge. When you say you visit kids, like who are we talking about?  Which of your kids?  All of them?

A     Yes.  So when Blair was in D.C., I would take a weekend trip.  Walter was in Tennessee, I

D. WAMPOLE

would go see him.  Brook being in New York.  I visited all the time as much as I could.

Q    Okay.  Let me go back.  So Blair is in Wichita?

A    She's in Wichita Falls now.

Q    When did she get transferred there?

A    I think it was November .

Q    Of 2024?

A    Yes.

Q    And she was previously where?

A    D.C.

Q    And Paige, we talked about.  Where is she physically located?

A    She's in Waverly, New York, which is the next town over from Sayre.

Q    And then Brook?

A    New York City.

Q    Like Manhattan?

A    Queens.  Jamaica.

Q    Oh, right, right.  And then Adam?

A    He's in Columbia Crossroads now, which is Pennsylvania.

Q    How far is that from you?

A    Twenty minutes.  But he was stationed in

D. WAMPOLE

New Jersey and I would go see him a lot there.

Q    And Walter?

A    He's overseas now, but he's stationed on the Kentucky/Tennessee border.

MR. DRAHOS:  Let's take a break.

(Whereupon, there was a pause in the proceeding.)

Q    Ms. Wampole, we're going to transition into a next area here.  I tried to come here organized somewhat with a game plan and try and get this next section which involves your medical history.  We'll see if my prep is going to be well executed.  I'm going to find out.  What I'm planning to talk about right now just so that we're clear, is your medical care and your medical history before the subject cruise.

So if I start asking about providers who you have only seen exclusively after the cruise, I want you to tell me that because it's kind of unclear and that's part of the reason for today's depo to is to get this.  So before the subject cruise, who was your primary care physician?

A    Violetta Zeykan.

Q    And that is with the Guthrie Sayre

Darlene Wampole
May 26, 2025

D. WAMPOLE

Internal Medicine Group?

A     Yes.

Q     Can you tell me, there are four doctors that you would see there?  Zeykan, starts with a B, Bajacharya, Dr. B?

A     I believe I didn't see the other ones until after.  They were the ones that were on call the day that I went in after the cruise.  But my primary is Zeykan and her assistant.

Q     You're talking about Zeykan's physician assistant?

A     Zeykan and there is one other doctor there that would see me.  They were my primary.

Q     So Guthrie, has like different campuses it sounds like.  And in trying to figure this out, does that mean there is a different physical location where you would go to seek medical care?

A     Yes.

Q     So like the Sayre campus is different from the Corning campus?  They are in completely different locations?

A     Yes.

Q     But they are all under the same entity?

A     Yes.

D. WAMPOLE

Q    So I'm also familiar with I think it's a Dr. Pamula at the Guthrie Clinic in the Athens campus?  Who is that?

A    I tried her out to be my primary.  I think I went there for a couple years and then I transferred to the Guthrie Sayre internal medicine. She was referred to me by a friend and I didn't -- I just didn't like that clinic.

Q    So for how long, can you give me the period of time then, that you started with Dr. Zeykan?  And I'm going to assume that you're currently still with Dr. Zeykan?

A    Yes.

Q    So when did this switch happen from Dr. Pamula to Dr. Zeykan?

A    It didn't go right from Pamula to Zeykan. It went from Pamula to Guthrie Internal Medicine where I saw, there was a Dr. Kakhake.  She was my primary.

Q    Could you spell that for me?

A    K-a-k-h-a-k-e-l, I think.

Q    And she was with --

A    Internal Medicine Guthrie Sayre.  She left and that's how I got Dr. Zeykan.  She went to a

Darlene Wampole
May 26, 2025

D. WAMPOLE

different position.

Q     When did that happen?

A     A few years ago.

Q     Before or after COVID?

A     I think it was before, but I'm not sure.

Q     So you've been seeing Dr. Zeykan since at least 2020?

A     Possibly.  Without seeing the dates in front of me I can't judge time that well.  I know I've been going there for years but I don't have approximate dates.

Q     And then before Kakhake, that was Pamula?

A     I think there was one more in Internal Medicine and she left as well.

Q     And you don't recall that person's name?

A     Maybe Norris.  Guthrie is a training hospital, so they do get a lot of different providers that come throughout.

Q     So you're familiar with Pamula, then Norris, then Kakhake, and then Zeykan?

A     Yes.

Q     And that's the full extent of your primary physicians within the last ten years?

A     It sounds about right.  I've been at

Darlene Wampole
May 26, 2025

D. WAMPOLE

Internal Medicine for a while.  I like it there.

Q    So at the Guthrie Sayre Internal Medicine Group, you have like a monthly appointment, a bi-annual, annual -- what's your practice?

A    I think I was on annual unless something came up.

Q    So like do you go in for annual physicals?

A    Yes.

Q    When you say unless something came up does that mean like you get a head cold you go in there?

A    Yes.

Q    Are they managing any type of condition for you?  Do you have high blood pressure, for example?

A    They don't manage anything.  They refer.

Q    So is there any particular medicine that they manage for you?

A    Not that I can think of.

Q    So you go in there and see if you got a problem and they refer you to a specialist?

A    Yes.

Q    So let me kind of break down the

Darlene Wampole
May 26, 2025

D. WAMPOLE

specialist to make sure I understand their roles.
So is your current OB/GYN at the Guthrie Clinic
Sayre campus?  I'm aware of a Kimberley Bissel at
the Guthrie Clinic Sayre campus.  And I'm also
familiar with a Kimberly Wales at the Guthrie Clinic
Corning campus.

A     So the last one I believe I saw was the
Emily Wales in Corning and that was a few years ago.
And I haven't gone -- I haven't -- I don't go.

Q     But if somebody just walked up to you on
the street and said who is your OB/GYN, you would
say Emily Wales?

A     I would say I don't have one right now.
I've been with her, but not maybe a few times, but
nothing to establish that.  If that makes sense.

Q     Yes.  Do you have Crohn's disease?

A     So when I was little they did, say that I
did have that.  As I got older in my 20s they did
other tests and they said no, that it could be some
gastrointestinal -- they've done multitudes of tests
and I've not been crystal clear with them like watch
what I'm eating.

Some things upset my stomach more than
others.  And all of my girls have stomach issues.

Darlene Wampole
May 26, 2025

D. WAMPOLE

So there is just something there.  Nothing to where the fact that we can't live our daily life to that point where it's burdensome.

Q    But the fact of the matter, that you do not, as you sit here today claim to have Crohn's disease.  Is that what you're saying?

A    They said I had it when I was younger, in my 20s and they said they don't believe that I do have it.

Q    I don't think there is a cure for Crohn's.  That's the thing about --

A    No, they had me on medicine when I was younger, they told my parents not to give me certain foods because that would upset it.  Like corn on the cob, stuff like that they didn't want me to eat.  But, no, I've never been -- after my 20s and they did more tests they said that I didn't have that.

A    I'm familiar with a Jennifer Cornish who is a nurse practitioner at Guthrie clinic, Corning campus who has some sort of specialty in GI issues.

Q    Yes.  She's the one that I've been seeing more recently. I haven't been to her in years, but she is the most recent gastrointestinal.

Q    And then who Alise Nelson?  Is she a

Darlene Wampole
May 26, 2025

                    D. WAMPOLE

podiatrist?

          A     I think so, yes.  At Sayre.

          Q     At the Guthrie clinic Sayre campus?

          A     Yes.

          Q     When was the last time that you saw her?

          A     Years.

          Q     What was the circumstances?

          A     I can't remember if it was with the fall
of 2019 or not.  I can't remember.  I just remember
seeing her.

          Q     So we have records from her in 2019?
Would you have gone to see Elise Nelson following
the fall from 2019 -- oh, I'm sorry, at Bradford
County?

          A     I don't remember.

          Q     Do you recall a visit in 2019 following
the fall where you reported to Elise Nelson that you
were experiencing terrible back and leg pain from
cycling workouts?  Actually, never mind.  That had
nothing do with the fall.  So this was in early 2019
before that fall.  You went to Elise Nelson because
you were experiencing what you call terrible back
and leg pain from cycling workouts?

          A     I don't remember.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     And according to Elise Nelson's records, she referred you to physical therapy for what she called chronic low back pain.

A     I don't remember that either.

Q     Did you use to have a home exercise bike?

A     Yes and I did go to classes.

Q     So this episode that I'm talking about in 2019 where you were seeking medical care, what you believe to be pain caused by the cycling none of this rings a bell?

A     No.  I don't -- it must have all worked out.  It was not life long because I'm fine now.  I don't remember that.  I'm not saying it didn't happen, I just can't remember that.

Q     How about Allison Helmetsie.  She's a therapist at the Guthrie Medical Group who you were referred to for chronic low back pain again, specifically relating to this spinning workout that you were doing.  You apparently were referred there by the podiatrist.

A     I don't remember her either.  This was, what, five, six years ago?

Q     2019.

A     Yes.  I'm sorry, I don't --

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    So you're not saying that those treatments didn't occur, you're saying you don't remember them?

A    Yes.  I don't remember.  I can remember going to spinning classes and doing the bike, but I don't remember that.

Q    So let's talk about the fall.  That happened on August 16 of 2019; correct?

A    August of 2019, yes.

Q    Did you go to the Robert Packer Hospital ER following that incident?

A    I worked the remainder of my shift and then I went to the hospital, yes.

Q    To the emergency room?

A    Yes.

Q    Why did you go after your shift?

A    Because I didn't think anything was wrong.  I didn't think -- I thought I just sprained it or whatever.  I hate going to the doctor.  And then it wasn't getting any better, so I had to go to the emergency room.

Q    Tell me what happened during that particular event.

A    I went to get to the borough office to

D. WAMPOLE

get parking tickets, parking passes for the new

garage.  I was walking out and I toppled testimony

down the curb.  I just toppled down the curb.

Q    When you say you toppled down your curb,

I wasn't there so --

A    I fell.

Q    Fell forward?

A    Yes, I fell.

Q    Did you trip on something?

A    Just the curb.

Q    Did you trip on it with your right foot

or  your left foot?

A    I don't know.

Q    On your right foot or left foot and you

fell forward, when you say fall down, did you fall

down like a hill or something?

A    Well, it was slopy there.  I think that's

why -- well, I don't know why I missed the curb but

the curb was there.  I don't know how I fell, I just

know I went down.  I hit my chin, so I must have

went all the way down to the ground, because my chin

did get bruised.  So I must have hit all the way

down.

Q    So you fell, hit your chin.  Did you

Darlene Wampole
May 26, 2025

D. WAMPOLE

suffer any bleeding or bruising of any sort?

A     Yes, I hit my chin, I had my left wrist, my left knee, my left ankle, and my right knee.

Q     So according to the record you would have complained of left ankle and right knee pain; correct?

A     So I remember the whole left side being hurt.  I don't remember the right being as bad as the left because I would ride around -- I had a boot and I had to have a wheely cart to get myself around the office.  This leg was always on wheely cart and the right leg is what got me around.

Q     So according to the records, does this sound like an accurate description of what happened? You were 46 at the time, you presented with left pain, the right knee pain.  You were walking down two stairs with one of your colleagues and you had a fall?  Then you iced your ankle and noted that the swelling was improved but you still had pain when you attempted to walk?  And you were complaining of right knee pain.  Does that sound accurate?

A     That's possible, yes. I remember having issues with the left and my left wrist.

Q     Well, specifically as it relates to right

Darlene Wampole
May 26, 2025

D. WAMPOLE

knee, was there something that persisted following this fall of August 2019?

