**Vessel :** **CARNIVAL CONQUEST**

**Order NO.** HQ757461S -CO    **Date :** 02-02-2017

**Vendor Estimated Ready Date:** 07-01-2017

<u>WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS</u>



## TECHNICAL OPERATIONS
## Purchase Order

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices. Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

---

**Vendor:** **TUTTO TONDO SOLUTIONS LLC**

7315 NW 44TH ST

MIAMI , FL , 33166 , USA

Attention to:

Phone:  786 325-4971

Fax:  305 735-8971

E-Mail: FRANCO@TUTTOTONDOSOLUTIONS.COM

**Shipping to:**   **CARNIVAL CONQUEST - NEW BUILDS &**
**CARNIVAL CONQUEST**

C/O GRAND BAHAMA SHIPYARD FREEPORT F42498-411 PO BOX BAHAM

Contact to:

Phone:

Fax:

E-Mail:

---

**Your Reference:**    E-MAIL        **Dated :**                                  **TAX EXEMPT No.:** 23-08-125250-67

---

**Purchasing Contact :**

| | | | | | |
|---|---|---|---|---|---|
| **Created By :** | Carlos Grijalva | **Phone:** 305-599-2600 ext. 13096 | **Fax:** 305-406-6827 | **e-mail:** | cgrijalvasilva@carnival.com |
| **Finalized By :** | Adriana Moreira | **Phone:** 305-406-5234 | **Fax:** 305-406-6321 | **e-mail:** | cgrijalvasilva@carnival.com |
| **Technical Carnival Contact :** | Michael Galarce | **Phone:** 599-2600 x14136 | **Fax:** | **e-mail:** | MGalarce@carnival.com |

---

**Delivery Condition :**  PREPAID & ADDED          **Delivery Means :**  DD Control Tower          **Payment Terms :** ▮▮▮▮

---

**For :** DD17- SERENITY REFURBISHMENT

**Notes:** TUTTO TONDO SOLUTIONS LLC  TO ATTEND THE CCL CONQUEST DURING THE 2017 DRY DOCK IN GBS & WILL CARRYOUT THE SERENITY REFURBISHMENT SERVICE AS PER AGREEMENT WITH MANAGER, HOTEL REFURBISHMENT, CCL NEW BUILDS & REFURBISHMENTS GALARCE, MICHAEL (CCL)

DATE OF SERVICE & DELIVERY OF MATERIAL/TOOLS (IF REQUIRED) TO BE COORDINATED & CONFIRMED WITH MANAGER, HOTEL REFURBISHMENT, CCL NEW BUILDS & REFURBISHMENTS GALARCE, MICHAEL (CCL)

TRAVEL AND ACCOMODATIONS (IF NEEDED) TO BE COORDINATED BY CARNIVAL CRUISE LINES

*** THIS PURCHASE ORDER IS FOR THE WORK SCOPE LISTED BELOW ONLY ***

ONCE SERVICE IS COMPLETE, PLEASE SUBMIT PROFORMA INVOICE TO MANAGER, HOTEL REFURBISHMENT, CCL NEW BUILDS & REFURBISHMENTS GALARCE, MICHAEL (CCL)

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000123

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

**Vessel :** **CARNIVAL CONQUEST**

**Order NO.** HQ757461S -CO    **Date :** 02-02-2017

**Vendor Estimated Ready Date:** 07-01-2017

<u>WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS</u>



**TECHNICAL OPERATIONS**
**Purchase Order**

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
**All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.**
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
**Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to**
**preapproved@edocs.carnival.com**

FOR APPROVAL BEFORE SENDING TO CCL ACCOUNTING DEPARTMENT

IF INVOICE AND PO TOTALS DO NOT MATCH, A REVISED PO MUST BE RECEIVED PRIOR TO SENDING ANY INVOICES TO  CCL ACCOUNTING DEPARTMENT.

