# CASE SUMMARY

CQ0405248744S - Carnival Conquest - CQ20240405003 (Apr 5, 2024 - Apr 8, 2024) -  Apr 5, 2024 14:15 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 82498 | WAMPOLE, DARLENE RENE | ███████ | F | 9205 |

## Triage

| DOCUMENTED DATE | DOCUMENTED USER | VISIT REASON |
|---|---|---|
| Apr 5, 2024 14:15 UTC-04:00 | Mateo, Louis Aylmer RN | Injury |
| LAST UPDATED DATE | LAST UPDATED USER | |
| Apr 5, 2024 21:04 UTC-04:00 | Mateo, Louis Aylmer RN | |

PRIORITY
NON-URGENT

CHIEF COMPLAINTS
**Patient attends clinic for Fall Injury**

NOTES
-guest was brought to medical center via wheelchair with crew assist accompanied by family
-as per guest and companion she was just standing in the open deck and upon moving around the wooden floor collapse resulting her to fall down inside the floor space
-crew sustained a scratch on right knee, not actively bleeding, rinse with sterile water then cleaned with Povidone Iodine
-noted tenderness and pain on right knee and right ankle, and minimal stiffness on right shoulder
-vital signs taken and recorded, all within normal limits, afebrile
-informed attending of consultation

## Vitals

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:05 UTC-04:00 | MATEO, LOUIS AYLMER RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 110/72 LA sit | 84 | 83 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | A.V.P.U |
| 100 SpO2 Finger Room air | 20 breaths/min | A |
| PAIN SCORE | CAPILLARY REFILL | |
| 5 | 1 seconds Peripheral | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 14:20 UTC-04:00 | MATEO, LOUIS AYLMER RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.2 F 36.2 C I | 108/70 LA sit | 82 |
| HEART RATE | SPO2 | RESPIRATORY RATE |

| | | |
|---|---|---|
| 99 bpm reg Radial | 100 SpO2 Finger Room air | 16 breaths/min |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 6 | 1 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| GCS EYE OPENING | GCS VERBAL RESPONSE | GCS MOTOR RESPONSE |
|---|---|---|
| 4 | 5 | 6 |

GCS
15
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

# Allergy

No Known Allergies.

# HPI

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 16:47 UTC-04:00 | Kodandapuram, Raghavender MD |

FALL
A 51-year-old female came into the medical center by wheelchair assistance after a fall onboard near jacuzzi.
Patient states she was walking on the deck when the wooden floor tilted, and she fell down.
Patient states pain in her right ankle (5/10), right knee (6/10) and right shoulder (4/10).
Patient states tenderness over right ankle and right knee.
Patient has skin abrasion over lateral side right thigh. No bleeding at the site.
Patient states there were rusty nails, and she is worried as she does not know her vaccination status.
Patient denies head injury, headache, vomiting, nasal or ear discharge.
Patient states she feels nauseous.
Patient is alert, oriented, breathing spontaneously. No neurologic deficits noted.

# Review of Systems

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 14:47 UTC-04:00 | Kodandapuram, Raghavender MD |

REVIEW OF SYSTEMS
  Patient **states** Nausea, Joint aches, pains or stiffness, Joint swelling, Bruising
  Patient **denies** Fever, Tiredness, Difficulty breathing, Wheeze/Asthma, Chest pain on breathing, Palpitations, Vomiting, Headaches, Dizziness, Tingling/Numbness, Weakness, Tremor, Fits/Seizures, Visual disturbances, Lumps/bumps, Itchy skin

## Physical Examination

| DATE | PERFORMED BY |
| --- | --- |
| Apr 5, 2024 15:00 UTC-04:00 | Kodandapuram, Raghavender MD |

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.   Mental status: Awake and Alert. Orientated.

SKIN
Additional Note: Erythema noted over right knee with linear abrasions. No bleeding noticed..

HEAD AND NECK
Head: normocephalic, atraumatic, facial features symmetric without ptosis or edema. No masses or lesions.

CARDIOVASCULAR
Auscultation: S1 and S2 normal, no murmur or gallop.  Venous System: Edema: No edema. Varicosities: Mild. Skin ulceration: Not present.
Additional Note: Capillary refill is less than 3 seconds. All pulses normal,.

RESPIRATORY
Auscultation of the lungs:  Clear to auscultation.
Additional Note: Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical..

MUSCULOSKELETAL
Knees: Inspect for symmetry, boney deformity, varus or vulgus deviation: Normal. AROM: flexion, extension: Normal. Passive range of movement: Normal. Muscle strength and tone: Normal. Palpation: joint structure: Normal. Ankles/Feet: Comments: Patient states tenderness over her right ankle..

NEUROLOGICAL
Inspection: Normal. Higher cortical function: Normal.
Additional Note: Oriented to person, place, and date..

