

Wampole, Darlene R
MRN: 304525, DOB: ██████   Legal Sex: F
Visit date: 5/3/2024

**05/03/2024 - Office Visit in Sayre Internal Medicine (continued)**

**Other Provider Notes (continued)**

She has been feeling anxious after the fall.  She gets flashbacks of the fall, has not been able to sleep well.  In her last visit, she was provided with resources for nearby psychiatry, was not started on any medicine. Apparently her insurance does not cover the places that we provided. However she was able to reach out to a Counsellor through her workplace. She has been liking talking to them.

She is from Sayre, PA but she works as a retailer in NY. So, NY disability form had been filled up in the clinic recently, she wants to pick them up today.

The legal team from her office told that she needs to get her nerve function checked. She is worried that she might end up with some nerve damage,so She wants to get her nerves checked. She wants to see neurology.

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional:  Negative for chills, fever and weight loss.
HENT:  Negative for ear discharge.
Eyes:  Negative for double vision.
Respiratory:  Negative for cough, sputum production and shortness of breath.
Cardiovascular:  Negative for chest pain, palpitations and leg swelling.
Gastrointestinal:  Negative for abdominal pain and heartburn.
Genitourinary:  Negative for frequency.
Musculoskeletal:  Positive for joint pain. Negative for back pain.
   **Throbbing pain and  heaviness in her right knee**
Skin:  Negative for rash.
Neurological:  Negative for focal weakness, weakness and headaches.
Psychiatric/Behavioral:  Negative for suicidal ideas. The patient is nervous/anxious and has insomnia.

**Objective**
**PHYSICAL EXAM:**
VITALS:  BP 136/80  | Pulse 61  | Temp 97.8 °F (36.6 °C)  | Ht 5' 9" (1.753 m)  | Wt 240 lb (108.9 kg)  | LMP 01/12/2011  | SpO2 99%  | BMI 35.44 kg/m²  Body mass index is 35.44 kg/m².
**Physical Exam**
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is flat. Bowel sounds are normal.
Musculoskeletal:
  General: Tenderness and signs of injury present. No swelling or deformity.
  Right lower leg: No edema.
  Left lower leg: No edema.
  Comments: **Tenderness in right knee**
Skin:
  General: Skin is warm.