WAMPOLE, Darlene ████████ (52 yo F) **Acc No.** 1573995 **DOS:** 04/09/2025



**WAMPOLE, Darlene**

52 Y old Female, DOB: ████████
Account Number: 1573995
44 WARREN STREET, SAYRE, PA-18840
Home: 607-739-1535
Guarantor: ARONFELD TRIAL LAWYERS,   Insurance: Self Pay
Appointment Facility: Neuroscience Consultants 01 FirstChoice Neurology

---

04/09/2025        Brad J Herskowitz, MD

### Past Medical History
- GI issues.

### Surgical History
- symp block, C sxn

### Family History
- No Family History documented.

### Allergies
- N.K.D.A.

### Review of Systems
See patient intake form.

### Reason for Appointment
1. ML
2. Possible CRPS
3. Atty Spencer Aronfeld
4. Date of loss: April 5, 2024

### History of Present Illness
Neurological Visit:

Thank you for allowing me to participate in the care of this patient. Darlene is a 35-year-old woman who is here after suffering an injury to her right leg on a cruise ship.

HPI: She fell 2-3 feet in a deck. The board went down and the other side of the board went up like a see saw. She injured her R shoulder, left arm, and left ankle. Both legs fell and scraped both knees.

Dx with an autoimmune dz with +ANA.

Denies prior R leg problems. She fell April 2019 injuring her left ankle and right hand. Did PT. No residual symptoms.

Several random car accidents over the years but no injuries or hospitalizations.

Before subject accident she was playing sports, active, prolonged drives, etc. Before this she had a normal life.

**Current symptoms:**
Tingling and numbness mid thigh to mid shin. Occas ankle to thigh like a spark.

Swelling of the right leg, most noticeably in the knee but other areas.

R knee pain: Constant, never goes away since accident.

R leg throbs in the knee, ankle up.

R leg stiffness and weak. She does not put her body weight on it. She depends on the cane and left leg.

Muscle spasms in the right leg. It is painful. She will need to sit down. Lasts 1-2min. Freq every few days for unclear reasons. This is the reason she uses a cane.

R leg skin: Changes color and temperature. The skin texture is different. Skin looks different R vs L leg. She has senstivity to hot and cold and weather.

L leg was fine. It has some issues as it is overcompensating.

She may have neck arthritis. MRI C Spine recommended. She has a neurologist in Penn. She also sees doctors in a pain clinic. Dx with CRPS. She did a sympathetic block in October. It did not help at all. It

WAMPOLE, Darlene **DOB:**  (52 yo F) **Acc No.** 1573995 **DOS:** 04/09/2025

made some of the pains different.

She denies nailbed change. At times she gets color change but not now.

She can't drive. She had to get a left foot accelerator.

It hurts to lay down, can't get comfortable.

Clothing or blankets over her R leg hurt her leg as it is very sensitive. She can't wear denim.

Randomly it feels like someone is hitting her R knee with a baseball bat.

**Pain meds:** She was on gabapentin and celebrex for a long time. They were discontinued. She was put on a sleeping pill which did not work.

She takes wellbutrin.

Her hair is falling out.  May be lupus with +ANA. Sees rheumatology.

**Records reviewed:**

Photographs

**Passenger injury statement, April 5, 2024**: She fell to the floor on a cruise ship and landed down 2 to 3 feet injuring her right knee and right ankle and right shoulder.

**Carnival Conquest medical Center, April 5, 2024**: She was brought to the Medical Center by wheelchair. She was standing in the open deck and upon moving around, the wooden floor collapsed, resulting in her falling down inside the floor space 2 to 3 feet. She injured her right knee. She had a scratch without bleeding.  She noted tenderness in the right knee and right ankle and stiffness in the right shoulder.

**Guthrie physical therapy**: She was seen from April 30, 2024 through July 17, 2024.  She was diagnosed with a traumatic injury to the knee and a right MCL sprain.  There was apparently a neurologist who felt she may have CRPS. No records available.

**Diagnostic studies**: MRI right knee shows changes.

Triple phase bone scan negative.

