# Appendix B

## Documents Relied Upon

2504404.000 - 5009



# Documents Relied Upon

**B.1.   PLEADINGS**

B.1.1.   *COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY in* the matter of *DARLENE WAMPOLE v. CARNIVAL CORPORATION* before the United States District Court for the Southern District of Florida, Case no. 1:24-cv-24361*,* dated November 6, 2024.

**B.2.   DEPOSITION TRANSCRIPTS**

B.2.1.   *DEPOSITION OF DARLENE WAMPOLE* taken May 26, 2025.

**B.3.   REPORTS**

B.3.1.   *EXPERT TECHNICAL REPORT DARLENE WAMPOLE V. CARNIVAL CORPORTATION* prepared by Francisco De Caso, Ph.D., P.E., LEED A.P., CXLT, WACH from the IBIS Group submitted to Spencer Marc Aronfeld, Esq. from Aronfeld Trial Lawyers, dated May 18, 2025.

**B.4.   BATES LABELED DOCUMENTS**

B.4.1.   *DW000235* through *DW00256*
B.4.2.   *DW0001230* through *DW001393*

**B.5.   NON-BATES LABELED PROJECT DOCUMENTS**

B.5.1.   *MVI_0325.mp4* through *MVI_0327.mp4*
B.5.2.   *MVI_0372.mp4* through *MVI_0374.mp4*
B.5.3.   *MVI_0421.mp4*
B.5.4.   *MVI_0422.mp4*
B.5.5.   *MVI_0428.mp4*

**B.6.   CODES, STANDARDS, AND TECHNICAL LITERATURE**

B.6.1.   National Fire Protection Association (NFPA) 101 Life Safety Code
B.6.2.   NFPA 301 Merchant Vessel Code
B.6.3.   Florida Fire Prevention Code
B.6.4.   Florida Building Code
B.6.5.   International Building Code
B.6.6.   United States Coast Guard Title 46 in the Code of Federal Regulations
B.6.7.   International Convention for the Safety of Life at Sea

**B.7.   ONLINE RESOURCES**

B.7.1.   *https://www.carnival-news.com/ship/carnival-conquest-fact-sheet/*
B.7.2.   *https://www.carnival-news.com/*
B.7.3.   *https://iacs.s3.af-south-1.amazonaws.com/wp-content/uploads/2022/06/23173923/Class-societies-in-a-nutshell.pdf*
B.7.4.   *https://iacs.s3.af-south-1.amazonaws.com/wp-content/uploads/2022/06/15153229/Classification-what-why-how.pdf*

2504404.000 - 5009