# Martin A. Myers

1706 Whitewillow Drive
Wesley Chapel, FL 33543

Phone: (813) 317-1474
Email: martin_myers1@outlook.com

## Positions and Employment

| | |
|---|---|
| 2021 - Present | **Associate Clinic Director,** Pain Medicine<br>James A Haley VA Tampa, FL |
| 2017 - 2023 | **Assistant Clerkship Director,** Neurology, University of South Florida, Morsani College of Medicine, Tampa, FL<br>Neurology Clinical Clerkship Director for Third Year Medical Students |
| 2017 - Present | **Associate Course Director,** Neurology, University of South Florida, Morsani College of Medicine, Tampa, FL<br>Neurology Course Director for Undergraduate Medical Education |
| 2016 - Present | **Associate Program Director,** Neurology Residency, University of South Florida, Morsani College of Medicine, Tampa, FL |
| 2016 - Present | **Associate Program Director,** Pain Management Fellowship, University of South Florida, Morsani College of Medicine, Tampa, FL |
| 2015 - Present | **Attending Physician -** James A Haley Veterans' Hospital – Tampa, FL<br>Departments of Neurology and Pain Management |
| 2021 - Present | **Associate Professor of Neurology,** University of South Florida Morsani College of Medicine, Tampa, FL |
| 2015 - Present | **Residency Advisor,** Department of Neurology, University of South Florida Morsani College of Medicine, Tampa, FL |
| 2015 - Present | **Educational Director,** Department of Neurology, University of South Florida Morsani College of Medicine, Tampa, FL |

## Other Activities

| | |
|---|---|
| 2019 | **Pain Medicine Content Reviewer –** Reviewing nationally referenced guidelines and lectures for treatment of pain conditions |
| 2017 - Present | **Expert Witness –** Neurology and Pain Management malpractice case reviews |

## Education

| | |
|---|---|
| 2018 | **Pain Medicine Board Certified** - The American Board of Psychiatry and Neurology |
| 2015 | **Neurology Board Certified** - The American Board of Psychiatry and Neurology |
| 2014 - 2015 | University of South Florida College of Medicine – Tampa, FL<br>Interventional Pain Management Fellowship Program |
| 2010 - 2014 | University of South Florida College of Medicine – Tampa, FL<br>Neurology Residency Program |
| 2006 - 2010 | University of South Florida College of Medicine – Tampa, FL<br>Doctorate of Medicine |
| 2000 - 2003 | Duquesne University - Pittsburgh, PA<br>Bachelor of Science Degree – Biology, Graduated Cum Laude |
| 2002 | Johns Hopkins University - Baltimore, Maryland<br>Course of Study: Gross Anatomy and Physiology |

## Awards and Distinctions

**2018** — **Pain Medicine Board Certified through The American Board of Psychiatry and Neurology – 99th percentile among all exam takers**

**2014** — **Residency In Training Examination – Scored in the 100th percentile among all exam takers.**
- This is a yearly national examination among over 2000 Neurology Residents

**2014** — **Chief Resident - University of South Florida College of Medicine Department of Neurology**

**2014** — **John E. Turlich Award for Outstanding Teaching Resident.**
- Named Teacher of the Year among all residents at the University of South Florida

**2012-2013** — **Arnold P. Gold Foundation Award for Humanism and Excellence in Teaching Outstanding Resident Role Model.**
- Two-time award recipient for the University of South Florida College of Medicine among all residents.

## Completed Research and Authorship

Bricoune, O, Myers M "Epidural Spinal Cord Stimulation Helps Restore Locomotion in an Individual with Subacute Combined Degeneration: A Case Report" Pain Medicine Case Reports Dec 2022

Keseyan T, Myers M "Amantadine as a potential treatment for Marchiafava-Bignami disease: Case reports and a possible mechanism" Case Reports in Neurological Medicine March 2022

Myers M, Benbadis S "Are Medical Students Learning Enough About Epilepsy?" Epilepsy.com February 2014

Freeman M, Rose D, Myers M, Gooch C, Bozeman A, Burgin S "Ischemic Stroke Following Use of the Synthetic Marijuana 'Spice'" Neurology, 2013

Krolczyk S, Kalidas K, Myers M "Persistent Idiopathic Facial Pain" eMedicine -Neurology – Headache and Pain.  June 2009

## Selected Abstracts and Poster Presentations

5/2019          Predictors of 30-day Readmissions and Prolonged Length of Stay Following Hospitalization for Complex Regional Pain Syndrome Type 1 - A 5-year National Estimate.

