CONQUEST - Red & Blue dots for Dec 2023 to Nov 2024



HEA00032V

POOL SLIDE

SKY/DECK 14

GR000115

**InfoSHIPsql**

**SHIP  CARNIVAL CONQUEST**

# WORK Request : HL531610   - HOUSEKEEPING

**WR ID : CO_0839855**

WR Date : **10-28-2021**   WR Time : **11:39:24**

Problem Type : **MECHANICA**

Type Description : **POWER-DRIVEN,MECHANIZED EQUIPM. ISSUES**

Deck : **DGL**        **MULTIPLE DECKS  / USE NOTES OR SUBJECT FIELD**

Location : **HQ_0023771  GEN. LOCATION / USE NOTES FIELD TO CONTACT**

Area :

Category :

Item :

Defect Category :

Defect Description :

Requestor : **SUP POOL/D  SUPERVISOR POOLS / DECKS 32453**

To Department : **ENGINE        ENGINE DEPARTMENT**

Responsible : **F_MAIN_MAN FACILITIES MAINTENANCE MANAGER**

Subject : **DK 14 port side whirlpool leaking from pump and rust casing**

Compliance :

Priority : **LOW**

Root Cause :

Notes :

| | |
|---|---|
| WR Status : | **CLOSE WITH WO** |

| |
|---|
| Upd. User : **FACILITIES MAINT.MGR** |
| Upd. Date : **01-09-2022** |
| Upd. Time : **07:56** |

**SUPERVISOR POOLS / DECKS 32453**

# WORK Order : WO838540   ENGINE DEPARTMENT

**WO ID : CO_1062118**

WO Date : **01-09-2022**    WO Time :

Responsible : **F_MAIN_MAN FACILITIES MAINTENANCE MANAGER**

Subject : **DK 14 port side whirlpool leaking from pump and rust casing**

| | |
|---|---|
| WO Status : | **CLOSED** |

| |
|---|
| Upd. User : **FACILITIES MAINT.MGR** |
| Upd. Date : **01-09-2022** |
| Upd. Time : **07:56** |

**FACILITIES MAINTENANCE MANAGER**

GR000116

**InfoSHIPsql**

| SHIP  CARNIVAL CONQUEST |
|---|

# WORK Request : HL553177   - HOUSEKEEPING

**WR ID : CO_0871869**

WR Date : **06-11-2022**     WR Time : **15:59:00**

Problem Type : **REFURBISH**

| WR Status : **CLOSE WITH WO** |
|---|

Type Description : **CARPENTRY,UPHOLSTERY,MASONRY,PAINTING**

Deck : **DGL            MULTIPLE DECKS  / USE NOTES OR SUBJECT FIELD**

Location : **HQ_0023771  GEN. LOCATION / USE NOTES FIELD TO CONTACT**

| Upd. User : **REFURB TEAM LEADER** |
|---|
| Upd. Date : **06-12-2022** |
| Upd. Time : **17:30** |

Area :

Category :

Item :

Defect Category :

Defect Description :

Requestor : **SUP POOL/D  SUPERVISOR POOLS / DECKS 32109**

To Department : **ENGINE        ENGINE DEPARTMENT**

Responsible : **F_MAIN_MAN FACILITIES MAINTENANCE MANAGER**

Subject : **DK 14 FWD port side whirlpool varnishing to be done**

Compliance :

Priority : **HIGH**

Root Cause :

Notes :

**SUPERVISOR POOLS / DECKS 32109**

# WORK Order : WO870713   ENGINE DEPARTMENT

**WO ID : CO_1108792**

WO Date : **06-12-2022**     WO Time :

| WO Status : **CLOSED** |
|---|

Responsible : **F_MAIN_MAN FACILITIES MAINTENANCE MANAGER**

Subject : **DK 14 FWD port side whirlpool varnishing to be done**

| Upd. User : **REFURB TEAM LEADER** |
|---|
| Upd. Date : **06-12-2022** |
| Upd. Time : **17:30** |

**FACILITIES MAINTENANCE MANAGER**

GR000117