A     Not persistent enough that I would notice in the last how many years.  If it didn't hurt there, it didn't.

Q     Well, if the fall was in August of 2019, why did you go for an MRI of your right knee in January of 2020, approximately four months later?

A     I believe that's when the workers' comp was ending and he wanted to get a full -- he wanted to make sure that there wasn't something else wrong with my knee.  I think it was still sore at that point.

Q     Your knee was still sore five months after the fall?

A     I don't know.

Q     Well, in the specific record itself, the MRI report, they indicate here that you were complaining of persistent knee pain for four of the six weeks.  Is that an accurate description?

A     I don't remember that.

Q     You don't remember the results of that MRI?

A     No, I don't remember that either.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    Did anyone ever explain the results to you?

A    That I don't remember.

Q    According to the MRI report you were diagnosed with a Grade 2/3 cartilage damage in your right patella?  Does that sound correct?

A    I don't know.

Q    You also had tendinosis of the proximal teletendon in your right knee?  Does that sound right to you?

A    Again, I don't remember.

Q    Following the MRI of your right knee, you had an X-ray done of your right knee again?

A    Okay.

Q    Why?

A    I don't know.  I don't remember.

Q    Okay.  Here it says you were complaining of chronic knee pain?

A    It's been so long ago I don't remember, but if it's there in my notes then yes, I was going through something.  But this has taken care of itself.  I honestly don't remember my right knee hurting, but that was a long time ago.  I remember just the fall being my left ankle.  So I don't know.

D. WAMPOLE

Q    So you're not here to say that you did not have an MRI done of your right knee or two different series of X-rays done on your right knee, are you?

A    No.  If it's in my report then yes, I've had it, I just don't remember having them.

Q    Were you ultimately sent to a rheumatologist in April of 2022?

A    I believe rheumatology started in 2019, 2020.

Q    Yes.  Actually, it looks like you saw Dr. Freeman and Dr. Dhillon starting in 2019; right?

A    Yes.  My hair dresser noticed that my hair was falling out so I made an appointment with rheumatology at the Guthrie clinic, where I saw Dr. Dhillon who was remote only.  I believe she was stationed out of Texas.  I had clumps of my hair falling out.  I had big bald spots.  She referred me to Schweiger Dermatology and them she did tests where they found that I had an autoimmune disease.

Q    Was it Dr. Dhillonor Dr. Freeman who did all of this?

A    Dr. -- what was the name?

Q    Freeman.

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    He took over her patients.  I went to one of his appointments with him and was not -- I didn't like his bedside manner, so I found Dr. Lu-do at UHS.

Q    Okay.  So let me make sure I have this correct.  It would have been Dr. Dillon first, then you had one appointment with Dr. Freeman?

A    Yes.

Q    You didn't like him, then you moved to Dr. Lu-do.

A    Dr. Lu-do at UHS.

Q    Is your referral to Dr. Dhillon, the rheumatologist, in any way related to the fall that occurred in 2019?

A    The rheumatologist?

Q    Yes, ma'am.

A    That would have been for my hair.

Q    You didn't make any complaints to the rheumatologist of any intermittent pain through your body?

A    Well, I'm honest with the doctors.  So yes, if I had any pains anywhere, I would have said that.

A    So specifically, were you complaining of

D. WAMPOLE

pain in both your left and right hand, both your left and right ankle, your neck and your back along with fatigue and difficulty concentrating?

A    Yes, probably, yes.

Q    And those issues, of course were going on prior to the subject cruise; correct?

A    Yes.

Q    And as I'm aware, the first visit with Dr. Lu-do would have been in April 2022; correct?

A    Without having the dates in front of my, I'm not sure.

Q    Does that sound approximately correct to you?

A    Approximately, yes.

Q    So Dr. Dhillon and Dr. Freeman they're with Guthrie Sayre?  What is the entity that they practiced from?

A    What do you mean?

Q    I'm trying to get records from Dr. Freeman and Dr. Dhillon, what is the name of the group that they practiced?

A    They were at the Guthrie.  I do know that Dr. Dhillon was tele-remote and I believe she was out of Texas.  That's all I know.  And then Dr.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Freeman, I saw him in person.  So he was at that clinic in person.

Q     So according to Dr. Lu-do, is that a male or female?

A     Female.

Q     By the time you entered her practice, you had previously been diagnosed with what they called it, undifferentiated connected tissue disorder?

A     Yes.

Q     So that diagnosis was made by Dr. Freeman or Dr. Dhillon?

A     I don't know.

Q     What is your understanding of what an undifferentiated connective tissue disorder is?

A     So my definition and again, I'm not a doctor, but what they told me is that I have an autoimmune disease and it's like an umbrella, there is a million of them.  So they don't know what one or ones I could have.  They do know that some of my markers test high for certain things and that we were just going to keep an eye on.  All my lab works going forward.

Q     So how often were you seeing Dr. Dhillon before she ultimately left the practice?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    I don't know.

Q    Monthly, bi-annual?

A    I don't know.  I don't remember.  And I do apologize.  My brain is not here as much as I'd like.

Q    So when they say your markers test high for certain things, what specifically were they saying you were testing high for?

A    One of the things, I have the markers for Lupus, but I didn't have it high enough to tilt the scale on the deal.  And again, I don't know what all those other blood tests mean.  So they're -- they've done blood tests and they keep an eye on them.

Q    Okay.  So according to Dr. Lu-do's records when you did  your follow-up visit with her in April of 2022, she had a working diagnosis of fibromyalgia; is that correct?

A    She said that it could be heading that way.  She didn't -- I don't think I've ever been diagnosed with that yet.

Q    Explain to me what she said, specific to you about it, heading that way?

A    She named a lot of autoimmune diseases.  She mentioned that, she mentioned, oh gosh, what

Darlene Wampole
May 26, 2025

                    D. WAMPOLE

were other ones.  She mentioned about five or ten of

them.  Arthritis, rheumatoid -- like she named off a

whole buch of them.

     Q     According to my records, you would have

seen Dr. Lu-do at least three different times before

the subject cruise which goes to about every six

months.  Is that how this was working?

     A     Possibly.

     Q     So after the April 2022 visit when she

made this comment to you about it could potentially

heading towards fibromyalgia.  Did she ever tell you

that you did not have that?

     A     As far as I remember, I don't remember

her saying I did have anything or I don't have

anything.  We were still watching my markers.

     Q     And then according to our records you

would have gone back to see Dr. Lu-do in November of

2022 to complaining of joint disease.  Can you tell

me what was going on in 2022?

     A     I get stiff sometimes.

     Q     Well you're talking in the present sense.

But what I wanted to know --

     A     Yes, at that time I would get stiff on

occasion, yes.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    When you say you would get stiff, can you explain what you mean by that?

A    Like my proper stretching before I would do things, like before you exercise.  I'm not the most limber.

Q    What is thrombocytopenia?

A    I don't know.

Q    There are certain references to that of Dr. Lu-do having discussed that with you.

A    Can you tell me what that word means?

Q    I can't, unfortunately.

A    I know there are a lot of autoimmune diseases and there aren't really a lot of tests that can tell you exactly what you have.  So that's why she was really wanting us to do blood tests all the time so that we could keep an eye on anything that went up or down.

Q    Do you smoke?

A    No.

Q    Did you ever?

A    Maybe five in my entire life.

Q    Just using this timeframe here, because the visits in particular that we're focusing on is the visit with Dr. Lu-do in April of 2022, then a

D. WAMPOLE

follow-up in November of 2022, and then a follow-up after that on May 15th of 2023. Did all three of those visits your chief complaint was described as joint pain and muscle pain.

Can you explain for me beyond being stiff when you worked out, what exactly was it that you were feeling that was causing you to report this to your doctor?

A     So every time I went she wanted to know exactly where, if any issues I had so I would tell her. I don't feel like I was as limber as everyone else, I feel that my body and my whatever, that I was stiffer than I should have been, I thought I should be more limber, not as stiff when I was trying to do something.

Q     What muscle pain are you referring to when you're talking to Dr. Lu-do about how you're feeling?

A     I think it was just like in general. A feeling of not being limber, not being achy.

Q     Did you describe to Dr. Lu-do pain throughout your body that would migrate from one part to another from time to time?

A     Yes.

D. WAMPOLE

Q    Tell me about that.

A    I remember telling her about I'd be on the couch and my and all of a sudden my legs would be like, the restless leg syndrome kind of deal. And I would have to jump up and -- kind of like when you get a charlie horse -- I would have to jump up and stand.  I remember telling her that and she -- we talked about when I ate bananas when I did that when I was pregnant.

So we talked about watching what I ate, which was huge, watching my diet and that even fell into the gastrointestinal.  Watching what I eat was huge and how my body was going to feel better.  But I do remember telling her about the legs, that they did tingle and I would have to jump up, kind of like they both fell asleep to a degree, like a charlie horse.

Q    So the connective tissue disorder, Dr. Lu-do tried certain muscle relaxers first' correct?

A    I can't remember what she did try.  I know I was on oxy -- was it oxychloroquine -- Hydroxychloroquine.

Q    She had tried you on muscle relaxers for for the connective tissue disorder and that didn't

Darlene Wampole
May 26, 2025

D. WAMPOLE

work.  And she also tried you on medications for fibromyalgia and that also reportedly did not work either.

A     Okay.  Yes, I have a hard time with medicine working sometimes.

Q     So would it be an accurate statement for me to make to say that you had been to Dr. Lu-do multiple occasions before the subject cruise complaining of intermittent pain throughout your body that you had tried various medications for and was unable to ultimately successfully treat you with?

A     The pains were not anything that would deter me from my every day life.  So, yes, I was stiff, yes, I was sore, yes, we tried some medicines, but it wasn't anything to where we needed to go anymore in detail because, like, I still was able to do my -- like it didn't -- my day didn't change.  I was still able to do all of my stuff without it taking any control of my life.  I wasn't bad enough, that it affected every minute of every day.

Q     So how long had you been treating with Amy Bogden at the Redbird Mental Health?

D. WAMPOLE

A    So I don't -- I just found out a couple days ago she's not with Redbird, she has her own room in their office that she subcontracts.  She is an independent contractor and she has her own room there at their facility.  I believe I've been seeing her since May of '24.

Q    May of 2024?

A    I don't think it was before May.

Q    We have medical records from Amy Bogner that go back before that.

A    With Amy Bogden?

Q    Yes.

A    The earliest it would have been would have been April of '24.  I didn't meet her until after the 1st.

Q    So you've not seen Amy Bogden before the 1st?

A    No, I never.  I didn't know who she was.

Q    Have you been to any mental health at the Redbird physically or what do you call it?

A    I thought she was affiliated with Redbird, which she is not I guess, so the answer would be no then.  I dealt with her and she's an independent contractor.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     So does that mean then that no other treatment at Redbird by any other providers?

A     No.

Q     Have you received mental health care from anyone else before Amy Bogden?

A     I go to bariatric, which is the weight loss clinic and I've spoken to them before.

Q     What's the name of the weight loss clinic?

A     Sayre.  About three.

Q     What's the name of the provider that you see?

A     Starts with a V.  Verilin Worthington.

Q     Can you spell it?

A     I think it's Verilin, V-e-r-i-l-i-n, I believe her last name is Worthington.  She is on my list of doctors.

Q     All right, so Verilin Worthington for bariatric medicine?

A     Well, bariatric appointments.  I haven't done any medicine.  They counsel you on what you should eat and exercise.

Q     Have you had any type of bariatric treatment of any sort?