*** KINDLY BE SURE TO COMPLY WITH CCL'S PROCEDURES FOR THE LOADING/OFFLOADING OF ANY TOOLS OR EQUIPMENT REQUIRED FOR THIS SERVICE ***

SHIPPING INSTRUCTIONS FOR THE DELIVERY OF MATERIALS  AND OR TOOLS  :

 PLEASE LABEL ALL BOXES : "CONQUEST ENGINE DRYDOCK"
Kindly note Packaging / Labeling requirements:
Invoice and packing list must always be included on the interior and exterior of the carton
Packing slip / Invoice clearly marked with Carnival PO number
Packing slip / Invoice MUST match identically by line item with Carnival PO line items and include unit of measure and description.
When Order is ready, please contact CCL for shipping instructions: (SPECIAL DESTINATION)

PLEASE DO NOT SHIP UNTIL LOGISTICS INFORMATION HAVE BEEN PROVIDED TO YOU

Contractor   Tutto Tondo Solutions LLC
Contractor Location Miami, US / Bergamo, Italy
Number of Containers    6
Containers Origin    Italy/US
Manpower   25
Warranty    1
Cost Currency   USD

Project Completion  In dry dock GBSY:  START 9/30/2017  STOP 10/12/2017
Project Manager    Michael Galarce

TOTAL COST:  ▮▮▮▮▮▮▮▮
Demo Cost -  ▮▮▮▮▮▮▮

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE**
**WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000124

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| Vessel : | **CARNIVAL CONQUEST** |
|---|---|
| Order NO. | HQ757461S -CO   **Date :** 02-02-2017 |
| **Vendor Estimated Ready Date:** | 07-01-2017 |

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



## TECHNICAL OPERATIONS
## Purchase Order

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
**All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.**
**Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.**
**https://carnival.apexportal.net/**
**Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to**
**preapproved@edocs.carnival.com**

PAYMENT TERMS:



| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HQ033786 | 1 | HQ_0000013 | **Procurement of materials and fabrication for the agreed SOW** | 10022200001502990000 | CCL16A37 | EA | 1 | ██████ | | |

*Maker Reference :*
*Remarks (T.W.Q.) :* .
.

Maker:

*Notes* ██████████ of the SOW excluding demolition, upon Purchase Order issued, payable within ████████████████

GENERAL PROVISIONS:

   CATEGORY    ITEM    "REF.NO."  ITEM DESCRIPTION   GENERAL PROVISIONS    Supplier    GP.01  "All materials and fittings are to be supplied and installed by the Contractor unless specifically identified in the specification as Owner Supply. "   GENERAL PROVISIONS    Dimensions GP.02   "Contractor to verify all dimensions on site prior to fabrication.  " GENERAL PROVISIONS   Compliance with rules and regulations    GP.03   "All materials to meet I.M.O. Standards where required. All construction to follow / meet USPH regulations (2011 revision), and be compliant with Lloyds' rules and regulations. It is the Contractor's responsibility to check & verify that all materials and construction methods are in compliance with rules and regulations and suitable for a marine environment. " GENERAL PROVISIONS    Fire detection, communication, ventilation systems   GP.04   "Modifications to existing systems such as fire main, fire detection, communications, technical water, ventilation, piping, cable routes, penetrations, sprinkler, P.A., hangers and supports may be necessary to suit the new space configuration.  All systems should be adjusted by Contractor as necessary after consultation with Ship's Safety Officer and CCL Technical Ops."    GENERAL PROVISIONS    Insulation and Penetration   GP.05   "Existing fire, acoustic and/or thermal insulation damaged during the demolition or construction activities is to be restored and all additional insulation required for the new layout including insulation for pipe systems, ducting and draft stops is to be supplied and fitted.All penetrations and insulations must be inspected, documented  and approved by the Ship's Safety Dept. Insulation / penetration can be closed only after approval is obtained."    GENERAL PROVISIONS    Electrical    GP.06   "All electrical fixtures to be approved by Carnival Cruise Lines Technical Department / Electrical Manager."  GENERAL PROVISIONS    Access for service   GP.07   "All new services: electrical, water and ventilation must have access panels for ship's staff to service."     GENERAL PROVISIONS    Reused items    GP.08   "Where items are to be reinstalled - Contractor has responsibility to keep items safe and protected."  GENERAL PROVISIONS    Debris GP.09  "Contra

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS), FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000125

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41FR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| **Vessel :** | **CARNIVAL CONQUEST** | | |
|---|---|---|---|
| **Order NO.** | HQ757461S -CO | **Date :** 02-02-2017 | |

**Vendor Estimated Ready Date:** 07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



# Carnival®
## TECHNICAL OPERATIONS
## Purchase Order

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**

All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices. Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**

Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

ctor to remove all debris to make way for new layout.  Carry off all debris to adequate garbage dumpsters on board. Contractor to supply their own conveyance carts, trolleys, etc. "     GENERAL PROVISIONS   Protection   GP.10   "All decorated surfaces are to be protected against damage throughout the construction period. Protection to be removed at the latest possible moment. Contractor responsible for damage."GENERAL PROVISIONS    Hot Work    GP.11   "Where the scope of work involves hot work, the General Contractor is responsible for removal, protection, and reinstallation of all existing outfit within the venue and in adjacent areas necessary to safely carry out the hot work in compliance with the Owner's hot work policy."     GENERAL PROVISIONS   USPH light level readings    GP.12   "Contractor must provide light level readings at end of project in all food areas to confirm USPH compliance." GENERAL PROVISIONS    Commissioning    GP.13   "Contractor responsible for delivery and commissioning.  Testing all systems throughout space."  GENERAL PROVISIONS    Vessel Familiarization   GP.14  "All contractors must attend CCL vessel familiarization prior to the start of any works."    DOCUMENTATION Construction Drawings   D.01     "Contractor to supply working drawings for all modifications in AUTOCAD format to Owner for approval. No production should commence before obtaining approval in writing from the Project Manager.  To include, but not limited to: floor plan, ceiling plan, electrical, HVAC, elevations, shop drawings, etc."    DOCUMENTATION Project schedule     D.02     "Contractor to submit the Project Schedule in Microsoft Project or Excel to CCL Project Manager at least one month before the starting date of the project. This schedule has to be approved by CCL Management and will be integrated with the schedule submitted by other Contractors working in the same area."  DOCUMENTATION Weight Calculation  D.03     "Contractor to submit the Weight Calculation in Excel to CCL Project Manager at least one month before the starting date of the project. "DOCUMENTATION Fire Load Calculation     D.04     "Contractor to submit the Fire Load Calculation in Excel to CCL Project Manager at least one month before the starting date of the project. "DOCUMENTATION Class Documents    D.05     "Contractor to provide CCL Project Manager with all I.M.O. Certificates and Class approvals in electronic format for all materials used in the project at least one week prior to the project being carried out.  Certificates must be in English and be legible. "     DOCUMENTATION MSDS Sheets   D.06     "Contractor to provide CCL Project Manager with all Material Safety Data Sheets (MSDS sheets) for all of the chemicals used in the project in electronic format  at least one week prior to the project being carried out.  Certificates must be in English and be legible. Note: No chemicals, paints, glues, etc. to be left onboard at completion of project unless specifically requested by Shipboard Management."  DOCUMENTATION Material specs  D.07     "Upon completion of project the Contractor to provide CCL Project Manager with exact final material specifications being used for all items under contractor scope of project, with manufacturer details (2 ea. sample books and electronic files)  within 2 weeks of project completion.CCL Project Manager must approve all substitutions of materials."  DOCUMENTATION "As Build" Drawings D.08     "Upon completion of project the Contractor to supply all 'AS BUILT'  Drawings for above modifications in AUTOCAD format to  CCL Project Manager within 30 days off project completion. To include, but not limited to: floor plan, ceiling plan, electrical, HVAC etc."

SCOPE OF WORK:

K1  KEEP AND PROTECT  1 - Ceiling   01  K1 .01            N/A
K2  KEEP AND PROTECT  2 - Steel / Bulkheads / Doors            K2.01            Keep and protect existing bulkheads on both decks 12 & 14.      By Outfitting Contractor ██
K2  KEEP AND PROTECT  2 - Steel / Bulkheads / Doors            K2.01            Keep existing hand rails      By Outfitting Contractor ██
K3  KEEP AND PROTECT  3 - Flooring     K3.01            Keep and protect existing teak floor on both decks 12 & 14.        By Outfitting Contractor ██
K4  KEEP AND PROTECT  4 - Fixed Furniture      K4.01            N/A
K5  KEEP AND PROTECT  5 - Loose Furniture      K5.01            N/A
K6  KEEP AND PROTECT  6 - Lighting / Electrical      K6.01            N/A

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000126

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vessel :** | **CARNIVAL CONQUEST** | | | | | | | | | | | | |
| **Order NO.** | HQ757461S -CO | | **Date :** 02-02-2017 | | | | | | | | | | |