## Physician Orders

| STATUS | TASK | ORDERED | ORDER ID |
| --- | --- | --- | --- |
| **Completed** | ANKLE X-RAY SERIES | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 989049 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
| --- | --- | --- | --- |
| once | -- | 0 | -- |

| ACTION | USER | DATE |
| --- | --- | --- |
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
 WAMPOLE_DARLENE_RIGHT ANKLE LAT XRAY LAT_04-APR-2024.jpg
 WAMPOLE_DARLENE_RIGHT ANKLE XRAY_04-APR-2024.jpg

| FINDINGS | COMMENTS |
| --- | --- |
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:32 UTC-04:00*

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | KNEE X-RAY SERIES | | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 359928 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
 WAMPOLE_DARLENE_RIGHT KNEE XRAY_04-APR-2024.jpg
 WAMPOLE_DARLENE_RIGHT KNEE XRAY LAT_04-APR-2024.jpg

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:34 UTC-04:00*

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | SHOULDER X-RAY SERIES | | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 769669 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
 WAMPOLE_DARLENE_RIGHT SHOULDER XRAY_04-APR-2024.jpg

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:33 UTC-04:00*

## New Medications

TETANUS & DIPTHERIA (RD) VACCINE IM
1 Vial stat starting Apr 5, 2024 14:38 UTC-04:00 for 1 day(s)

NAPROXEN 500 MG TABLET PO
1 Tablet twice daily starting Apr 5, 2024 14:46 UTC-04:00 for 4 day(s)

ADMINISTRATION INSTRUCTIONS
As needed.

## Administered/Dispensed

| ACTION | COMPLETED |
|---|---|
| Administered | By Kodandapuram, Raghavender MD on Apr 5, 2024 |

Patient: WAMPOLE, DARLENE RENE - ID: G9XF35-2 - Printed: Jun 04, 2024 17:45 UTC-04:00          GR000017 Page 4 of 9

14:38 UTC-04:00

MEDICATION
TETANUS & DIPTHERIA (RD) VACCINE IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS                    PRESCRIPTION NOTES
--                                              --

ACTION                                          COMPLETED
Dispensed                                       By Kodandapuram, Raghavender MD on Apr 5, 2024
                                                14:46 UTC-04:00

MEDICATION
NAPROXEN 500 MG TABLET PO

SALES QUANTITY
8 Tablet

ADMINISTRATION INSTRUCTIONS                    PRESCRIPTION NOTES
As needed.                                      --

## Diagnosis

DOCUMENTED DATE                                 DOCUMENTED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

LAST UPDATED DATE                               LAST UPDATED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

TYPE                                            DIAGNOSIS
Final                                           **S93.4 - Sprain and strain of ankle**

NOTES
--

DOCUMENTED DATE                                 DOCUMENTED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

LAST UPDATED DATE                               LAST UPDATED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

TYPE                                            DIAGNOSIS
Additional                                      **S43.4 - Sprain and strain of shoulder joint**

NOTES
--

DOCUMENTED DATE                                 DOCUMENTED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

LAST UPDATED DATE                               LAST UPDATED USER
Apr 5, 2024                                      Kodandapuram, Raghavender MD

TYPE                                            DIAGNOSIS
Additional                                      **S83.6 - Sprain and strain of other and unspecified parts of knee**

NOTES
--

| DOCUMENTED DATE | DOCUMENTED USER |
|---|---|
| Apr 5, 2024 | Kodandapuram, Raghavender MD |
| LAST UPDATED DATE | LAST UPDATED USER |
| Apr 5, 2024 | Kodandapuram, Raghavender MD |
| TYPE | DIAGNOSIS |
| Additional | **T14.0 - Superficial injury of unspecified body region** |

NOTES
Abrasion over lateral aspect of right thigh.

## Note

DATE
Apr 5, 2024 16:11 UTC-04:00

PERFORMED BY
Kodandapuram, Raghavender MD

NOTES
Patient was assessed and X-rays of her right knee, shoulder and ankle was taken.
No obvious fractures or dislocations noted on X-rays.
Patient was informed about the findings.
Patient was administered Inj. Td VAX after explaining about the medication and side effects.
Patient states she prefers oral pain medication.
Patient was prescribed Naproxen for pain after explaining about the medication and side effects.
Patient was advised to rest, elevate her right lower limb and ice her right ankle, knee and shoulder.
Patient acknowledged understanding of the instructions given.
Patient was advised to follow up or call 911 if swelling or pain worsens.
Patient was advised to follow up with her doctor after reaching home.
Patient left medical center with wheelchair assistance in stable and alert condition.