### Vital Signs

Ht:: 69 in, Wt:: **265** lbs, Ht-cm: 175.26 cm, Wt-kg: 120.2 kg, BMI:: **39.13** Index.

### Examination

General:

- GENERAL APPEARANCE:  in mild acute distress, well developed, well nourished, obese, .
- HEAD:  normocephalic, atraumatic.
- EYES:  pupils equal, round, reactive to light and accommodation. normal visual fields.
- NECK/THYROID:  neck supple, full range of motion.
- EXTREMITIES:  Temperature: Right shin 81 degrees, left shin 85 degrees.  Right foot felt cooler than the left.  No skin change. She was wearing nail polish.  She had pain with palpation and squeezing of the right thigh and shin..

Neurological Examination:

- CORTICAL FUNCTIONS:  Normal speech and historian.

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Generated for Printing/Faxing/eTransmitting on: 05/30/2025 02:24 PM EDT

WAMPOLE, Darlene **DOB:**  52 yo F) **Acc No.** 1573995 **DOS:** 04/09/2025

- CRANIAL NERVES:  I - Not Tested., II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - Normal facial sensation, VII - No asymmetry or weakness, VIII - Acuity intact to finger rub bilaterally, IX , X- Palate rose in midline, XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
- MOTOR STRENGTH:  5/5 bilateral upper and lower extremities. Normal tone and bulk, mild guarding R foot but normal strength with coaching. .
- SENSORY:  normal to pinprick, vibration, temperature, and position sense, bilateral upper and lower extremities.
- REFLEXES:  bilaterally 3+ and symmetric, hoffman negative, **R + Babinski inconsistently, 5-8 beats clonus both ankles.** .
- COORDINATION:  finger-to-nose and rapid alternating movements were intact, no ataxia, no tremor.
- GAIT AND STATION:  Limp right leg, cane. .

### Assessments

1. Right leg pain - M79.604 (Primary)   **Notes :** Darlene is a 52yo woman who fell on a cruise ship injuring her right leg and shoulder. She has reported allodynia and a temperature difference in one leg vs the other.  She has no skin trophic changes or motor changes. This is not classic CRPS at this time. It is possible that she had other CRPS findings with prior doctors, prior to the sympathetic block. Regardless. Regardless, she has chronic right leg pain. This may be a component of orthopedic issues, CRPS, soft tissue injuries. A negative bone scan does not rule out CRPS. I would like to review more records to have a better understanding of her condition.
My opinion is based upon a reasonable degree of medical certainty and probability. I reserve the right to change my opinion based upon further records that may come to my attention.
2. Hyperreflexia - R29.2   **Notes :** She has signs of hyperreflexia with some clonus, about 5-8 beats, both ankles and possible right upgoing toe.  No Hoffmann's.  She will require an MRI brain and cervical spine.  I am not sure if this is related to the subject injury as there was no reported neck injury. I will reserve my opinion until I am able to review further records.

### Preventive Medicine

Patient Education:

- Discussion:  Patient fully educated regarding disease process and therapy, including risks and alternatives and possible off-label uses of medications. All questions answered to satisfaction of patient.

  ***The above note was dictated by Dragon Dictation. Despite the best effort of the dictating physician, there may be grammatical or semantic errors.

Progress Note: Brad J Herskowitz, MD   04/09/2025

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
Generated for Printing/Faxing/eTransmitting on: 05/30/2025 02:24 PM EDT

WAMPOLE, Darlene **DOB:** ███████ (52 yo F) **Acc No.** 1573995 **DOS:** 04/09/2025



**Electronically signed by Brad Herskowitz , MD on 05/30/2025 at 02:20 PM EDT**

**Sign off status: Completed**

**Neuroscience Consultants 01 FirstChoice Neurology**
**9055 SW 87TH AVE**
**Suite 100**
**MIAMI, FL 33176-2306**
**Tel: 305-596-2080**
**Fax: (305) 351-7905**

Progress Note: Brad J Herskowitz, MD    04/09/2025

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Generated for Printing/Faxing/eTransmitting on: 05/30/2025 02:24 PM EDT