5/2019          Predictors of 30-Day Readmission Post Index Hospitalization for Cluster Headache: 5 Years National Estimate.

5/2019          Risk of Worse Short-term Outcomes Associated with Hospitalization for Migraine and Co-morbid Psychiatric Illness: A Nationwide Population-Based Cohort Study.

5/2019          Trend of Cluster Headache Hospitalizations and their Associated Outcomes, a National Four-Year Retrospective Review.

5/2019          Trends in the Incidence of Migraine in Patients Hospitalized for Acute Ischemic Stroke in the United States Using the Nationwide Inpatient Sample Database.

5/2019          Could Sleep Disorders Cause Increased Readmission Following Hospitalization for Migraine? Analysis from Nationwide Readmission Database 2010-2014.

5/2019          Short-term Outcomes in Patients with Migraine and Substance Abuse: A 5-year Review Utilizing the Nationwide Readmission Database 2010-14.

5/2019 — Predictors of 30-Day Readmission and Prolonged Length of Stay After Hospitalization for Status Migrainosus: A Review of 5-Year National Data.

5/2019 — Outcomes of patients with Cancer Related Pain who Use Cannabis: Trends and Data from Nationwide Inpatient Sample Database.

5/2019 — Incidence of Pregnancy-related Migraine Headache During Pregnancy and Post - partum and associated Co-morbidities: An Update from a Nationwide Inpatient Sample Database

4/2019 — Cervical Epidural Abscess: A Case Report and Literature Review

4/2017 — Topiramate's Role in Treating Neuropathic Pain

1/2017 — An Unusual Complication of Spinal Hygroma from Occult CSF Leak After a Fluoroscopy Guided Lumbar Puncture

5/2012 — Primary Glioblastoma of the Spinal Cord – A Case Report Progressing to Rapid Death and Discussion of the Epidemiology, Treatment, and Prognosis.

2/2010 — Thirty Years of Symptoms Evades Diagnosis at Autopsy - A case report of a Lymphocytic Histiocytoma of the pons

7/2010 — Posterior Reversible Encephalopathy Syndrome in a patient with Acute Myeloid Leukemia placed on Tacrolimus for Graft Versus Host Disease

## Invited Presentation and Lecturer

- **Low Back Pain.** Guest Lecturer, University of Mississippi, Jackson, MS 2024
- **Gliobastoma of the Spinal Cord.** Grand Rounds, University of South Florida, Tampa, FL 2012 Departments of Neurology and Neurosurgery
- **Low Back Pain.** Grand Rounds, Department of Neurology University of South Florida, Tampa, FL 2015
- **Neck Pain.** Grand Rounds, Department of Neurology University of South Florida, Tampa, FL 2015
- **The Things They Don't Teach in Neurology Residency.** Grand Rounds, Department of Neurology, University of South Florida, Tampa, FL 2012
- **Low Back Pain for PCPs**. Invited Speaker. Department of Medicine. Grand Rounds, University of South Florida, Tampa, FL 2016
- **Delirium and Dementia.** Invited Speaker, School of Physician Assistants University of South Florida, Tampa, FL 2019
- **Lumbar Puncture Simulation.** Invited Preceptor, Department of Medicine University of South Florida, Tampa, FL 2018
- **Lumbar Puncture Simulation.** Invited Preceptor, Department of Neurology University of South Florida, Tampa, FL 2015 - present

- **The Neurological Examination.** Lecturer, Department of Neurology University of South Florida, Tampa FL 2015 - present

## Editorial Board or Reviewer

2021        *The Neurohospitalist*, Editorial Reviewer
2020-2022  Course Content Reviewer  School of Nursing USF MCOM

## Professional Society Memberships

2010 - 2023    **American Academy of Neurology (AAN)**
2018 - 2023    **American Neurology Association (ANA)**
2015 - 2023    **Florida Society of Neurology (FSN)**