Darlene Wampole
May 26, 2025

                    D. WAMPOLE

A    Besides just verbal and my appointments, no.

Q    So then, who is Micah Gillan?

A    I don't know.

Q    Who is Donald Phykitt?

A    He works at the sports medicine clinic at the Guthrie, I believe.

        MR. ARONFELD:  What was Donald's last name?

        MR. DRAHOS:  Phykitt.

Q    He also could have worked at a walk-in clinic.  I think they are both in the same part of the hospital.

Q    How about Ann Pamula?

A    She was the one that was the primary at Guthrie, the primary for internal medicine.

Q    Okay.  Going back to Micha Gillan and Donald Phykitt, they were prescribing you Zoloft back in 2015?  Why were they prescribing that for you?

A    I don't even know.  I don't remember.

Q    Why were you taking Zoloft back in 2015?

A    I don't remember.  I don't know.

Q    Are you saying you have no mental health

Darlene Wampole
May 26, 2025

D. WAMPOLE

at that point in time?

A     No.

Q     You're familiar with what Zoloft is; right?

A     Would they prescribe that for sleeping?

Q     How about the medication Busear?

A     Who prescribed that?

Q     Ann Pamula.

A     These are from years ago.  I don't remember.

Q     Well, Zoloft is for depression, anxiety, post traumatic stress.  Do you know why a doctor would be prescribing that medication for you?

A     I was never depressed.  I don't know.

Q     Well, the Busear is specifically for anxiety.  Were you suffering from anxiety?

A     I do remember going to the hospital with chest issues and they thought I was having panic attacks.

Q     What hospital was that?

A     Robert Packer Hospital.  I can't speculate, I don't know, maybe that's why I was on the anxiety medicine.  I honestly don't remember, this was so long ago.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    What about diclofenac.  It's used to treat headaches and pain, also prescribed by Dr. Ann Pamula?

A    I don't know.

Q    You don't know why she was prescribing that medication for you?  Also prescribed by Adam Pasco.  Who is that?

A    He is the worker's comp doctor.

Q    So I just want to in one complete question to make sure we got it covered.  Is it your testimony under oath that you didn't receive any mental health treatment of any sort from type of provider before any doctor?

A    Not to my knowledge, no.  I don't remember those.  Just the weight clinic, that's it. Like I've never needed counseling.

Q    How often do you see Amy Bogden?

A    Once every couple weeks.

Q    We've been unable to obtain those records.  Redbird is being difficult.  You need to come in personally and fill out a waiver form.

A    So I only see her over the computer. They are two hours away from me, thought, the closest one.  But Amy Bogden said that all we have

Darlene Wampole
May 26, 2025

D. WAMPOLE

to do is call her and she would do whatever.

Q     Call Amy Bogden?

A     Yes, call her and you can get my records.
I gave her permission.

Q     So I guess we'll try that tomorrow and
see how it goes.

(Whereupon, there was a pause in the
proceeding.)

Q     Ms. Wampole, when weleft off we were
still going through some medical history and I have
a few more questions to ask about that.  Before the
subject cruise, have you ever had reason to see a
neurologist for any reason?

A     I don't remember if I've ever seen one.
I don't know.

Q     How about a neurosurgeon?

A     I don't remember.

Q     I want to make sure I'm understanding the
way you're intending that answer to be.  Does that
mean when I ask how about a neurosurgeon, you're
looking at me and saying I don't remember.  Are you
saying that it's possible that you may have seen a
neurosurgeon or is it your way of saying no, I don't
remember?  I just don't remember don't understand

Darlene Wampole
May 26, 2025

D. WAMPOLE

what tha answer means.

A   So I understand the question, I just don't remember ever seeing one, but I can't say 100 percent certainty.  I don't remember ever having seen either of those doctors, but I don't remember -- my mind is full of stuff, so I don't remember, I don't think so.

Q   Hour how about an orthopedist?

A   Probably.

Q   When you say probably what specifically would you have seen an orthopedist for?  Before the subject cruise?

A   For any injury that I might have had while playing a sport.

Q   Is there a specific injury you can recall?

A   In softball I can remember seeing doctors for my wrist when it got hit with the ball, but I don't remember what type of doctors I saw, but I don't remember any.

Q   That sounds like quite a long time ago.  How about within the last ten years?  Had you ever seen an orthopedist for my reason?

A   Not that I can recall.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     How about a chiropractor?

A     I don't remember.

Q     How about a pain management specialist?

A     I just started with this pain medicine clinic after the fall.  I don't remember going to one before hand.

Q     How about a physiatrist?

A     What is that specialty?

Q     Someone who helps recover from injury or helps -- not an orthopedic specialist but a doctor that kind of specializes in a type of therapy.  Not physical therapy, not occupational therapy, kind of like one step above?

A     That's possible.

Q     Why would you say that's possible?

A     Because that word sounds familiar, but I don't remember why.

Q     How about a physical therapist?

A     Yes, I've seen physical therapists.

Q     Can you tell me the names of the physical therapists you recall seeing before the subject cruise?

A     The fall in 2019 I went to the Towanda Guthrie campus and saw whoever got me.  So there was

Darlene Wampole
May 26, 2025

                    D. WAMPOLE

probably six or eight people I got on rotation.

     Q     Towanda, can you spell that?

     A     T-o-w-a-n-d-a.

     Q     So Towanda Guthrie?

     A     Physical therapy.

     Q     And that's located in?

     A     Guthrie Pennsylvania.

     Q     And for how long a period of time had you
been going to that particular physical therapy
group?

     A     It was months.

     Q     So months means what?  Two, three, six,
eight, nine, twelve?

     A     Maybe six.

     Q     So what type of treatment were you
receiving?

     A     Occupational therapy on my wrist and my
hand and they did treatments with my left ankle.

     Q     Nothing on the right side?

     A     All I remember is the left ankle had like
a machine and stuff on it and they did just like ice
cold baths and stuff.  I don't remember anything
else.

     Q     So does that mean you did not receive

Darlene Wampole
May 26, 2025

D. WAMPOLE

anything on the lower right extremity?

      A      That just means I don't remember.  My
pain was...

      Q      Your pain was?

      A      Mostly my left ankle and my wrist.
That's what I remember going there for.  Everything
else I don't remember.

      Q      And we're talking about MRIs that were
done on your right side, your right knee and X-rays
done on your right knee.  Other than receiving an
MRI of your right knee in January of 2020, do you
recall ever receiving an MRI on your right side of
your lower extremity for any reason?

      A      Not that I can remember.

      Q      What about an MRI at all prior to
January 2020, had you ever had an MRI done on any
parts of your body?

      A      Possibly.  I don't remember.

      Q      Other than the January 2020 right knee
MRI have you had an MRI done on your right knee at
any time point in time since then?

      Q      Can you reask that?

      A      Sure.  Since January of 2020 have you had
an MRI done on your right knee?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     I think they did one after the fall.

Q     After which fall?

A     This fall, the cruise fall.

Q     Where was that done?

A     The Guthrie clinic.  I can't say 100 percent certain, but I think they did.

Q     Have you ever had a brain MRI done?

A     I don't think so, but again, I don't remember.

Q     Have you ever had your memory tested by any professionals?

A     Not that I can remember.  I have White Coat Syndrome, so the whole hospital and everything that goes on there, I hear other every other word because it kind of grosses me out.  Like I passed out when I got my ears pierced.

Q     Did somebody diagnose you with White Coat Syndrome?

A     Oh, I didn't know that was a real thing. That's what they say when I go to give blood.  I have anxiety really bad when I go to give blood and any of that stuff so yes.  But no, I have not been diagnosed with that.

Q     Because it would seem to me like if you

D. WAMPOLE

forget a primary care visit or even a therapy visit, an MRI would appear to be a memorable event to me.

A    I've had multiples things where they do tests to test your stomach.  They take blood out. I've had numerous tests done.  I don't know what they're all called, I just do the blood test and I leave.  That's why I don't work in a hospital.  I don't do well with blood and guts and all that other stuff.

Q    So let's do it this way.  It sounds to me like the majority, if not all of your medical care, takes place through this Guthrie --

A    Robert Packer.

Q    Well, Robert Packer hospital, this Guthrie entity of sorts.  Have there been any instances where you've had your lower right extremity, meaning your right leg examined by a healthcare provider out of the Guthrie Clinic Sayre clinic medical entity?  Do you understand my question?

A    Yes.  As far as I can remember, no, except if my Dr. La-do, she looks at my whole body when I'm there for my rheumatology.  But she would not have ordered tests or anything.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    Do you know who Dr. Michelle McFarland is?

A    No.

Q    She's a physiatrist.  Do you know when you would have seen Dr. McFarland?

A    Is she from Guthrie?

Q    Yes.

A    Occupational?

Q    Yes.

A    Could that have been after the fall of 2019 -- okay, I don't remember.

Q    You don't know if you saw Dr. McFarland before or after the cruise?

A    Oh. that name doesn't sound familiar of anything recent.

Q    So does that mean that you saw Dr. McFarland before the cruise?

A    To the best of my recollection, yes, but I don't remember that doctor.

Q    Dr. Adam Pasco.  I'm not sure if we talked about him yet.  He's an occupational medicine doctor.  Do you remember him?

A    Yes, I remember him.

Q    What did you see him for?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    The workers' comp fall.  And I remember him because he refs games on the side.

Q    And then Dr. Philip Lowry.  He's a hematologist.  What were you seeing him for?

A    So that was with the rheumatology.  They wanted to see the blood count.  So they sent me to him for a visit to check my blood count and they had a meeting with him.  He said everything was okay, so I didn't have to go back.

Q    Can you tell me the total number of times that your right leg has been imaged prior to the subject cruise?  And when I say image, I mean X-rays, MRIs, any type of CT, any type of device that captures a picture of the abnormality?

A    I'm 52.  I have no idea how many times that has been done in my life.  I know it has been some, I just don't know how many times.

Q    How about the total number of times you've been to the emergency room prior to the subject cruise?

A    In my lifetime?

Q    Yes.

A    Approximately 20, 15.  I don't go to the emergency room, really.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    Fifteen to 20 times seems like a lot.

A    It does?

Q    To the emergency room?  I've been to the emergency room once in my life.

A    Oh, I've been at least three or four.

Q    Three or four or fifteen or twenty?

A    That's what I remember.  Our hospital also never had walk-ins until the last few years. Oh my God, I don't know.  I don't know how many times I've gone to the emergency room.

Q    I'm aware of Robert Packer hospital. What other hospitals would you have gone to the emergency room at?

A    That's it, just Robert Packer.

Q    Just Robert Packer?

A    Yes.  I don't believe that I've ever gone to another emergency room.

Q    What about hospital admissions?  Have you been admitted other than for the birth of your children, have you been admitted to the hospital for any reason prior to the subject cruise?

A    Yes.

Q    How many times?  Again, excluding the birth of your children?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    I can think of only two times.  I'm not saying that there is not more.

Q    What are the occasions?

A    I had internal bleeding so they had to admit me then.

Q    You're talking about the internal bleeding.  When was that first of all?

A    That was from the hysterectomy.  2006, approximately.

Q    Where were these hospital admissions all at the same hospital?

A    Guthries.

Q    Does that mean literally --

A    Sayre, Sayre.  The Sayre one.

Q    So the only time you've stayed in a hospital overnight would be Guthrie Sayre clinic?  Is that a yes?

A    Yes.

Q    And the two that you recall would be for the hysterectomy and internal bleeding following the hysterectomy?