**Vendor Estimated Ready Date:** 07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



# TECHNICAL OPERATIONS
## Purchase Order

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
Any cost not included on the PO, such as freight, certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K7 | KEEP AND PROTECT | 7 - HVAC / Mechanical | K7.01 | N/A | | | | | | | |
| K8 | KEEP AND PROTECT | 8 - Equipment | K8.01 | N/A | | | | | | | |
| K9 | KEEP AND PROTECT | 9 - Signage | K9.01 | N/A | | | | | | | |
| K10 | KEEP AND PROTECT | 10 - Artwork | K10.01 | N/A | | | | | | | |
| K11 | KEEP AND PROTECT | 11 - Sound System | K11.01 | N/A | | | | | | | |
| K12 | KEEP AND PROTECT | 12 - Window Treatment | K12.01 | N/A | | | | | | | |
| K13 | KEEP AND PROTECT | 13 - Fixtures | K13.01 | Keep and protect existing shower on deck 12 and 14     By Outfitting Contractor ▆ | | | | | | | |
| K14 | KEEP AND PROTECT | 14 - Accessories | K14.01 | Keep and protect existing lifesavers, and other safety equipment.     By Outfitting Contractor ▆ | | | | | | | |
| N1 | NEW CONSTRUCTION | 1 - Ceiling | N1.01 | Paint deck head structures and smooth flat ceiling area with hatch.  Paint to match ships white color.     By Others | | | | | | | |
| N1 | NEW CONSTRUCTION | 1 - Ceiling | N1.02 | "Supply and install new White ceiling planks with support framing at Dk 12 Frm# 228 - 268 Strb Side.  Incude any adjustments from speakers, or steel/welding work needed for the carrier holders and repainting areas where welds happen.  Note: no plank ceiling at low duct area (outboard of double doors).Refer to architects drawings for location details. "     By Outfitting Contractor ▆ | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.01 | Steel bulkheads to be be repainted through out Dk 12 & dk 14.  Sand, prep, and primer at rusted areas as needed.  White paint and Blue skirting to match as per CCL specifications.     By Others | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.02 | Supply and install new ipe hardwood planking at bar area with base skirting.  Include framing of bar pantry opening.  See drawings for details and location.     By Outfitting Contractor ▆ | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.03 | Supply and install new windscreens dk 12 & 14 as indicated in architects drawings.  Include any ceiling removals and reinstallation deck below for welding floor supports.   See drawings for details and specifications.     By Outfitting Contractor ▆ | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.04 | Supply and install new belbien finish at existing pantry door.  Belbien to be exterior grade and color match with wood planks.  See material specifications for details.     By Outfitting Contractor ▆ | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.05 | Refinish existing teak door and ramp at kids emergency exit.  Strb Side (1 qty)     By Outfitting Contractor ▆ | | | | | | | |
| N2 | NEW CONSTRUCTION | 2 - Steel / Bulkheads / Doors | N2.06 | HANDRAILS:  Modify handrail ends at deck 14 to work with new pergula design.     By Outfitting Contractor ▆ | | | | | | | |
| N3 | NEW CONSTRUCTION | 3 - Flooring | N3.01 | Replace teak deck planks where needed in the areas modified (wind screen removals, Shower relocation, bar area, Jacuzzi areas, screwed holes from ping pong table, etc.).  Sandblast, clean and recaulk existing & new teak deck.  Caulk Sika 290DC. Steel deck to be grinded, cleaned, and reprimed at areas affected.     By Others | | | | | | | |
| N3 | NEW CONSTRUCTION | 3 - Flooring | N3.02 | Supply and install new synthetic flooring at Spa void areas.     By Others | | | | | | | |
| N3 | NEW CONSTRUCTION | 3 - Flooring | N3.03 | Supply and install new platforms for Jacuzzi's, steps, railings.  Aluminum channel platform support with Ipe platform and steps. Brushed S.S pipe ralings to be installed - one at jacuzzi stairs, and one each at platform access stairs.  Exposed Jacuzzi undersides (above platform level) to be covered by Ipe lining to match platform construction.  Jacuzzi access steps to be removable to access pumps.  Contractor to position Owner supplied Jacuzzi units, and supply suport structure, prior to platform construction. Contractor to install piping, connections, electrical, coaming / barracade, scupper, any required deck penetrations, cable trays, water treatment equipment and hook-up, paint, teak deck repairs | | | | | | | |

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS), FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000127