DATE
Apr 5, 2024 16:05 UTC-04:00

PERFORMED BY
Mateo, Louis Aylmer RN

NOTES
Discharge Notes:
-guest verbalizes reduction of pain
-guest was cleared for discharge by attending
-discharge medication was dispensed and instructed as prescribed
-advised adequate resting period and elation techniques
-instructed to apply ice covered with cloth
-guest left medical center thankful in stable condition via wheelchair with crew assist accompanied by family

DATE
Apr 5, 2024 16:00 UTC-04:00

PERFORMED BY
Mateo, Louis Aylmer RN

NOTES
-ace bandage was wrapped around right knee
-ace bandage wrapped around right ankle
-checked for tightness, guest verbalizes relief and improvement

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:40 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
Xray NOTES:
Verbal consent for X-ray taken.
Lead apron applied.
Right Shoulder Series Xray taken, with mAs= 3.2, kVp=60, distance=40cm, no grid.
Right Knee Series Xray taken, with mAs= 4.4, kVp=70, distance=40cm, no grid.
Right Ankle Series Xray taken, with mAs= 10.4, kVp=70, distance=40cm, no grid.
Examined and reviewed by Dr. Raghavender thereafter.

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:00 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
Medication Notes:
-TETANUS & DIPTHERIA was given deep IM on left Deltoid was confirmed and verified by Dr. Raghavender

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 14:30 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
-was seen and examined by Dr. Raghavender with orders made and carried out
-XRAY SERIES was ordered

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | DOCUMENTED USER | DOCUMENTED DATE |
|---|---|---|
| **Discharge from our care, follow up if required** | Kodandapuram, Raghavender MD | Apr 5, 2024 15:10 UTC-04:00 |

| LAST UPDATED USER | LAST UPDATED DATE |
|---|---|
| Mateo, Louis Aylmer RN | Apr 5, 2024 16:05 UTC-04:00 |

COMMENTS
The guest was informed about examination/laboratory findings. The most likely diagnosis and causative mechanisms (as well as risk factors) were also explained to the guest. Health promotion advice (including lifestyle and dietary changes) was offered to the guest. The treatment options were explained, and the most appropriate treatment was prescribed (reasons for choice of treatment and indications were explained). The guest was educated on how to use medication as well as common side-effects to be aware of. The guest was advised about the course of the illness as well as the expected time to improvement/recovery. The guest was advised to call 911 or return to the medical center if any symptoms recur/worsen/change. The guest was counselled regarding warning signs/sequelae and advised to call 911 if any of these should occur. The guest verbalized that they understood and agree to the above, disposition was signed by the guest.

DISCHARGE DOCUMENTS

Instructions

Prescriptions

PATIENT SIGNATURE



WAMPOLE, DARLENE RENE
Apr 5, 2024 16:05 UTC-04:00

## Injury

| INJURY SEVERITY | INJURY DATE | TREATING DOCTOR ID | SEAEVENT REPORT |
|---|---|---|---|
| Beyond First Aid | Apr 5, 2024 13:50 UTC-04:00 | NUMBER 585402 | NUMBER CCLCQHEA202400032V |
| PERSON TYPE Passenger | DATE REQUESTED MEDICAL ATTENTION Apr 5, 2024 14:00 UTC-04:00 | DATE FIRST SEEN BY MEDICAL STAFF Apr 5, 2024 14:00 UTC-04:00 | LOCATION WHERE FIRST SEEN BY MEDICAL STAFF Ship's Medical Center |
| INJURY TYPE Other.Sprain/Strain & Abrasion/Scrape. | SEVERITY OF VISION IMPAIRMENT -- | DIRECT INJURY CAUSE Fall on Same Level | |
| GENERAL BODY REGION Other.Right ankle, Right knee, Right shoulder. | SPECIFIC BODY PART -- | PROGNOSIS (DAYS) -- | DISPOSITION Rest in Cabin |
| DURATION OF ADMISSION TO SHIP'S MEDICAL CENTER -- | DATE PRONOUNCED DEAD -- | | |
| DATE OF DISEMBARKATION -- | DISEMBARKATION METHOD -- | WAS THE PATIENT TAKEN TO A HEALTHCARE FACILITY? -- | |
| COULD PRE-EXISTING MEDICAL CONDITIONS(S) HAVE CONTRIBUTED TO THE INCIDENT? Undetermined | | | |

COULD ALCOHOL/DRUGS HAVE CONTRIBUTED TO THE INCIDENT?
Undetermined

## Addendums

| DATE | DOCUMENTED BY |
|---|---|
| Apr 7, 2024 18:39 UTC-04:00 | Barnard, Armand HCA |

ADDENDUM
Guest presented to medical center
on mobility scooter requesting
crutches and medical records.
Guest provided with printed copy of
medical records and Xray imaging.
Crutches provided for guest and
explained how to use properly.
Guest acknowledged she
understands. Assisted guest by
taking crutches to her cabin. Guest
thankful.

REASON
Update after case closed

## Case Diagnosis

S93.4 - Sprain and strain of ankle