A    Yes.  I was supposed to leave, they realized something was wrong.  They kept me a couple more days and then they had me go home and then I

Darlene Wampole
May 26, 2025

D. WAMPOLE

had to come back in a couple more days.

Q    So other than the hysterectomy, any other surgical issues excluding the birth of your children?

A    Dental surgeries, I guess.  I can't remember any other surgeries.

Q    Any alcohol or drug abuse history?

A    No.  But I just thought of a surgery that I had.  It was a lumbar sympathetic block and that was October 2024.

Q    Where was that down?

A    Guthrie Sayre.

Q    Who was the doctor that performed that?

A    Dr. Lockhart.

Q    Lockhart?

A    I think it's Lockhart, L-o-c-k-h-a-r-t;. And he's with Dr. Wells.

Q    Remind me who Dr. Wells is?

A    The pain clinic.  I see her but he did the procedure.

Q    So before the subject cruise in April of 2024, did you own a pair of crutches?

A    Yes.

Q    What medical devices other than crutches

Darlene Wampole
May 26, 2025

D. WAMPOLE

did you own prior to the subject cruise?

A    I have my left boot, but I don't know if I still have it.  I had a left boot that I used.

Q    Any other mobility devices?

A    No.

Q    When did you buy that cane?

A    This one?  Within the last few months.  I bought multiple canes.  I don't remember the exact date I bought this one.

Q    Prior to the subject cruise, have you ever owned or rented a cane?

A    No.

Q    Prior to the subject cruise have you ever owned or rented a wheelchair?

A    Not a wheelchair.

Q    Anything else?

A    Yes.  I called it a wheely cart.  It was so that this leg could sit on the cart so I can go around.  Like a walker but smaller and it had a place that I could rest my knee and my foot and this leg do all the work.

Q    So you had a walker for your left knee and foot?

A    I don't think it's called a walker, I

Darlene Wampole
May 26, 2025

D. WAMPOLE

think it's a mobility cart.

Q    Do you have a picture of it?

A    No.  I rented it from the Guthrie Sayre medical device depot, I believe.

Q    Any other medical devices that you own before the subject cruise?

A    No, none that I can think of.

Q    Okay.  What medications are you taking today, if any?

A    Voltaren gel and pill.

Q    Who prescribed that for you?

A    Voltaren pill is the pain clinic, so Dr. Wells.

A    Voltaren gel is Dr. Koh, the neurologist. Wellbutrin, that is Dr. Koh, and then there's more. Pregabalin.

Q    Who prescribed that one for you?

A    That might be Dr. Koh as well.  Zofran and that's also Dr. Koh.

Q    Did you take any of those medications before the subject cruise?

A    Like in my entire life?

Q    Yes.

A    I might have taken the Zofran before

Darlene Wampole
May 26, 2025

D. WAMPOLE

because that's for nausea so I think I've tried that before.  And the Voltaren cream for the fall of 2019 he prescribed that.  The other ones, I don't remember.

Q    Wellbutrin is a mood stabilizing drug?

A    Possibly.

Q    What are you taking that for?

A    They thought that it would help to calm me.

Q    Have you been on a cruise before the subject cruise?

A    Yes.

Q    How many times?

A    This was my third one.

Q    Which cruise lines did you cruise on before the subject cruise?

A    Exclusively Carnival.

Q    What ships?

A    I think the first one was called Freedom it started with an F, it's been retired.

Q    Fascination or Freedom?

A    No, it was a little one.  I think it was with an F.

Q    How about the second ship?

D. WAMPOLE

A    Conquest.

Q    And how were those two experiences?

A    Fantastic.

Q    No complaints or criticisms about your experience?

A    No, I loved it.

Q    Any reason to seek medical care on any of those two cruises.

A    On the Conquest they had a really rough day at sea, so everybody went and got something from guest services for seasickness.  But that was it. And that was only one day of that cruise.

Q    So let's talk about the subject cruise. Who booked this cruise?

A    My daughter Paige.

Q    Any particular reason why?

A    Gathering of families.

Q    Who attended?

A    Me, my daughter Paige, her best friend Lara and her future mother-in-law Beth.  She's her mother-in-law now.

Q    What's Beth's last name?

A    Shaw.

Q    And Lara?

D. WAMPOLE

A     Lara May.

Q     She's still friends with her?

A     Yes.

Q     Who did you room with, if anyone?

A     All four of us were to room together.

Q     Have you ever been on a cruise with any of them before?

A     Yes.

Q     Who?

A     Paige.

Q     Why did Paige book the cruise?

A     Because it was her idea.

Q     Did Paige pay for it as well?

A     No.

Q     Who paid for it?

A     We each paid our own way.

Q     Did you bring any medicine aboard the ship?

A     I don't think I did.

Q     Did you bring any medical devices?

A     No.  No, I did not.

Q     Do you know when the last medical treatment would have been for you before the subject cruise, meaning who was the last provider you had

Darlene Wampole
May 26, 2025

D. WAMPOLE

seen?

A    Yes, it was at the weight clinic, so the bariatric clinic.  It was in March of 2024.

Q    And who is the doctor that you would have seen there?

A    It was either Dr. Worthington or it would have been her assistant Jessica.

Q    Any particular reason why you were seeing Dr. Worthington or Jessica in March of 2024 before this cruise?

A    Yes, I'm trying to eat healthier, I'm trying to make myself accountable, trying to get some tips.

Q    How about before this clinic; when would have been the last time that you would have seen any healthcare providers?

A    I can't tell you.  I know COVID happened and then I haven't really gone back to a few of them.

Q    So I'm aware of Dr. La-do?

A    Yes.

Q    We talked about in May of 2023, did you see Dr. La-do at any point after May of 2023 but before the cruise in 2024?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A      I don't remember.

Q      I'm going to mark this as Defendant's Exhibit A of the deposition.

(Whereupon, a movement report was marked as Defendant's Exhibit A for identification as of this date.)

This is what we call a movement report. It tracks each and every time you get on and off the ship.  Do you see that there?

A      Okay.

Q      I know it's a pretty small print, but we have to figure out a way to print this bigger. According to our records you boarded the ship at 11:17 a.m., on April the 5th out of Miami?

A      Yes.

Q      How did you get from Pennsylvania to Miami?

A      We drove from Pennsylvania to New York City and took a plane from New York to Fort Lauderdale and took Uber from Fort Lauderdale to Miami.

Q      That's a lot of logistics.  Did the four of you traveled together?

A      Yes.

D. WAMPOLE

Q    What did you do on the ship leading up to the incident?

A    They let us go on early.

Q    Any particular reason why?

A    They just said come on in, come on in, we didn't know about traffic, so we got there a little bit earlier anyway and we got on before our time. and they said, no, come on in.  So they checked us and we did, we went through the paperwork process. Lara had never been on a ship before, I don't believe, so we were taking our time and showing her things.

So we went to the back of the boat, I think we went to the middle first where the buffet is.  Then we went to the back.  I believe they showed Lara the -- Paige showed Lara where the pizza joint was and then we went on the most outer top part of the back, took our picture there.

We did pictures leading into the cruise too when we did the paperwork and then we started walking around and ended up at the spa.  We took a tour of that.  We all signed up for massages for later that night and then after the spa, we worked our way to the front of the ship and that's where we

                    D. WAMPOLE

were.

     Q     Okay.  So where specifically did this incident occur?

     A     The very front.

     Q     Which side of the ship?  The left or the right?  Do you understand what I mean by that?

     A     Yes.  Almost smack dab in the middle, left of the middle.  Here is the middle, left of the middle but right in the middle.

     Q     So if you're standing on the ship and looking towards the front of it, it would happen on the left side, what we call the port side of the ship.

     A     It happened almost in the middle of the ship, so yes.

     Q     What step?

     A     They are not numbered, it's the hot tub deck.  I think it's like 14 or 15.

     Q     Had you ever been in that area before?

     A     Yes.

     Q     How many times had you been in that area before the incident?

     A     On that day?

     Q     Had you been on that ship before?

D. WAMPOLE

A     Yes.  We were on that ship the year prior.

Q     So you had been on that particular ship before that?

A     Yes.

Q     You were on the --

A     In June -- the end of May, beginning of June of the year before.

Q     That particular area where you were standing at the time of this incident, had you ever stood in that particular area before?

A     Yes.

Q     Tell me anything about your experience that you remember prior to this experience, of course.

A     It was great.  I watched us leave Miami when we were coming back to Miami.  I went and watched us coming back in.  On the 2023 cruise we were all over the place.  I was with a bunch of my daughter's friends.  This was their bachlorette party.  They were in the hot tub.  We were all over that ship.

Q     So do you remember anything about your prior experience at all about the condition of the

D. WAMPOLE

area where this incident occurred beforehand that was in any way troubling to you or out of sorts or just not esthetically pleasing in any degree?

A    I didn't look for anything, but I didn't see anything.

Q    Did anyone ever make any complaints at all about the continue condition of the ship during your prior cruise on the Conquest?

A    I don't think the condition was discussed at all.  I don't remember any remarks being made either for or against the condition.

Q    So when you approached the area on the date in question, did you notice anything differently about that particular area in your prior experience?  Did it look worn out or used or beaten up anything of that sort?

A    Honestly, I didn't look.  I wouldn't know if it was damaged or not.  I would not have noticed anything.

Q    What happened?

A    So I turned around first to walk and the next thing you know the floor teeter tottered and I fell in the hole.

Q    How long had you been in that area on

Darlene Wampole
May 26, 2025

D. WAMPOLE

that particular cruise before the incident occurred?

A    Five minutes, ten minutes.

Q    Anyone else walk through that area before you?

A    Not that I saw.  We had that -- we were there by ourselves.

Q    You stepped on it and it fell through?

A    It teeter tottered, I fell through a section.

Q    What does that mean exactly?

A    Do you know how a teeter totter goes?

Q    Like a see saw?

A    See saw, yes.  So one fell and the other part went up.

Q    As far as you're aware, you're the first person to have stepped in this area on this particular cruise?

A    Yes.

Q    So it fell through.  What happened?

A    Well, I fell in the hole and it happened really fast.  Next thing I knew I twisted and sat down because I couldn't get up.

Q    When you say you fell through, did your entire body fall through or just one leg?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A       Both legs were beat up, so I think both legs fell through.

Q       What stopped your fall?

A       The bottom.

Q       Underneath?

A       Yes.  It was like two or three feet.  So the hot tub is here, this is the hot tub deck and I fell.  I think it was only like two or three feet.  It wasn't a full.

Q       Okay.  So when you say it see sawed, did one side of the wood make contact with your body at all or did just the bottom give out and you fell?

A       So here's the board.  I think I stepped here and fell in, which made this board go like that.  I don't remember the board hitting me.  I just remember me hitting the bottom and getting scratched up and stuff.

Q       What caused the scratches?

A       There was nails and glass in there.  So I had to get a tetanus shot.

Q       In that little hole?

A       Yes.

Q       And as I understand it, your friends Lara and Beth were not there at the time this happened?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     They were there.  We were all four there.

Q     All four?

A     Yes.

Q     Did they see what happened?

A     I was walking first.  I believe they saw what happened.

Q     I'm going to hand these all to you. We're going to mark is as a composite Defendant's Exhibit B and after the deposition, I'm going to count off the total number of pages in these.

(Whereupon, photographs were marked as Defendant's Exhibit B for identification as of this date.) Composite Exhibit B is a stack of photographs produced by your attorney in this case. do you recognize those photographs?

A     Yes, but not all of these are cruise pictures.

Q     Can you remove -- it may take a few minutes but I'd rather we do it right now -- can you go through that stack of photographs and just isolate some of these pictures that were taken during the cruise.