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

**Vessel :  CARNIVAL CONQUEST**

**Order NO.**     HQ757461S -CO     **Date :** 02-02-2017

**Vendor Estimated Ready Date:**  07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



**TECHNICAL OPERATIONS**
**Purchase Order**

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**

All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**

Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

as required.  Jacuzzi specs to be provided by CCL.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.01        "Supply and install new pergula module fix to deck on dk 14 P/S.  Aluminium construction clad with ipe hardwood.  S.S. attachment to deck and bulkheads. Ipe diagonal bracing at inside corners to prevent swaying and engineered for heavy winds.  Reference previous Valor installationInboard side of each pergola to attach to adjacent steel bulkhead in order to proved lateral stiffening.  Vertical posts will serve as decorative pilasters only on that inboard side.  Include any ceiling removals and reinstallation deck below for welding floor supports.  "        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.02        Supply and install new corian solid surface counter over existing S.S. counter with inside cove and backsplash at bar pantry opening.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.03        Supply and install new Stone top at table drink ledge with corian top.  Corian top to be supported at existing metal plate and install new polished S.S. leg post casings to existing supports.  Table as per Valor install.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.04        Supply and install new stools fixed to deck (10 qty).  Include swivel mechanism and Polished S.S. foot supports to Polished S.S. posts.  Stools supports brackets to be welded to deck.  Stools as per Valor install.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.05        Supply and install new towel stations at dk 12 as per architect drawings.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.06        Reinstall existing S.S. recycling units on deck 12 fix to deck 3 QTY (2 qty on Dk 12 & 1qty on Dk 14)        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.07        STORAGE UNIT:  Supply and install new teak Low storage unit at Dk 12.  To be fixed to deck.  See architect drawings for details.        By Outfitting Contractor ▮▮▮▮

N4  NEW CONSTRUCTION4 - Fixed Furniture        N4.08        STORAGE UNIT:  Supply and install new teak High storage unit at Dk 14.  To be fixed to deck and bulkhead for support.  See architects drawings for details.        By Outfitting Contractor ▮▮▮▮

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.01        Owner supplied Sun Loungers (56 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.02        Owner supplied Side Tables (37 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.03        Owner supplied Ottoman (8 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.04        Owner supplied lounge chairs (20 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.05        Owner supplied Sofa Lounge CORNER END (8 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.06        Owner supplied Sofa Lounge Middle SMALL (4 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.07        Owner supplied Sofa Lounge Middle MEDIUM (4 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.08        Owner supplied Tables (4 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.09        Owner supplied Canopy Love Seats (12 Qty)        By Owner        Unboxing and installation by Owner.

N5  NEW CONSTRUCTION5 - Loose Furniture        N5.10        Owner supplied Sofa Lounge Middle Section LARGE (6 Qty)        By Owner        Unboxing and installation by Owner.

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.01        Supply and install new recessed down lights on Dk 12 as shown in architects drawings.  (18 Qty)        By Outfitting Contractor ▮▮▮▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.02        Supply and install acrylic light boxes above drink table ledge.  (6 Qty)        By Outfitting Contractor ▮▮▮▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.03        Supply and install new wall sconce lights on Dk 12 & 14 (9 Qty). See drawings. Specs to be provided.        By

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000128

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| Vessel : | **CARNIVAL CONQUEST** |
|---|---|
| Order NO. | HQ757461S -CO    **Date :** 02-02-2017 |

**Vendor Estimated Ready Date:**  07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



**TECHNICAL OPERATIONS**
**Purchase Order**

INVOICE TO:
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices. Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

Outfitting Contractor ▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.04            Supply and Install lighted tables fixed and sealed to deck.  Supply and install for cable pulls, penetrations (roxtec) and electrical connections as required.  (7 Qty)  See architect drawings for layout.        By Outfitting Contractor ▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.05            Install owner supplied lighted globes fixed and sealed to deck.  Supply and install for cable pulls, penetrations (roxtec) and electrical connections as required.  (18 SMALL, 7 MEDIUM, Total 27 Qty).  Note: there are different sizes, see specs and architect drawings.        By Outfitting Contractor ▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.06            Install owner supplied lens to existing bulkhead horizontal light fixtures - 16qty at Dk 12 & 14qty at Dk 14.  (30 Qty Total)  By Outfitting Contractor ▮

N6  NEW CONSTRUCTION6 - Lighting / Electrical        N6.07            ELECTICAL BOX:  Reinstall existing electrical box to bulkhead, above new pergulas.  Exact position to be confirmed.    By Outfitting Contractor ▮