A     So this is with the hotel after the cruise.  Do you want that?

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     If it's not from the cruise, let's take it out.

A     This is from the day after I left the cruise.

Q     Did you have any more from the day after, hand them to me.

A     This is the day after, a day or two after.

Q     If they are not photos then take them out all together, if you don't mind.

A     Okay.

Q     And where are these?

A     Just the summer since the fall.

Q     Okay.  So let's do it this way. Composite Exhibit B is going to be all the photographs from the cruise, so let's put those there for a second.  Composit Exhibit C is going to be the day after the cruise.  Composite Exhibit D is going to be the second day after the cruise?

A     I would say a couple days after.

Q     Couple days after, all right.  And then Composite Exhibit E is going to be this summer?

A     Those are from --

Q     This looks to me like you're in an

D. WAMPOLE

airport somewhere.

A      Yes.  I had a grandbaby, so those are from the fall til now, so the past year.  That one is not.  That's when I went to the dermatologist, that's the one from my hairdresser.

Q      And these photographs would have been what, 2019?

A      Yes.  That's why I went to the dermatologist in the first place, yes.

Q      So going back over it again.  So Exhibit C, the cruise ended on April 8.  That means Exhibit C is April 9?

A      No, because the 8th we left in the morning and we were supposed to go to Fort Lauderdale and hang out and we had to take that hotel so that is April 8th, because we flew back April 9th.

Q      And Exhibit D would be April 9th?

A      Or the 10th or the 11th.  That week I don't know.

Q      April 9 through 11?

A      Sure.  Sounds about right.

Q      And what is the timeframe that encompasses Exhibit E?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A    May 2024 to -- no, it was June. June 2024 until May 2025.

Q    Can you put that one last?  The one that is May of 2025, could you put that one last?

A    Yes.

Q    Going back to what we were talking about, falling in the hole.  Would you mind handing me back Exhibit B for a second.  There is more than a dozen photographs of you sitting in this area, which I'm thinking to mean they were taken immediately after the fall?

A    I think a few minutes after.

Q    Who took the photographs?

A    Paige did.

Q    Why?

A    Well, at first I think she thought it was funny that I tripped and then I wasn't getting up so then she took the photo.

Q    When it wasn't funny anymore why was she taking photos?

A    Because I fell in a hole.

Q    Were you contemplating a lawsuit at that point?

A    Honestly, no.  I was going to customer

Darlene Wampole
May 26, 2025

D. WAMPOLE

service and I was going to go down there and, you know, hey listen, I fell in a hole.  Like, this isn't how my trip was supposed to be.  No.  At no time was I thinking lawsuit.

Q    Even when these photographs were being taken of your leg.

A    I'm sorry, can you just repeat that?

Q    So all of these photographs that are taken of you sitting here in this area where you fell, none of those photographs were taken for the purposes of a lawsuit?

A    No.  I've learned to take pictures with my hair falling out and stuff so they want the before and after, so I wanted to before what was wrong with my leg and to see when it gets back to the after.

Q    So why all the photographs of your leg?

A    Because they were a mess.  I had scratch marks, they were bruising like crazy.  I had just fallen in a hole and I couldn't get up.

Q    So that's a good question.  When you fell in the hole, were you capable of getting out on your own?

A    No.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     How did you get out?

A     I sat there for some time and then Paige helped me get up.  I hobbled over to a chair.  And then Carnival had a wheelchair but that was on the floor below us.  They couldn't come to our floor. So I had to use my arms and go down the stairs every step with this leg to try to get down to the wheelchair.

Q     How about this photograph here?  Is that a closeup of your face?

A     I don't know how that ended in there.

Q     What were you taking a picture of?

A     Me being so sad.

Q     Why did you take that picture?

A     So that when I'm having bad days, I can remember I had worse days so I can get better.  This is bad.  I don't know why that's in there.

Q     What about the photograph here of the food?

A     I stayed in my room a lot.  So I just took a picture that I was in my room for room service.

Q     Why?

A     To remind me of what a crappy cruise I

Darlene Wampole
May 26, 2025

D. WAMPOLE

had.  It was terrible.

Q     So the pictures that are being taken of your leg and the room, those were all taken by you?

A     No.  Some were me and some were Paige.

Q     So either you or Paige took these photos?

A     Yes.

Q     So here's a picture, it's got a Bates stamp of 2H3 on it.  Are you in that photograph?

A     I am.

Q     Is that you on the edge on the right?

A     It is.

Q     What day was that taken?

A     That same day of the accident.

Q     Before or after?

A     That was taken right before, in the back of the ship.

Q     This picture here, it looks like there is a new piece of wood on there.  Did you take that picture?

A     I did not, Paige did.

Q     Why was that picture taken?

A     Because I wanted to know -- everybody wanted to know how big the hole was and we didn't have any size.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q     What day was it taken?

A     Must have been the next day because I had a meeting to meet with security because I wanted to get my notes, because I had to go to my own doctor so I wanted to know exactly everything.  I needed to get the medical record because they said three to five days I was good to go.

Q     So going back to this particular picture, it look like fresh plywood on there.  Paige took that on what particular day?

A     You would have to ask her.  I don't know. I think she took it the day after, but I don't know.

Q     You were saying that it was taken to show the size of the hole?

A     I don't know why she took it, I just wanted to see the area that I fell in.

Q     Did you ask her to take the picture?

A     I don't know if I asked her, but I did want an area, yes.

Q     Why was that significant to you?

A     Because who I was talking with at Carnival, guest services, I asked her for a wheelchair and I had to fight, I didn't get it until 10:30 at night.  I asked her for a shower that I

Darlene Wampole
May 26, 2025

D. WAMPOLE

could sit in.  I had to fight to get that.  They told me they didn't have one available.  I got that at 11 o'clock at night after they told us not to unpack.

I said I wanted a meeting with guest services.  Oh, sure 9:00 o'clock this morning you'll have one.  10:30 they're still not in there.  I had to fight for everything that I got.  I wanted a picture so when I did make my complaint about this customer service, I had a picture of this is what I went through.  So, yes, it was for customer service, it was to complain because all they needed to do was help me out and they did not.

Q     Were you put in an ADA cabin?

A     The very first night I had to fight to get that.  The man told me they didn't have any available and I had to fight to get a shower.

Q     Why did you want an ADA cabin?

A     I couldn't get out of the wheelchair at that point and the wheelchair wouldn't fit into the little cabin that we had, the wheelchair wouldn't fit in it.

Q     When you say you couldn't get out of the wheelchair, what do you mean?

D. WAMPOLE

A    The shower in the little cabin that we had, you had to go up.  There's a -- I don't know, I couldn't get up and in it.

Q    Maybe it wasn't the right question.  When you say you couldn't get out of the wheelchair, were you saying you physically did not have the strength to get out of the wheelchair?

A    No, I'm not saying that.

Q    What do you mean, then?

A    I'm saying that it was hard for me to walk and to put any pressure on.  I could not get up into that shower by myself in the cabin.

Q    As I understand it, sombody came with a wheelchair to this scene?

A    No.

Q    You're right.  You had -- you were removed from the scene and had to come down a flight of stairs or something?

A    Yes.

Q    To meet the person with the wheelchair?

A    Yes.

Q    Did you remain wheelchair bound for the entirety of the cruise?

A    No.  They gave me a scooter the next day,

Darlene Wampole
May 26, 2025

D. WAMPOLE

which again, I had to fight to get a scooter.

Q     Okay.  So let's kind of focus on that part just for a second.  So after this fall, you went down a flight of stairs and met somebody with a wheelchair?

A     Yes.

Q     And they took you to the medical center?

A     Yes.

Q     So on the first day of the cruise on April the 5th, were you confined to the wheelchair for all of  your ambulation needs?

A     So when I got done with medical, they wheeled me into my cabin and my daughter had to go stand at guest services to get a wheelchair which took hours and, you know, I was in the wheelchair the whole first day.  However, I moved myself to get from the wheelchair to the bed because this leg was still -- I could hop.

Q     Right.  We're going to get to that but right now focusing on how you were getting around. So on April 5th, it was all wheelchair, you couldn't get anywhere at all?

A     Yes.

Q     And on April 6 you were given a mobility

Darlene Wampole
May 26, 2025

D. WAMPOLE

scooter?

A     Yes.

Q     Morning or noon?

A     It was more like noon.

Q     And did you use that scooter throughout the entirety of the cruise?

A     Yes.

Q     Did you pay for it?

A     No.

Q     So if you needed to get anywhere on the cruise at all, you were using this scooter?

A     Yes.  I used that however, you couldn't get certain places with the scooter.  It was difficult.  And it didn't fit into the room properly either so that was difficult.

Q     We'll get to all of that.  So April 7th it would have been mobility scooter; right?

A     That was the second day of the cruise.

Q     And then April 8th, when the cruise was over, you gave back the mobility scooter; right?

A     So I called customer service and I asked them for crutches because my people with me had to carry my luggage.  Like I needed to make sure I could carry myself.  I needed an escort down to the

D. WAMPOLE

Uber and I needed crutches to try to help me get from the wheelchair to Uber.

So I left the scooter in the room with Victoria from guest services knowledge.  And then when I went to leave the cruise, we were flagged, they said we couldn't leave, I had a scooter.  They gave us a really hard time about leaving.  And then finally, I think the cruise director came over and said, no, they're good, it's okay.  Because there was no way I could have brought both dow.

Q    It was a scooter to a wheelchair and then a wheelchair, crutches to the care.

A    Wheelchair to the Uber and then crutches from the couple steps to the car.  Crutches and some hops.

Q    Where did you get the crutches from?

A    Their medical.

Q    So let's -- while you were there on scene, did anyone from the crew approach you and ask you what had happened or was there any discussion on what all had occurred?

A    So to there was a lady, a crew member that came over.  So I fell in a hole, my timeline is not 100 percent, so I was embarrassed and upset so

Darlene Wampole
May 26, 2025

D. WAMPOLE

my timeline is not 100 percent.  However, I fell in the hole, a Carnival employee came over, she asked us if we wanted a drink.

She didn't even pay attention that I was in a hole.  But she was in that area while I fell. I don't know.  She asked us if we wanted a drink. She was giving out drinks.

Q     So she came over and asked if you wanted a drink while you were still in the hole?

A     Yes, I was in the hole.

Q     And so as I understand it, Paige helped you get out of the hole?

A     Yes.

Q     And is that where you were sitting?

A     I sat there for, again, I don't know how many minutes, but it was a while.

Q     Who was the first person from the crew to come over and ask you what had happened?

A     So Paige had to go and get someone.  She went and got the pool boy and the pool boy got somebody.  I didn't get their names.  So the pool boy went and got somebody.

Q     How did you get from this spot to where the wheelchair was?  Tell me about that part.

D. WAMPOLE

A      So I moved from that spot with Paige's help to a chair which is off that deck.  It's right up on that top floor.  I sat in that chair, I think there were some pictures of me in that chair.

Q      This one, 238, of you sitting in the chair?

A      Yes.  I sat in that chair for a while.  They brought me ice and then they said they had the wheelchair.  So I had to get -- this leg was still working.

Q      Your left leg?

A      Yes, my left leg.  My right leg I could not stand on very well at all.

Q      Explain to me, if you stood on your right leg, are you saying it would have collapsed or it would have been painful?

A      I tried to put pressure on it while I was sitting and it hurt really bad.  They might have even helped me get to the stairs, because there was a crew member that was up there.  I got to the stairs, all I can remember was I got myself down the stairs with my own arms and my left leg into the wheelchair.