N7  NEW CONSTRUCTION7 - HVAC / Mechanical        N7.01            N/A

N8  NEW CONSTRUCTION8 - Equipment        N8.01            Re-install PA speakers mounted to ceiling Dk 12 and PA speakers mounted to bulkheads at Dk 14.        By Outfitting Contractor ▮

N8  NEW CONSTRUCTION8 - Equipment        N8.02            Reinstall existing phones at same location. (Qty 2).  One phone at Frm# 247 next to double doors.  One next to service bar at Frm#264.        By Outfitting Contractor ▮

N9  NEW CONSTRUCTION9 - Signage        N9.01            Owner supplied signage to be installed by Outfitting Contractor.  'Serenity' signs.  1 large (1130 X 400) and 3 medium (800 X 285).  "Owner supplied itemInstallation by Outfitting Contractor" ▮

N9  NEW CONSTRUCTION9 - Signage        N9.02            Reinstall any safety signage        "Owner supplied itemInstallation by Outfitting Contractor" ▮

N10      NEW CONSTRUCTION10 - Artwork        N10.01            N/A

N11      NEW CONSTRUCTION11 - Sound System        N11.01            N/A

N12      NEW CONSTRUCTION12 - Window Treatment        N12.01            N/A

N13      NEW CONSTRUCTION13 - Fixtures        N13.01            Reinstall existing showers at new locations Dk 12 & 14 as per architects drawings.  Provide new penetrations, drains, plumbing, piping, install new floor grating, replace plexi glass with new to match existing. (Qty 3)        By Outfitting Contractor ▮

N14      NEW CONSTRUCTION14 - Accessories        N.14.01            Supply and install hooking system for hammocks.  Hammocks to hang from Pergola support structure with eyebolts and acorn nuts sized to accommodate weight requirements.        By Outfitting Contractor ▮

N14      NEW CONSTRUCTION14 - Accessories        N.14.02            Install owner supplied hammocks at Pergulas.  (4 Qty)        "Owner supplied itemInstallation by Outfitting Contractor" ▮

M    MANAGEMENT COST        C.  M.C.            "All project management costs associated to this project."        By Outfitting Contractor ▮

T    TRAVEL COST        C.  T.C.            "Flights, travel, and accommodation costs for your team for this project. Note: We might decide to exclude this item from the contract / PO."        By Outfitting Contractor ▮

L    LOGISTICS COST        C.  L.C.            "Logistical cost for the entire project including freight, warehousing,  and materials manipulation. Note: We might decide to exclude this item from the contract / PO."        By Outfitting Contractor ▮

V    VARIOUS COSTS        C.  V.C.            "Please include any expected cost not included above.Note: Please submit back-up information for these costs."        By Outfitting Contractor

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS), FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000129

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| Vessel : | **CARNIVAL CONQUEST** |
|---|---|
| Order NO. | **HQ757461S -CO**   **Date :** 02-02-2017 |

**Vendor Estimated Ready Date:**  07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



**TECHNICAL OPERATIONS**
**Purchase Order**

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | HQ033786 | 2 | HQ_0000013 | **Delivery of goods for project SOW to CCL Freight forwarder** | 10022200015502990000 | CCL16A37 | EA | 1 | ███ | | |

*Maker Reference :*
*Remarks (T.W.Q.) :*  .
                                                                                          *Maker:*
                                 .

Notes  ████████ of the SOW excluding demolition, upon goods delivered to CCL Freight forwarder, payable within ████████████
████████

Shipping dates, method and routing to be agreed with the Contractor.

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | HQ033786 | 3 | HQ_0000013 | **Remove all room elements as per detailed scope of work,** | 10022200015502990000 | CCL16A37 | EA | 1 | ███ | | |

*Maker Reference :*
*Remarks (T.W.Q.) :*  to make way for new decoration.
                                                                                          *Maker:*
                                 .

Notes : Remove all room elements as per detailed scope of work, to make way for new decoration. Demolition Total: ████████
Payment Terms - ████████████████████████

DEMO SCOPE OF WORK:

R1  REMOVAL / DEMOLITION  1 - Ceiling   01  R1 .                   N/A
R2  REMOVAL / DEMOLITION  2 - Steel / Bulkheads / Doors         R2.01         WIND SCREENS:  Remove and dispose Dk 12 wind screens fixed from deck Strb Side only (Frm # 272).      By Outfitting Contractor  ███
R2  REMOVAL / DEMOLITION  2 - Steel / Bulkheads / Doors         R2.02         KIDS DIVIDER SCREEN:  Remove and dispose S.S. tubular gate, glass, bracket support structures, and grind off steel support flate plate from deck.  Starboard side FWD.         By Outfitting Contractor  ███   To be disposed
R2  REMOVAL / DEMOLITION  2 - Steel / Bulkheads / Doors         R2.03         HANDRAILS:  Remove handrails from steel bulkheads at dk 14.  See drawings for locations.         By Outfitting Contractor  ███ To be disposed
R3  REMOVAL / DEMOLITION  3 - Flooring         R3.01         TEAK:  Remove teak at areas to receive shower, footing for purgulas, dividers, and void areas for new Spa Tubs.         By Outfitting Contractor  ███   To be disposed
R4  REMOVAL / DEMOLITION  4 - Fixed Furniture         R4.01         DRINK LEDGE & STOOLS:  Remove dk 12 drink ledge (1 qty) and stools (6 qty) fixed from deck.  Include Stone top, stone seats, metal tubular casing.  Note: supports from deck could remain to receive new casing.  Grind all bar stool supports off from deck         By Outfitting Contractor  ███   To be disposed

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000130

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.



| Vessel : **CARNIVAL CONQUEST** | | |
|---|---|---|
| **Order NO.** HQ757461S -CO **Date :** 02-02-2017 | | |

**Vendor Estimated Ready Date:** 07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS

### TECHNICAL OPERATIONS
### Purchase Order

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**

All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**

Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R4 | REMOVAL / DEMOLITION | 4 - Fixed Furniture | | R4.02 | PING PONG TABLE: Remove ping pong table screwed to deck. Include paddle supports from bulkhead. Protect and save for re-use elsewhere. By Outfitting Contractor ▌ To be given to ship | | | | | | | |
| R4 | REMOVAL / DEMOLITION | 4 - Fixed Furniture | | R4.03 | RECYCLING UNIT: Remove S.S. recycling unit screwed to deck 3 QTY (2 qty on dk 12 & 1qty on dk 14). Save for reuse. By Outfitting Contractor ▌ To be disposed | | | | | | | |
| R5 | REMOVAL / DEMOLITION | 5 - Loose Furniture | | R5.01 | SUN LOUNGERS: Dk 12 - Remove all loose sun loungers By Outfitting Contractor ▌ To be given to ship for disposition | | | | | | | |
| R5 | REMOVAL / DEMOLITION | 5 - Loose Furniture | | R5.02 | CHAIRS: Dk 12 - Remove all loose chairs By Outfitting Contractor included in R5.01 To be given to ship for disposition | | | | | | | |
| R5 | REMOVAL / DEMOLITION | 5 - Loose Furniture | | R5.03 | ROCKER CHAIRS: Dk 12 - Remove all loose PVC rocker chairs (16 qty) By Outfitting Contractor included in R5.01 To be given to ship for disposition | | | | | | | |
| R6 | REMOVAL / DEMOLITION | 6 - Lighting / Electrical | | R6.01 | WALL LIGHTS: Remove bulkhead wall lights to make way for new wall lights 7qty at Dk 12 & 6qty at Dk 14. (13 Qty Total) By Outfitting Contractor ▌ Light fixtures to be given to ship for disposition | | | | | | | |
| R6 | REMOVAL / DEMOLITION | 6 - Lighting / Electrical | | R6.02 | WALL LIGHTS: Remove clear lens from existing bulkhead lights that will remain. 16qty at Dk 12 & 14qty at Dk 14. (30 Qty Total) By Outfitting Contractor ▌ | | | | | | | |
| | REMOVAL / DEMOLITION | 6 - Lighting / Electrical | | R6.03 | ELECTRICAL BOX: Remove electrical box at dk 14 bulkhead P/S (2qty) By Outfitting Contractor ▌ | | | | | | | |
| R7 | REMOVAL / DEMOLITION | 7 - HVAC / Mechanical | | R7.01 | N/A | | | | | | | |
| R8 | REMOVAL / DEMOLITION | 8 - Equipment | | R8.01 | PHONES: Remove existing phones Dk 12 in way of new wall treatment. Include removing metal tube fixed to bulkead and casing boxes. Protect and save for reuse. By Outfitting Contractor ▌ | | | | | | | |
| | REMOVAL / DEMOLITION | 8 - Equipment | | R8.02 | AV SPEAKERS: Remove AV speakers at dk 14 bulkheads and save for reuse By Outfitting Contractor ▌ Save for reuse | | | | | | | |
| R9 | REMOVAL / DEMOLITION | 9 - Signage | | R9.01 | SAFETY SIGNS: Remove existing safety signage and general signages in way of the new bulkhead treatment. By Outfitting Contractor ▌ | | | | | | | |
| R10 | REMOVAL / DEMOLITION | 10 - Artwork | | R10.01 | N/A | | | | | | | |
| R11 | REMOVAL / DEMOLITION | 11 - Sound System | | R11.01 | N/A | | | | | | | |
| R12 | REMOVAL / DEMOLITION | 12 - Window Treatment | | R12.01 | N/A | | | | | | | |
| R13 | REMOVAL / DEMOLITION | 13 - Fixtures 01 | | R13.01 | SHOWERS: Dk 12 & 14 Showers: Remove (3 Qty) showers. One on Dk 12 portside FR# 241 and two on Dk 14 P & S sides FR# 278. All penetrations on deck to be welded shut and cut/cap piping as needed. All three to be saved for reinstall at new locations. See architects drawings. By Outfitting Contractor ▌ To be saved and protected for reuse | | | | | | | |
| R14 | REMOVAL / DEMOLITION | 14 - Accessories | | R14.01 | N/A By Outfitting Contractor To be saved and protected for reuse | | | | | | | |