Q      So you were able to put enough pressure

Darlene Wampole
May 26, 2025

D. WAMPOLE

on your right leg to be able to get down the stairs?

A    No, I never used my right leg.  I used my left leg and hopped down.  I held myself up with my arm.

Q    Held yourself up onto what?

A    The railing. I used the railing and my left leg and hopped myself down their stairs.

Q    What arm was holding onto the railing?

A    Both of my arms.  There was railings on both sides.

Q    And then you hopped into the wheelchair literally and then was taken directly to the medical center?

A    Yes.

Q    Tell me what happened when you got to the medical center.

A    He helped me because the ice was leaking all over the place so he got me some towels and we did -- it was the assistant.  I don't think he spoke much English, but he did the X-rays and the doctor came in and talked to him and I was there for a while.

I had to get a tetanus shot.  So right there is where -- that was bad.  And then we

D. WAMPOLE

rewrapped.  The doctor came back in, said three to five days stay off your feet, you should be good.  Rest it, keep it up and then they wrapped it with one of those bandage things.

Q     At the time that this incident occurred, were you moving at all on this area that fell, or were you completely stationary?

A     I was walking.

Q     So you were walking across it?

A     Yes.

Q     In other words, you didn't make it all the way across, it fell before you could get to the other side?

A     I think I was walking this way.  Like, I was over here on the deck.  I think I was walking this way.  So yes, this is how I walked.  Like I was going in a walking path, but I wasn't straight on, I was walking this way.

Q     If we're looking at Exhibit B, photograph 235, you're walking from the bottom of that photograph towards the top?

A     Yes.

Q     And the hot tub would have been to your right?

D. WAMPOLE

A    Yes.

Q    And as you stepped onto this area that's shown here, the front part of it gave out?

A    Yes.

Q    Did  you tell the doctor that you had pain in the right ankle, right knee and shoulder?

A    Yes, because we did X-rays and all those too.

Q    If the medical records indicate you were discharged at 4:05 p.m.  Does that sound right to you?

A    Yes.

Q    And it's your testimony that the doctor instructed you to stay off your legs for four to five days?

A    I'm pretty sure that's what he said.

Q    Well, is that what he said or are you pretty sure that's what he said?

A    I'm going to say that's what he said because he told me thre to five days some ice.  But my memory is not the greatest.  I believe what he said was three to five days, ice and it should be better because nothing was broken.

Q    There were X-rays taken; correct?

D. WAMPOLE

A     Yes.

Q     Did the doctor tell you what he say on the X-rays?

A     No, he didn't have them back yet.  They had to go to the main room and come back.

Q     The doctor didn't review them himself before he sent them?

A     I don't know.

Q     As you sit here today, do you know what the X-rays show?

A     No.

Q     So you were taken from medical center to your cab and then the wheelchair; correct?

A     Yes.

Q     When you got to the cab and the wheelchair and then to the door?

A     Right.

Q     So how did you get from the wheelchair to your bed?

A     Hopped.

Q     You didn't put any weight on your leg?

A     No, I hopped.

Q     And what did you do for the remainder of the day?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     I went and I laid down in that bed for awhile and I remember Paige coming with the wheelchair because medical took the wheelchair back with them.  I remember Paige coming with the wheelchair, which she couldn't get in the room.  It had to stay in the hallway.  So then we decided to go back to customer service.

We went to guest services and asked about if there was a different room option, something that I could do with the wheelchair because we couldn't get it in and out. tire boattail do not at the time it in and out.  And then the guest service lady said don't worry about it, come back later and we'll have it figured out.

Q     So did you remain in that cabin for the remainder of the day or did they switch you out?

A     We went back at like, 10:00, 10:30 at night and they said they didn't have anything, they only had one that could be available.  Then they brought us up to look at it.  It's a two-person.  So their suggestions were -- we all went to this and Paige and Lara could sleep on the floor which wasn't very good.

We weren't getting anywhere with them, so

Darlene Wampole
May 26, 2025

D. WAMPOLE

I asked to speak to somebody in management and he said that she was not on and that she would be in the next morning.  So for that night I said well could we stay here so I would get into the room, because I couldn't get into the other room.  It was like tight like, I couldn't get in the smaller room.

So they let us stay.  Beth and I stayed in this bigger room so that I can get into the bathroom and at least shower.  There is no way I could have jumped into that bathroom by myself.

Q   So you were allowed to stay in the bigger room with Beth?

A   Yes, the ADA room was best and the other two girls both stayed down in the original room that we had.

Q   What did you do for the remainder of that day.

A   I know we went -- the girls really wanted to go to all of those little fun things that they have.  I went to a few of them.

Q   In a wheelchair?

A   Yes.  Went to a few in a wheelchair.

Q   What fun things?

A   Every 15 minutes they have a new

Darlene Wampole
May 26, 2025

D. WAMPOLE

something fun on the ship.  You get like those little pamphlets of what's going on.  So the girls wanted to go to a whole bunch of those.  I went to some and I went to the room.  I wasn't out the whole time.  And then we did the spa that night.

Now I couldn't get a massage because there is no way I could have somebody touch me, so I did the facial instead.

Q     So you went to the spa that evening in the wheelchair?

A     Yes.

Q     And you did a facial?

A     Facial instead of what I was supposed to be getting.

Q     What were you supposed to get?

A     Full body scrub or something.  All four of us had an appointment, so...

Q     So you spent the night in the ADA cabin?

A     Yes.

Q     So when you get off April the 6th the ship is scheduled to be at sea the entire day; correct?

A     Yes.

Q     What did you do that day on the ship?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     That day after I talked to Victoria, I know I went to trivia and played trivia.  Got out of the cabin long enough to do that.  That was actually fun.  We played bingo, I don't remember what day that was.  And I know that I went to the back of the ship where the pizza place is and I placed cards with the girls.

Q     And this was all while being confined to the mobility scooter?

A     Yes.  The scooter allowed me to get out by myself so that one of them wouldn't have to push me around.  That was another thing to, like, that first day they had to push me everywhere.

Q     Did you try and walk at all on April 6?

A     I don't remember.  I know it was super painful still but I don't remember if I tried to.

Q     So you're saying that even sitting on the scooter, laying in bed, you were still in pain?

A     Yes.

Q     And so whether you attempted to or not, you're saying here though, that you were not capable of walking?

A     Not as I had before I fell, no.

Q     I'm going to hand you what we'll be

Darlene Wampole
May 26, 2025

D. WAMPOLE

marking as Defendant's Exhibit F.

(Whereupon, a summary of charges document was marked as Defendant's Exhibit F for identification, as of this date.)

This is what we call a signed account. If you look there on April the 6th, there is a spa charge at 5:41.  Is that a charge for the services that were rendered on the 5th or did you actually go to the spa on the 5th?

A     No.  That was the second day?

Q     Yes.

A     No, I only went the first fir day.  It was late at night.  Maybe that's when they charged. Is there one from the first day?

Q     No.

A     So then yes, I was in there the first day.  I had the facial the first night, at like, ten o'clock.  I know it was late.

Q     You see that charge at 2:51 p.m.?  It says games activities, $232?

A     That was the bingo.

Q     Bingo?

A     Yes.  Bingo in the front, the theater room.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    Do you drink alcohol?

A    On occasion.  I did get one at 7:35 and I drank like two sips of it and it didn't even do anything, so I didn't.  I tried a drink to take the edge off and it did not do anything.

Q    And when you drink alcohol, what kind of alcohol do you drink?

A    I like mango mohitoes.  I'm not a big drank.

Q    So what you're telling me then is that at no point in time on April 6 did you attempt to walk at all to your recollection?

A    I don't remember if I attempted to walk. If I did and it hurt, I wouldn't have continued.

Q    By the way on April 6th, did you stay in the ADA cabin?

A    Yes.

Q    Did you stay the remainder of the cruise?

A    Yes.  Victoria said that was the only option that we had.  There was no other option for the four of us to be together.  They didn't have an option for that.  And that this was the only option that the mobility device could fit into the room because it wouldn't work with the previous room that

Darlene Wampole
May 26, 2025

D. WAMPOLE

we had.

Q     So you stayed with, I'm sorry, remind me who the --

A     Beth Shaw.

Q     You keep talking about Victoria.  Who was that?

A     She was the guest services manager that I spoke with.

Q     If you were in the ADA cabin and you needed to get up there without her, how would you get there?

A     Hobble or hop.

Q     On one night?

A     I would stay in the bathroom, it was right both, to the bathroom.

Q     You hobbled on one night?

A     Yes.

Q     So the third day of the cruise and it's April 7th and the ship is scheduled to be in Nassau. If you look at the moving details report it says that you got off the ship at 9:13 a.m. and came back at 12:30.  What did you do in Nassau?

A     The girls wouldn't get off and go on their walking tour if I didn't leave the ship, so I

Darlene Wampole
May 26, 2025

D. WAMPOLE

decided I would leave the ship.  I went with Jeff the Carnival insider shopping lady.  So she escorted me and another lady in a wheelchair off.  We left with her.  She brought us to two or three stores, jewelry stores.  I looked at some jewelry.  I got Paige some jewelry, I got couple t-shirts, grabbed something to eat.  I had service there so I was able to talk to my other daughter while I was in front of the boat.  And then I boarded.

Q     So you're saying that the rest of your travel mates did a walking tour?

A     Yes, they did their own thing.  I was by myself.

Q     Why did you not want to go with them?

A     It's a walking tour.  I was in the scooter.  I couldn't walk.  There were steps and stuff involved so...

Q     What did you do on the ship the remainder of April 7?

A     I went back to the room and waited for medical.  Medical was closed while we were at Nassau.  So I talked to guest services because they said once medical -- I was looking for my records. I wanted my records so I had them when I went to my

Darlene Wampole
May 26, 2025

D. WAMPOLE

primary.

Q    I'm sorry, I didn't follow that part. You were waiting for medical for what reason?

A    To open so that I could get my medical records.

Q    You were asking for the chart?

A    Yes.  I wanted their mail so that I can take it when I went with my primary.

Q    So you were waiting on the ship for Medical to open so you can get your chart.  Did you tell them that you were going to be doing that?

A    Yes.  Guest services knew.  They knew that I was waiting for that.  So Medical, I think was open like four to six that day.  I hadn't received any calls so I called Guest Services and asked them, okay, I need to get these papers and they said just go down there and you can get them.

So I think I got down there at like, 6:10 by myself in the scooter.  I got down there and they were closed.  So I had to knock on the door and they actually were there and opened it and gave me my medical records.  It was a hassle.

Q    Did you speak to anybody in the Medical Center about your specific medical care or was it

Darlene Wampole
May 26, 2025

D. WAMPOLE

just getting your chart?

A     I was getting my chart and this was the night before we were in the meeting, right?  And I cleared it with Victoria and the only reason why I know her name is because I talked to her a million times about getting crutches so that I could get off the ship.

So when I got to Medical they knew nothing about the crutches so they had to get that cleared and then I finally got the crutches and my medical chart.

Q     Did you see the doctor at all?

A     Not when I was there the second time. They were closed they just opened the door and let me come in.

Q     And they gave you crutches after they cleared it and they gave you your medical chart?

A     Yes.

Q     Did they make any comments at all about your condition?

A     No.  She made comments about the crutches, we don't give these out, but Victoria did get them for me.

Q     And you went back to the cabin?

Darlene Wampole
May 26, 2025

D. WAMPOLE

A     I believe I did.

Q     Did you go out that night at all.

A     Well, we went to dinner.  I don't remember if that was that night or -- I think it was the night before.