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

GR000131

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

| Vessel : | **CARNIVAL CONQUEST** | |
|---|---|---|
| Order NO. | HQ757461S -CO | **Date :** 02-02-2017 |

**Vendor Estimated Ready Date:** 07-01-2017

WOOD PACKAGING USED ON ALL SUPPLIER SHIPMENTS MUST BE IN COMPLIANCE WITH ISPM 15 AND MARKED WITH IPPC LOGO. ALL SHIPMENTS NOT IN CONFORMITY WILL BE SUBJECT TO REFUSAL BY OUR WAREHOUSES AND ALL RELATED COST WILL BE BILLED TO VENDORS



**TECHNICAL OPERATIONS**
**Purchase Order**

**INVOICE TO:**
PO INVOICES SHOULD BE E-MAILED DIRECTLY TO:
**poinvoice@edocs.carnival.com**
All invoices must match Vendor name, PO line details and Currency on PO to avoid payment delays. Always reference PO number on all invoices.
Electronic payments will be issued for this order. For invoice or payment inquiries, please visit Supplier Express by following the URL below.
**https://carnival.apexportal.net/**
Any cost not included on the PO, such as freight,certification, please submit a separate invoice with this charges to
**preapproved@edocs.carnival.com**

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | HQ033786 | 4 | HQ_0000013 | **Project execution according to the scope of work** | 10022200001502990000 | CCL16A37 | EA | 1 | ███████ | | |
| | | | | Maker Reference : . | | Maker: | | | | | |
| | | | | Remarks (T.W.Q.) : . | | | | | | | |

Notes ██████████ of the SOW / Contract excluding demolition, upon satisfactory completion of the Work as determined by Carnival, payable ████████████████████ ██████████

| PO Line | REQ Number | REQ Line | Item Code | Item Name | Budget Code | CER | UOM | QTY | Unit Price | Discount % | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | HQ033786 | 5 | HQ_0000013 | **Completion of punch list, corrective actions** | 10022200001502990000 | CCL16A37 | EA | 1 | ███████ | | |
| | | | | Maker Reference : . | | Maker: | | | | | |
| | | | | Remarks (T.W.Q.) : . | | | | | | | |

Notes ██████████ of the SOW / Contract excluding demolition, upon satisfactory completion as determined by Carnival of all punch-list work items undertaken by Contractor after Vessel redelivery to Carnival, payable within ████████████████████████████

**THIS PURCHASE ORDER IS GOVERNED BY AND FULLY INCORPORATES THE STANDARD TERMS AND CONDITIONS OF CARNIVAL CRUISE LINE WHICH CAN BE FOUND AT WWW.CARNIVAL.COM/SUPPLYCHAIN.**
**WORK PERFORMED ON BOARD SHIPS WILL BE IN ACCORDANCE WITH CARNIVAL'S ENVIRONMENTAL MANAGEMENT SYSTEM (EMS),**
**FOR QUESTIONS REGARDING THE EMS PLEASE CONTACT YOUR CARNIVAL REPRESENTATIVE.**

Affirmative Action Notice: Vendors and Subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

GR000132