Q     So the next morning, you were scheduled to get off the ship.  According to our records,  you got off oat 10:00 o'clock.  Did you get off with everyone else, or did you have any type of medical --

A     So they were supposed to come to the cabin and pick me up.  I was supposed to have a wheelchair assistance.  So the girls were waiting in the theater and waiting and waiting.  And finally they're like well, do you have this cabin up next? They didn't even have me on the list to pick up.  So the girls asked them and they came up and got me and brought me down in a wheelchair so that I could be with them.

Q     We've already talked about that, the wheelchair, the crutches and then the Uber.

A     Yes.

Q     Did you give the crutches back?

A     No, I kept them.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    Did you pay for those?

A    No.  They were a million years old.

Q    Where did you go from there?

A    We took the Uber straight to the hotel in Fort Lauderdale.  We were supposed to have a girls' day in Fort Lauderdale but we didn't.  We went to the hotel, I sat in a chair and the rest of them swam.

Q    Where did you stay?

A    I don't know.  A Fort Lauderdale hotel. I don't know the name of it.

Q    Was it on the beach?

A    I don't think so.  I didn't see the beach, so...

Q    How did you get around?

A    I didn't. I was there.

Q    Okay.  You were in the hotel with what? Did you use the crutches?

A    I used the crutches.

Q    Did you attempt to walk at all?  I'm tint

A    I don't remember if I attempted or not. I know that it hurt and when I tried to walk, I didn't put any more pressure on it.  But I can't remember the exact day.  I was still icing it, I

Darlene Wampole
May 26, 2025

D. WAMPOLE

still had it wrapped.  I was keeping it off.

Q     What you're telling me then, is that you stayed what, sort of sedimentary like you were sitting or lying down on April 8th and that's it?

A     Yes.  I sat in a recliner chair.

Q     Did the rest of your group go out at all and leave you behind or did they all sat around too?

A     No, they sat out at the pool and ordered in for food.  Nobody went anywhere.

Q     And did you leave the next day?

A     We did.

Q     And so would it have been a flight to New York, New York to Pennsylvania?

A     Yes.

MR. ARONFELD:  Let's get five minutes?

(Whereupon, there was a pause in the proceeding.)

Q     April 9th you're back in Pennsylvania now; right?

A     What day was that?

Q     April 8th was the day that you got off the ship.  You told me you spent time in the hotel.  April 9th is the travel back to Pennsylvania; right?

A     I don't think we got back to Pennsylvania

Darlene Wampole
May 26, 2025

D. WAMPOLE

until the tenth.

Q    So what did you do on April 9th?

A    I don't know.  You'll have to ask Paige the date.  I don't think it was the 10th.  I think it was the 10th, but I don't know.  I don't remember.  I mean I know we went to the hotel and then the next day we flew out.  But I don't remember if we flew out late.  Like I don't remember when we flew out and I don't remember when we got to New York City.  If we got there late -- I don't remember that part of it.  I just know that we were here, then we we went home.

Q    Did you go to New York City.

A    No, we went to my daughter's.  That's where the car was.  We only stayed there for a little bit.  But I don't know.  I thought I didn't get back to town until the 10th, and I might have my dates mixed up.

Q    Okay.  So what I do know is that on April 11th, you went to your primary care physician and saw Dr. B, that's B-a-j-r-a-c-y-a-r.  You saw him on April the 11th.  Did you have that appointment set in advance?

A    No.  I made that when -- I think I made

Darlene Wampole
May 26, 2025

D. WAMPOLE

that from Florida.

Q    So while you were in the hotel?

A    Yes.  Because the cruise had said follow-up with your pain doctor and my leg was still hurting, so I wanted to follow-up with my main doctor anyway.

Q    So can you tell me what the first day would have been that you had attempted to walk without any crutches or ambulatory devices?

A    I remember attempting it a lot, to be honest with you.  I just don't have dates.

Q    Here's where, I think, the speed date aspect of this is going to come in.  I'm going to ask you the main points and you tell me if you agree, disagree, or have some other differing opinions and your reference.

So on April the 11th, what did you tell your primary care physician?

A    That I fell and hurt my knee.

Q    Did you describe for him how that happened?

A    On April 11th, all I did at my appointment was cry.  So I don't know what I told him.  That's why they suggested the counseling.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Like I'm having a hard time with this whole thing because it was suppose to be such a happy event and I ruined it for her.  Likem my mind has not been right since then.  I've got some fog up there, so I don't have all my --

Q     So the records indicate that they took an X-ray of your right knee and it was found to be normal.  No acute findings whatsoever.  Were you told that?

A     Probably.  I don't know.

Q     They also did an X-ray of your right ankle and that also was normal with not acute findings.  Did they tell you that?

A     Possibly.

Q     And then on April the 15th you went to Troy Community Hospital for an MRI?

A     Yes.

Q     And that was an MRI done on your right knee?

A     Yes.

Q     They also found degenerative meaning chronic conditions.  No acute findings whatsoever; correct?

A     If that's what my records say, then yes.

Darlene Wampole
May 26, 2025

D. WAMPOLE

Q    So as of April the 15th, there has been an X-ray of your knee that's normal, your ankle found to be normal, an MRI of right knee that was found to be normal.  So were you still hobbling around on a crutch at that point?

A    Yes, I was.  There was pain there and they referred me to -- I had referrals after that to orthopedics and referrals to neurology and PT.

Q    So the orthopedic that you saw was at Guthrie Sayre; right?

A    Yes.

Q    You were there on April the 19th?

A    That sounds approximately right, I don't know the day right off.

Q    And according to the records the doctor spoke to you about the MRI findings, he told you there were no acute findings; correct?

A    Possibly.

Q    Well, I'm asking what you recall and if you have a differing opinion of what your records are saying?

A    I don't remember exactly all what the doctors say.  I do know that they know that there were no issues, that's why they kept referring other

Darlene Wampole
May 26, 2025

D. WAMPOLE

things.  That they couldn't figure out what was wrong.

Q    So up until this point you would agree that as of April 19th, all of the images from the cruise ship to your primary care physician to Troy Community Hospital, none of them showed any acute findings?

MR. ARONFELD:  Objection to form.

Q    Were you told that?  If you understand my question, you're welcome to answer it.

A    I agree.

Q    According to my interpretation of your records, an X-ray was taken of your right leg on the ship and the X-ray that was taken at your primary care on April the 11th and the MRI that was done at Troy Community Hospital all of those images were all found to not have evidence of any acute injury.  Did the doctors tell you that?

MR. ARONFELD:  Form.

A    So the doctors went over my results. they always go over results with you.  And then they suggest other things to do if they didn't find what they were looking for.

Q    Okay.

D. WAMPOLE

A      So that's what happens at my visits. They go over the results and then they -- but I don't remember.

Q      The chronology of that, well, you went to your primary care physician on the cruise ship Dr. Goggy[phonetic].  The primary care physician said, okay, go see an orthopedist, right?

A      Yes.

Q      And then the orthopedist said well maybe you need to go see a physical therapist; correct?

A      Yes.

Q      So when you showed up to see Kara Evans on April the 30th, you were still ambulating with a crutch?

A      Yes.

Q      Even though all these diagnostics were taken beforehand, none of them showed any acute findings; correct?

        MR. ARONFELD:  Objection to form.

A      Yes.

Q      And during this visit on April 30th, did you have a discussion with Kara Evans about advice that had been given to you by your lawyers for medical care?

Darlene Wampole
May 26, 2025

D. WAMPOLE

MR. ARONFELD:  Hold up.  Let me just instruct the following.  If it involves conversations you may have had with your lawyers, or any members of my office, I'm going to instruct you not to answer that question because I don't want you to invade the attorney-client privilege.  I just want you to be cognizant of that, conversations you have with me or my lawyers are privileged.

A     Okay.  I don't remember the conversation.

Q     Okay.  So did you tell -- I don't want to know anything that you spoke to your lawyers about -- but did you tell Kara Evans, physical therapist on April 30th that your legal team from their office told you to get your nerve function tested?  Did you tell that to the therapist?

MR. ARONFELD:  Hold on.  That may be involving the attorney-client privilege, so I can't allow you to answer questions that involve conversations that you may have had with me or a member of my office.

A     I don't remember telling her that, but there were more tests that we needed to do in order to -- because we weren't finding any of the answers

Darlene Wampole
May 26, 2025

D. WAMPOLE

out, so there were more tests that orthopedics wanted to do and more that the neurologist wanted to do.

Q     When you came to see Kara Evans on April 30th, did any healthcare provider tell you that you should continue to walk with a crutch or were you doing it at your preference?

A     I don't have a choice.  They wanted me to use Kara suggested that I use the walker.

Q     You went through approximately a month of physical therapy with Kara Evans; correct?

A     Yes.

Q     And are you aware that on May the 28th Kara Evans reached out to your doctor to talk to your doctor about concerns she had because she felt that the pain that you were complaining of and the limitations that you were reporting were disproportionate to what was being shown on these imaging studies?

A     Yes.  I wasn't making the -- I wasn't making a good enough progress that she had normally seen.  I wasn't progressing.  Like my leg wouldn't go back a certain percentage that she had hoped that I would be.  So she was concerned, so she reached

Darlene Wampole
May 26, 2025

D. WAMPOLE

back out because she didn't feel physical therapy was helping me.

Q    And you went to Dr. Hourback; correct?

A    Yes.

Q    And that was on June the 10th; agreed?

A    I don't have the records, but that sounds appropriate.

Q    Do you have a memory of that particular visit?

A    I remember seeing him a couple times.

Q    It's written in Dr. Hourback's notes, his physical examination was grossly limited due to guarding and pain complaints.  Do you know what guarding means?

A    Yes, because it hurt every time he touched it.

Q    Did he specifically tell you on June the 10th to get off crutches?

A    No.  He told me to use them if I needed to.  None of those doctors told me that I needed to get off the crutches if I still needed them.  And I couldn't work.

Q    In Dr. Hourback's note he specifically states that he made a recommendation to wean

Darlene Wampole
May 26, 2025

D. WAMPOLE

yourself off of crutches.  Are you saying that his notes are not accurate?

A    He wanted me to walk less with them if I could.  But I was nowhere near being able to get off the crutches.

Q    On July the 1st, you went back to see Kara Evans according to her records?

A    Okay.

Q    And did she tell you on July the 1st that she felt it was more appropriate for  you to follow up with a mental health counselor then physical therapy because she felt there was a "heavy psychological aspect of your injury"?

A    We discussed everything.

Q    What was the discussion?

A    I don't remember that particular one, but, yes, I'm as emotional about this as I am physical about this.

Q    That may not be where I was going.  Was Cara Evans suggesting to  you that this was all in your head?

A    Not that I was aware of, no, because she could see that I was not able to move.

Q    Up until July the 1st had any doctor told

Darlene Wampole
May 26, 2025

D. WAMPOLE

you that there was any diagnostic imaging study which showed any evidence of an injury?

A    I don't know what the doctors -- what all of them had in their charts, but they still were doing tests.

Q    Understood.  And up until that point, they hadn't found anything.  Agreed?

A    It took them a really long time, so yes.

Q    On July 31st, you actually went in for a bone scan that was recommended by Dr. Koh?

A    Okay.  That sounds right.

Q    That's because Dr. Koh is thinking maybe you had CRPS.

A    He didn't come up with that until after he did -- there was a couple of tests.

Q    Well, the bone scan was the test he recommended for CRPS to determine whether or not you had CRPS; correct?

A    Okay.  Well, again, I don't have my medical records here and I don't know what all of those things mean, but I know that they were trying to do tests to figure out what was wrong when I wasn't getting better.

Q    Were you aware of the results of that

Darlene Wampole
May 26, 2025

D. WAMPOLE

bone test?

A    I'm sure he went over it with me, but I don't remember it right now.

Q    Well, according to the record, it indicates that there were no findings of CRPS, the results.  Did he tell you that?

A    Well, if he told me that, then he suggested another test.

Q    Well, there was an EMG study done on August 13th; correct?

A    Yes, that sounds about right.

Q    And the EMG study was also normal, with no evidence of neuropathy or muscle disease; correct?

A    I don'tremember that part.  I remember that they had issues, that they found that there was something wrong.

Q    Is there an EMG that you're aware of that shows the deficit because the ones that I've seen both EMGs both came back normal?

A    I'm not aware of all my medical records and I don't know what they all mean.  I do know that we kept searching for things that might be wrong because my knee hurt, it's not better.  I get

D. WAMPOLE

spasms.  Like it's not normal.

Q     After all these tests that Dr. Koh ordered, you were sent back to Dr. Hourback on August the 26th; correct?

A     Sounds right.

Q     And according to Dr. Hourback, he reviewed the EMG studies with you.  He told you that they were normal and that he didn't feel there was any further orthopedic care that could be provided.

A     Yes.  Wel, he said that there was nothing more that he could do sohe referred me back to neurology.

Q     Is there a Dr. Jonathan Green who you've been seeing?

A     I think he was back in the 2019 fall. But don't done quote me because I don't remember.

Q     Where is he from?

A     Sounds like the people from Towanda, but I may not be right on that.

Q     Let me just hear that part of your testimony and we'll call it a day.  So from the defense's perspective, al of the objective studies that have been done on your leg have come back normal.  But you're telling us here today that there

Darlene Wampole
May 26, 2025

D. WAMPOLE

are still limitations from pain and things that you're experiencing.  Can you tell me in your own words what physical limitations you're currently experiencing?

A    That my right leg goes numb.  I can't drive a normal car.  I can't do the things I did beforehand.

Q    Like what?

A    Without some sort of accommodation or without thinking things in advance, I can't carry big heavy things.  I'm afraid I'm going to fall because my leg does go numb and tingly.  I get sharp pains.  Driving was the biggest thing, driving.

Q    So when you meet the mental health therapists, do you talk to her about how you can overcome these issues with your right leg?

A    Yes.

Q    Has she offered any type of strategies or exercises that you could work on?  Mental exercises that you can work on?

A    Yes, she has.

Q    Have you noticed any improvements at all?

A    Right now, this me is a thousand times better than it was.  So I do think the medicines are

Darlene Wampole
May 26, 2025

D. WAMPOLE

working.  I do think she is helping.  This isn't even a 10th of the person I was before.

Q    So you're here with a cane today?

A    Yes.

Q    When is the last time you tried to walk anywhere without a cane?

A    In my house I walk with my hands out and use the walls.  But I fall so I have to have the cane.  It keeps me from falling.  I will use a shopping cart.  As long as I have something to grab I feel a little more comfortable so if it does go out.

Q    So the physical therapy that told you that there is no more therapy that can be provided?

A    Yes.

Q    And the orthopedist said there no further orthopedic care that can be provided?

A    No.

Q    Do you have any pending appointments?

A    I have Dr. Koh in June, and I have the pain clinic in June.

Q    Any other pending appointments?

A    Physical therapy.

Q    As I understood, the physical therapy had

Darlene Wampole
May 26, 2025

D. WAMPOLE

already been --

A     This is my shoulders and everything from the cane and my neck.

Q     Who are you seeing for that?

A     That's Athleticno Visit.

Q     Where is that located?

A     In Athens.

Q     And that's the name of the  company Visit Athletico?

A     Yes.

Q     And that's not Cara Evans?

A     No.

Q     And who do you see?

A     It's like five of them.  I think there is a Nathan.

Q     So Dr. Koh, the pain clinic and Athletico?  Any other appointment?

A     The weight clinic.

Q     Any other appointments?

A     Not to my recollection.  I don't think so.  I can't think of anything else.

        MR. DRAHOS:  Those are all the questions I have.  Thank you very much.

        MR. ARONFELD:  Excellent job, Michael.

Darlene Wampole
May 26, 2025

                    D. WAMPOLE

We will read.

        (Whereupon, examination of this witness

was concluded at 2:09 p.m.)

Darlene Wampole
May 26, 2025

C E R T I F I C A T E
D. WAMPOLE

I, Margaret E. Clark, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place. That said witness was duly sworn before the commencement of the testimony  was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand.

_____
Margaret E. Clark

Darlene Wampole
May 26, 2025

D. WAMPOLE

E R R A T A   S H E E T

CORRECTION                              PAGE    LINE

---------                               ----    ----


---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

Darlene Wampole
May 26, 2025

D. WAMPOLE

----------------------------------------------------------

# Movement Report

| Photo | Name | Crew ID | Stateroom | DOB | Age | ID Type | Booking No. | Nationality | Gender | Contact | Activity | Activity Count | Port | Location | Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DARLENE WAMPOLE | | 9205 | 04/04/1973 | 51 | Passport | G9XF35 | USA | F | 6074370802 | OnBoard | 1 | MIAMI, FL | (Embarkation) Guest Port Services | 4/5/2024 11:17:30 AM |
| | | | | | | | | | | | Ashore | 1 | NASSAU, THE BAHAMAS | Deck-0 Aft Gangway Port Side | 4/7/2024 9:13:02 AM |
| | | | | | | | | | | | OnBoard | 2 | NASSAU, THE BAHAMAS | Deck-0 Aft Gangway Port Side | 4/7/2024 12:31:15 PM |
| | | | | | | | | | | | Ashore | 2 | MIAMI, FL | Deck 3 Guest Gangway Starboard Side. | 4/8/2024 10:04:08 AM |

EXHIBIT
Deft?
A
5/26/25   MEL

GR000005



EXHIBIT

B

DW000235



DW000236



DW000237







DW000240



DW000241

















DW000250



DW000251



DW000252



DW000253



DW000254



DW000255

DW000256









DW000262













Envelope made with 100% recycled materials.





Case 1:24-cv-24361-KMM   Document 40-1   Entered on FLSD Docket 08/04/2025   Page 196 of 235

DW000283









April 8, 2024

EXHIBIT

C









April 8-11, 2024

EXHIBIT

D







June 2024 —
May 2025

EXHIBIT
E



DW000336







DW000339





DW000488



DW000489





DW000491



DW000492



DW000493



DW000494

DW000486

# Carnival®

MS DARLENE WAMPOLE

| | | |
|---|---|---|
| Ship: | CARNIVAL CONQUEST |
| Cabin: | 9205 |
| Booking Number: | G9XF35 |

| | |
|---|---|
| Cabin Section: | 41 |
| Sail Date: | 04/05/2024 |
| Printed On: | 04/07/2024 06:31:29 PM |
| Page: | 1 of 2 |

### ACCOUNT #57575

Folio 82498     MS DARLENE WAMPOLE

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 04/05/2024 | 11:06 AM | REFUND TAXES, FEES & PORT EXPENSES | 82498 | | $12.27 |
| 04/05/2024 | 06:11 PM | RENOIR DINING ROOM | 82498 | $0.00 | |
| 04/05/2024 | 07:35 PM | RED FROG RUM BAR | 82498 | $15.05 | |
| 04/05/2024 | 09:30 PM | MEDICAL FSS | 82498 | $0.00 | |
| 04/06/2024 | 10:33 AM | INTERNET | 82498 | $69.00 | |
| 04/06/2024 | 11:05 AM | INTERNET | 82498 | | $69.00 |
| 04/06/2024 | 02:00 PM | GRATUITIES FOR YOUR TEAM MEMBERS | 82498 | $48.00 | |
| 04/06/2024 | 02:35 PM | COFFEE SHOP | 91429 | $12.99 | |
| 04/06/2024 | 02:35 PM | ADDITIONAL COFFEE SHOP GRATUITIES | 91429 | $2.00 | |
| 04/06/2024 | 02:51 PM | GAMES&ACTIVITIES | 91429 | $232.00 | |
| 04/06/2024 | 05:41 PM | SPA CARNIVAL | 82498 | $221.84 | |
| 04/06/2024 | 07:03 PM | DINING ROOM BAR | 91429 | $14.16 | |
| 04/06/2024 | 07:06 PM | RENOIR DINING ROOM | 91429 | $0.00 | |
| 04/06/2024 | 08:06 PM | PIXELS GALLERY | 82498 | $0.00 | |
| | | TOTAL CHARGES | | $615.04 | $81.27 |

 

Earn $200 OFF YOUR SAIL & SIGN as a credit card statement credit with the Carnival® World Mastercard®.
Scan this code or go to carnivalfunpoints.com/1452 for details and to apply.

Offer subject to credit approval. This offer is available through this advertisement and may not be accessible elsewhere. Other offers may be available. For complete pricing and other details, go to carnivalfunpoints.com/5867

THIS IS YOUR BILL AS OF THE TIME STAMPED ABOVE. IF YOU HAVE A CREDIT CARD ON FILE WITH US, NO NEED TO CHECK OUT AT GUEST SERVICES. ON EMBARKATION DAY, A BANK HOLD OF $100 TO $200 (DEPENDING ON CRUISE LENGTH) IS PLACED ON ALL CREDIT AND DEBIT CARD ACCOUNTS TO VERIFY THAT THE CARD WAS VALID. AS MONEY IS SPENT THROUGHOUT YOUR CRUISE, ADDITIONAL HOLDS ARE OBTAINED. THIS WILL RESULT IN MULTIPLE AMOUNTS BEING HELD. ON THE DAY YOUR CRUISE RETURNS, CARNIVAL IMMEDIATELY SETTLES YOUR ACCOUNT WITH YOUR BANK FOR THE TOTAL AMOUNT OF YOUR ONBOARD EXPENSES. IMPORTANT: HOLDS WILL REMAIN ON YOUR ACCOUNT FOR ONE OR MORE DAYS DEPENDING ON YOUR ISSUING BANK'S HOLD POLICY, LIMITING YOUR ACCESS TO FUNDS. DEBIT CARD HOLDERS: THE AMOUNT SPENT ON YOUR SAIL & SIGN ACCOUNT PLUS ANY BANK HOLDS PROCESSED WILL BE DEDUCTED FROM YOUR AVAILABLE FUNDS. YOUR BANK IS RESPONSIBLE FOR RELEASING ANY PENDING HOLDS FROM YOUR ACCOUNT. CARNIVAL IS NOT ABLE TO EXPEDITE THE RELEASE OF BANK HOLDS. PLEASE CONTACT YOUR BANK FOR ASSISTANCE. IF THERE ARE MORE THAN $10 OF UNUSED FUNDS FROM YOUR CASH DEPOSIT, WE WILL MAIL A REFUND CHECK TO YOUR ADDRESS ON FILE. UNUSED FUNDS OF LESS THAN $10 WILL BE DONATED TO ST. JUDE CHILDREN'S RESEARCH HOSPITAL



EXHIBIT X F

GR000003

# Carnival®

MS DARLENE WAMPOLE
Ship:              CARNIVAL CONQUEST
Cabin:             9205
Booking Number:    G9XF35

Cabin Section: 41
Sail Date:     04/05/2024
Printed On:    04/07/2024 06:31:29 PM
Page:          2 of 2

UNLESS OTHERWISE CLAIMED.

GR000004