**Cruise Ticket Contract**    **Sail & Sign**    **Cruise Ticket Contract Acceptance Report**

**Voyage # : CQ20240405003**

**Voyage date :05-APR-2024**

| LAST NAME | FIRST NAME | BOOKING | SEQNO | CABIN | ACC. BY LAST NAME | ACC. BY FIRST NAME | E/P | DATE TIME | NO Show |
|-----------|------------|---------|-------|-------|-------------------|--------------------|----|-----------|---------|
| MAY | LARA | G9XF35 | 4 | 1253 | WAMPOLE | PAIGE | E | 25-MAR-24 21:36 | |
| SHAW | BETH | G9XF35 | 3 | 9205 | WAMPOLE | PAIGE | E | 25-MAR-24 21:36 | |
| WAMPOLE | DARLENE | G9XF35 | 2 | 9205 | WAMPOLE | PAIGE | E | 25-MAR-24 21:36 | |
| WAMPOLE | PAIGE | G9XF35 | 1 | 1253 | WAMPOLE | PAIGE | E | 25-MAR-24 21:36 | |

**Carnival**

Ship and Voyage No. ~~CQLCQHEA202400032V~~ ~~CQ0304052024~~

## PASSENGER INJURY STATEMENT

### THE FOLLOWING IS TO BE FILLED BY THE PASSENGER IN HIS OR HER HANDWRITING

Last Name Wampole _American_ First Name Darlene

Cabin No. 1253 Nationality United States Place of birth: 8 USA Occupation retail

Age 51 Height 5'9 Weight _____ Sex F Marital status: Divorced/**Married**/Single/Widower (Circle one)

Home Address 44 Warren Street City Sayre State PA

Zip code 18840 Country USA Home Phone 607-437-0802 Work Phone _____ _sole o/the bottom_

E-mail Wampole.darlene@gmail.com What kind of shoes were you wearing? Canvas/heydude Shoe

Do you wear glasses (reading) or contact lenses? ? Sunglasses Did you have them on when the accident occurred? ? sunglasses

Name of staff member accident reported to Pool Slide staff member Date of accident 4/5/2024

Time of accident 1:15pm AM/**PM** Date reported 4/5/24 Time reported 1:17 AM/**PM**

If not reported immediately, please explain why? Reported immediately to pool slide staff member. He called Someone - They were on scene about ~~1:20~~ 1:25

Are you hurt? If so, please explain. Yes- Fell through floor - landed down 2-3 feet. Hurt knee (right) and hurt right ankle and hurt ~~(left)~~ right shoulder.

Who witnessed the accident? Beth Shaw, Paige Wampole, Lara May (all in my cabin) and other cruise goers, 8416 passengers also

Who was with you, or nearby, at the time of the accident? 3 cabin mates, and multiple cruise goers. Room 8416 came over, they witnessed the whole thing and told staff →

Please state what you were doing at the time of the accident. Just checking out ship for the first time. Looking out the front of the ship. Then proceeded to walk off deck area and fell through floor (about 2-3 feet down)

Please state in detail what happened at the time of the accident. Stepped on board while walking down from hot tub area (was walking in walking path) and immediately fell - the 3 outter boards that held main board piece in place all seemed to break off - board split and I fell directly →

Please state in detail the exact location of the accident. top of ship - port side between the hot tub and the mini divider wall.

What do you believe caused this accident? The floor board And the trim holding that board ~~& the mini divider wall~~ in place was rotted and just gave out.

What equipment, if any, was involved in the accident? The floor -

Please state what you could have done to avoid the accident. Nothing - I had on proper shoes, wasn't screwing around, was walking in the proper area (walking path) I did NOTHING wrong that would have avoided this accident

4-5-24
DATE

Darlene Wampole
SIGNATURE

REVISION 8/24/2011

GR000002

# Carnival®

MS DARLENE WAMPOLE

| | |
|---|---|
| Ship: | CARNIVAL CONQUEST |
| Cabin: | 9205 |
| Booking Number: | G9XF35 |

| | |
|---|---|
| Cabin Section: | 41 |
| Sail Date: | 04/05/2024 |
| Printed On: | 04/07/2024 06:31:29 PM |
| Page: | 1 of 2 |

### ACCOUNT #57575

Folio 82498   MS DARLENE WAMPOLE

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 04/05/2024 | 11:06 AM | REFUND TAXES, FEES & PORT EXPENSES | 82498 | | $12.27 |
| 04/05/2024 | 06:11 PM | RENOIR DINING ROOM | 82498 | $0.00 | |
| 04/05/2024 | 07:35 PM | RED FROG RUM BAR | 82498 | $15.05 | |
| 04/05/2024 | 09:30 PM | MEDICAL FSS | 82498 | $0.00 | |
| 04/06/2024 | 10:33 AM | INTERNET | 82498 | $69.00 | |
| 04/06/2024 | 11:05 AM | INTERNET | 82498 | | $69.00 |
| 04/06/2024 | 02:00 PM | GRATUITIES FOR YOUR TEAM MEMBERS | 82498 | $48.00 | |
| 04/06/2024 | 02:35 PM | COFFEE SHOP | 91429 | $12.99 | |
| 04/06/2024 | 02:35 PM | ADDITIONAL COFFEE SHOP GRATUITIES | 91429 | $2.00 | |
| 04/06/2024 | 02:51 PM | GAMES&ACTIVITIES | 91429 | $232.00 | |
| 04/06/2024 | 05:41 PM | SPA CARNIVAL | 82498 | $221.84 | |
| 04/06/2024 | 07:03 PM | DINING ROOM BAR | 91429 | $14.16 | |
| 04/06/2024 | 07:06 PM | RENOIR DINING ROOM | 91429 | $0.00 | |
| 04/06/2024 | 08:06 PM | PIXELS GALLERY | 82498 | $0.00 | |
| | | TOTAL CHARGES | | $615.04 | $81.27 |

  Earn $200 OFF YOUR SAIL & SIGN as a credit card statement credit with the Carnival® World Mastercard®.
Scan this code or go to carnivalfunpoints.com/1452 for details and to apply.

Offer subject to credit approval. This offer is available through this advertisement and may not be accessible elsewhere. Other offers may be available. For complete pricing and other details, go to carnivalfunpoints.com/5867

THIS IS YOUR BILL AS OF THE TIME STAMPED ABOVE.  IF YOU HAVE A CREDIT CARD ON FILE WITH US, NO NEED TO CHECK OUT AT GUEST SERVICES.  ON EMBARKATION DAY, A BANK HOLD OF $100 TO $200 (DEPENDING ON CRUISE LENGTH) IS PLACED ON ALL CREDIT AND DEBIT CARD ACCOUNTS TO VERIFY THAT THE CARD WAS VALID. AS MONEY IS SPENT THROUGHOUT YOUR CRUISE, ADDITIONAL HOLDS ARE OBTAINED. THIS WILL RESULT IN MULTIPLE AMOUNTS BEING HELD.  ON THE DAY YOUR CRUISE RETURNS, CARNIVAL IMMEDIATELY SETTLES YOUR ACCOUNT WITH YOUR BANK FOR THE TOTAL AMOUNT OF YOUR ONBOARD EXPENSES. IMPORTANT: HOLDS WILL REMAIN ON YOUR ACCOUNT FOR ONE OR MORE DAYS DEPENDING ON YOUR ISSUING BANK'S HOLD POLICY, LIMITING YOUR ACCESS TO FUNDS. DEBIT CARD HOLDERS: THE AMOUNT SPENT ON YOUR SAIL & SIGN ACCOUNT PLUS ANY BANK HOLDS PROCESSED WILL BE DEDUCTED FROM YOUR AVAILABLE FUNDS. YOUR BANK IS RESPONSIBLE FOR RELEASING ANY PENDING HOLDS FROM YOUR ACCOUNT. CARNIVAL IS NOT ABLE TO EXPEDITE THE RELEASE OF BANK HOLDS. PLEASE CONTACT YOUR BANK FOR ASSISTANCE. IF THERE ARE MORE THAN $10 OF UNUSED FUNDS FROM YOUR CASH DEPOSIT, WE WILL MAIL A REFUND CHECK TO YOUR ADDRESS ON FILE. UNUSED FUNDS OF LESS THAN $10 WILL BE DONATED TO ST. JUDE CHILDREN'S RESEARCH HOSPITAL

GR000003

# Carnival®

MS DARLENE WAMPOLE
Ship:            CARNIVAL CONQUEST
Cabin:           9205
Booking Number:  G9XF35

Cabin Section: 41
Sail Date:     04/05/2024
Printed On:    04/07/2024 06:31:29 PM
Page:          2 of 2

UNLESS OTHERWISE CLAIMED.

GR000004

# Movement Report

| Photo | Name | Crew ID | Stateroom | DOB | Age | ID Type | Booking No. | Nationality | Gender | Contact | Activity | Activity Count | Port | Location | Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DARLENE WAMPOLE | | 9205 | 04/04/1973 | 51 | Passport | G9XF35 | USA | F | 6074370802 | OnBoard | 1 | MIAMI, FL | (Embarkation) Guest Port Services | 4/5/2024 11:17:30 AM |
| | | | | | | | | | | | Ashore | 1 | NASSAU, THE BAHAMAS | Deck-0 Aft Gangway Port Side | 4/7/2024 9:13:02 AM |
| | | | | | | | | | | | OnBoard | 2 | NASSAU, THE BAHAMAS | Deck-0 Aft Gangway Port Side | 4/7/2024 12:31:15 PM |
| | | | | | | | | | | | Ashore | 2 | MIAMI, FL | Deck 3 Guest Gangway Starboard Side. | 4/8/2024 10:04:08 AM |

GR000005

**△Carnival**

## 5.18 SECURITY OFFICER WATCH REPORT Rev. 00 – 10/31/18

| SHIP: CARNIVAL CONQUEST | | VOYAGE#: CQ0304052024 |
|---|---|---|
| DATE: April 5-6,2024 | DAY: Friday/Saturday | TOUR: 12:00PM – 06:00PM<br>12:00AM – 05:00AM |

| TIME | DISCREPANCIES/INCIDENTS |
|---|---|
| | ████████████████████ |
| 3:40 PM | Nurse Louis Mateo, 583092 informed that guest Ms. Darlene Wampole, 04/04/1973, (51Yrs) of cabin 1253 was treated in the Ship's Medical Center for an injury, which she sustained onboard.<br>Accordingly met the injured guest in the medical center who was accompanied by her daughter/cabin mate Ms. Paige Wampole (26Yrs). On inquiry, injured guest claimed that, on (04/05/2024) at around 1:15PM, she was at deck 14 forward portside and while walking on the wooden deck proximate to the whirlpool to see the front view of the ship apparently, the wooden deck suddenly got broke and wood split thus her right leg fall into the gap/hatch about 2-3 feet deep resulting sprain/strain injury to her right knee/ankle and shoulder. Injured guest added that her accident was witnessed by her daughter, (Ms. Paige), (Cabin mates), Ms. Beth Shaw, DOB: 03/26/1967 (57Yrs), Ms. Lara May, DOB:05/25/1996 (25Yrs) and other guests nearby but she could not identify/recognized.<br>Inquired with Ms. Paige, (Daughter of injured guest) who corroborated the statement of her mother. Further that, she called assistance from a Team member present at the vicinity who at first did not realize but later called the supervisor and ushered her mother to the Ship medical center. Guest written statement obtained.<br>Spoke to Snr Aquatic Attendant Ecky Purmana, 520186 who verbally stated that while he was assigned in the vicinity, a female guest called his attention by the whirlpool on deck 14 forward portside. On reaching, he noticed injured guest sitting on the wooden deck by the whirlpool and holding her right leg with abrasion for which he offered medical assistance and notified his supervisor – Asst Mgr. Housekeeping Gaurav Payer, 526704 who ushered the injured guest to the ship medical center on a wheelchair for medical attention.<br>Attending Ship Physician Raghavender Reddy Kodandapuram, 585402 informed that Injured guest sustained Sprain & Strain of right knee, ankle, and shoulder with abrasion over right thigh and necessary treatment provided.<br>On same day at 6:30pm verbal notification was made to Petty Officer Zinibaldi of USCG Sector Miami followed by informative details via email.<br>The said area was inspected along with Snr Aquatic Attendant Purmana and noticed parts of wooden deck seemed to be soft and damage thereby area was cordoned/secured for safety reason. Pertinently an email sent to concern departments regarding accident safety concern. As per Facility Maintenance Manager Yordan Petrov, 499586 the damage part of the wooden deck was immediately replaced with temporary plywood, and the cracked hatch would be rectified, and additional support will be added to mitigate similar situation. The area of accident was not under CCTV surveillance. |
| | ████████████████████ |

REPORTING OFFICER:
PRINT NAME: **Leomar Binas**
524194

SIGNATURE:

REVIEWED BY:
STAFF CAPTAIN:

**Giovanni Lo Giudice**

CHIEF SECURITY:

**Siddhartha Kokate**

1 of 1

GR000006



Ship's Security Manual
5.36 Daily Security Summary Watch Report
Rev. 00 – 10/31/18

**CARNIVAL CONQUEST**

**TO** : Giovanni Lo Giudice
Staff Captain/SSO

**THRU** : Siddhartha Kokate
Chief Security Officer

**FROM** : Raul Garado
Sr. Asst Chief Security Officer
Roel Sarmiento & Rajin Mundappalli
Asst Chief Security Officers

**DATE** : April 5ᵗʰ & April 6ᵗʰ, 2024.

**SUB:** Summary of Security Watch Reports Voyage: CQ0304052024 – 03 Days Cruise

| DATE & TIME | REPORTED BY: | INCIDENTS/DISCREPANCIES |
|---|---|---|
| | | |

Page 1 of 7

GR000007



GR000008

| 04/05/24 3:40 PM | Sr. ACSO Raul Garado, 436659 & SO/M Leomar Binas, 524194 | **Guest Accident – CCLCQHEA2024OO032V (USCG Reportable):** Nurse Louis Mateo, 583092 informed that guest Ms. Darlene Wampole, 04/04/1973, (51 yrs.) of cabin 1253 was treated in the Ship's Medical Center for an injury, which she sustained onboard. Accordingly met Injured guest in the medical center, who was accompanied by her daughter/cabin mate Ms. Paige Wampole (26 yrs.). On inquiry, Injured guest claimed that, on (04/05/2024) at around 1:15PM, she was at deck 14 forward portside and while walking on the wooden deck proximate to the whirlpool to see the front view of the ship; the wooden deck suddenly caved in & she fell into whirlpool pit, resulting sprain/strain injury to her right knee/ankle and shoulder. Injured guest added that her accident was witnessed by her daughter (Ms. Paige), cabinmates-Ms. Beth Shaw, DOB: 03/26/1967 (57Yrs), Ms. Lara May, DOB:05/25/1996 (25Yrs) and other guests nearby, however she was unable to identify the bystander guests. Inquired with Ms. Paige (Daughter of injured guest), who corroborated the statement of her mother & added that she requested assistance from a Team member present at the vicinity, who at first did not realize but later called the supervisor and ushered her mother to the Ship medical center. Guest written statement obtained. Spoke to Sr. Aquatic Attendant Ecky Purmana, 520186 who verbally stated that while he was assigned in the vicinity, a female guest called his attention by the whirlpool on deck 14 forward portside. On reaching, he noticed Injured guest sitting on the wooden deck by the whirlpool and holding her right leg with abrasion for which he offered medical assistance and notified his supervisor-Asst Mgr. Housekeeping Gaurav Payer, 526704, who ushered the Injured guest to the ship medical center on a wheelchair for medical attention. Ship Physician Raghavender Reddy Kodandapuram, 585402 informed that Injured guest sustained Sprain & Strain of right knee, ankle, and shoulder with abrasion over right thigh & said injury is USCG reportable. On same day at 6:30 PM, a verbal notification was made to Petty Officer Zinibaldi of USCG Sector Miami followed by informative details via email. The area of accident was inspected along with Sr. Aquatic Attendant Purmana and noticed section of wooden deck was damaged, thus the area was cordoned/secured for safety reason. Pertinently an email sent to concern departments regarding accident safety concern. As per Facility Maintenance Manager Yordan Petrov, 499586, the damage part of the wooden deck was immediately replaced with temporary plywood, and |

GR000009

the damaged hatch would be rectified and additional support will be added to mitigate similar situation. The area of accident is not covered by CCTV.



GR000010



GR000011



GR000012



Page 7 of 7

GR000013

# CASE SUMMARY

CQ0405248744S - Carnival Conquest - CQ20240405003 (Apr 5, 2024 - Apr 8, 2024) -  Apr 5, 2024 14:15 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 82498 | WAMPOLE, DARLENE RENE | Apr 4, 1973 | F | 9205 |

## Triage

| DOCUMENTED DATE | DOCUMENTED USER | VISIT REASON |
|---|---|---|
| Apr 5, 2024 14:15 UTC-04:00 | Mateo, Louis Aylmer RN | Injury |

| LAST UPDATED DATE | LAST UPDATED USER |
|---|---|
| Apr 5, 2024 21:04 UTC-04:00 | Mateo, Louis Aylmer RN |

PRIORITY

NON-URGENT

CHIEF COMPLAINTS

**Patient attends clinic for Fall Injury**

NOTES

-guest was brought to medical center via wheelchair with crew assist accompanied by family
-as per guest and companion she was just standing in the open deck and upon moving around the wooden floor collapse resulting her to fall down inside the floor space
-crew sustained a scratch on right knee, not actively bleeding, rinse with sterile water then cleaned with Povidone Iodine
-noted tenderness and pain on right knee and right ankle, and minimal stiffness on right shoulder
-vital signs taken and recorded, all within normal limits, afebrile
-informed attending of consultation

## Vitals

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:05 UTC-04:00 | MATEO, LOUIS AYLMER RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 110/72 LA sit | 84 | 83 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | A.V.P.U |
| 100 SpO2 Finger Room air | 20 breaths/min | A |
| PAIN SCORE | CAPILLARY REFILL | |
| 5 | 1 seconds Peripheral | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 14:20 UTC-04:00 | MATEO, LOUIS AYLMER RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.2 F 36.2 C I | 108/70 LA sit | 82 |
| HEART RATE | SPO2 | RESPIRATORY RATE |

| 99 bpm reg Radial | 100 SpO2 Finger Room air | 16 breaths/min |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 6 | 1 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| GCS EYE OPENING | GCS VERBAL RESPONSE | GCS MOTOR RESPONSE |
| 4 | 5 | 6 |

GCS
15
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

# Allergy

No Known Allergies.

# HPI

| DATE | PERFORMED BY |
| Apr 5, 2024 16:47 UTC-04:00 | Kodandapuram, Raghavender MD |

FALL
A 51-year-old female came into the medical center by wheelchair assistance after a fall onboard near jacuzzi.
Patient states she was walking on the deck when the wooden floor tilted, and she fell down.
Patient states pain in her right ankle (5/10), right knee (6/10) and right shoulder (4/10).
Patient states tenderness over right ankle and right knee.
Patient has skin abrasion over lateral side right thigh. No bleeding at the site.
Patient states there were rusty nails, and she is worried as she does not know her vaccination status.
Patient denies head injury, headache, vomiting, nasal or ear discharge.
Patient states she feels nauseous.
Patient is alert, oriented, breathing spontaneously. No neurologic deficits noted.

# Review of Systems

| DATE | PERFORMED BY |
| Apr 5, 2024 14:47 UTC-04:00 | Kodandapuram, Raghavender MD |

REVIEW OF SYSTEMS
  Patient **states** Nausea, Joint aches, pains or stiffness, Joint swelling, Bruising
  Patient **denies** Fever, Tiredness, Difficulty breathing, Wheeze/Asthma, Chest pain on breathing, Palpitations, Vomiting, Headaches, Dizziness, Tingling/Numbness, Weakness, Tremor, Fits/Seizures, Visual disturbances, Lumps/bumps, Itchy skin

## Physical Examination

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:00 UTC-04:00 | Kodandapuram, Raghavender MD |

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.   Mental status: Awake and Alert. Orientated.

SKIN
Additional Note: Erythema noted over right knee with linear abrasions. No bleeding noticed..

HEAD AND NECK
Head: normocephalic, atraumatic, facial features symmetric without ptosis or edema. No masses or lesions.

CARDIOVASCULAR
Auscultation: S1 and S2 normal, no murmur or gallop.  Venous System: Edema: No edema. Varicosities: Mild. Skin ulceration: Not present.
Additional Note: Capillary refill is less than 3 seconds. All pulses normal,.

RESPIRATORY
Auscultation of the lungs:  Clear to auscultation.
Additional Note: Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical..

MUSCULOSKELETAL
Knees: Inspect for symmetry, boney deformity, varus or vulgus deviation: Normal. AROM: flexion, extension: Normal. Passive range of movement: Normal. Muscle strength and tone: Normal. Palpation: joint structure: Normal. Ankles/Feet: Comments: Patient states tenderness over her right ankle..

NEUROLOGICAL
Inspection: Normal. Higher cortical function: Normal.
Additional Note: Oriented to person, place, and date..

## Physician Orders

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | ANKLE X-RAY SERIES | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 989049 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
 WAMPOLE_DARLENE_RIGHT ANKLE LAT XRAY LAT_04-APR-2024.jpg
 WAMPOLE_DARLENE_RIGHT ANKLE XRAY_04-APR-2024.jpg

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:32 UTC-04:00*

| STATUS | TASK | | ORDERED | ORDER ID |
|--------|------|--|---------|----------|
| **Completed** | KNEE X-RAY SERIES | | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 359928 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|-----------------|----------|----------|-------|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|--------|------|------|
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
WAMPOLE_DARLENE_RIGHT KNEE XRAY_04-APR-2024.jpg
WAMPOLE_DARLENE_RIGHT KNEE XRAY LAT_04-APR-2024.jpg

| FINDINGS | COMMENTS |
|----------|----------|
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:34 UTC-04:00*

| STATUS | TASK | | ORDERED | ORDER ID |
|--------|------|--|---------|----------|
| **Completed** | SHOULDER X-RAY SERIES | | Apr 5, 2024 14:35 UTC-04:00 by Kodandapuram, Raghavender MD | 769669 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|-----------------|----------|----------|-------|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|--------|------|------|
| Completed | Mateo, Louis Aylmer RN | Apr 5, 2024 14:35 UTC-04:00 |

DOCUMENTS
WAMPOLE_DARLENE_RIGHT SHOULDER XRAY_04-APR-2024.jpg

| FINDINGS | COMMENTS |
|----------|----------|
| -- | -- |

REVIEW
No obvious fracture or dislocation noted.
— *by Kodandapuram, Raghavender MD on Apr 6, 2024 17:33 UTC-04:00*

## New Medications

TETANUS & DIPTHERIA (RD) VACCINE IM
1 Vial stat starting Apr 5, 2024 14:38 UTC-04:00 for 1 day(s)

NAPROXEN 500 MG TABLET PO
1 Tablet twice daily starting Apr 5, 2024 14:46 UTC-04:00 for 4 day(s)

ADMINISTRATION INSTRUCTIONS
As needed.

## Administered/Dispensed

| ACTION | COMPLETED |
|--------|-----------|
| Administered | By Kodandapuram, Raghavender MD on Apr 5, 2024 |

14:38 UTC-04:00

MEDICATION
TETANUS & DIPTHERIA (RD) VACCINE IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Dispensed

COMPLETED
By Kodandapuram, Raghavender MD on Apr 5, 2024
14:46 UTC-04:00

MEDICATION
NAPROXEN 500 MG TABLET PO

SALES QUANTITY
8 Tablet

ADMINISTRATION INSTRUCTIONS
As needed.

PRESCRIPTION NOTES
--

## Diagnosis

DOCUMENTED DATE
Apr 5, 2024

DOCUMENTED USER
Kodandapuram, Raghavender MD

LAST UPDATED DATE
Apr 5, 2024

LAST UPDATED USER
Kodandapuram, Raghavender MD

TYPE
Final

DIAGNOSIS
**S93.4 - Sprain and strain of ankle**

NOTES
--

DOCUMENTED DATE
Apr 5, 2024

DOCUMENTED USER
Kodandapuram, Raghavender MD

LAST UPDATED DATE
Apr 5, 2024

LAST UPDATED USER
Kodandapuram, Raghavender MD

TYPE
Additional

DIAGNOSIS
**S43.4 - Sprain and strain of shoulder joint**

NOTES
--

DOCUMENTED DATE
Apr 5, 2024

DOCUMENTED USER
Kodandapuram, Raghavender MD

LAST UPDATED DATE
Apr 5, 2024

LAST UPDATED USER
Kodandapuram, Raghavender MD

TYPE
Additional

DIAGNOSIS
**S83.6 - Sprain and strain of other and unspecified parts of knee**

NOTES

--

| | |
|---|---|
| DOCUMENTED DATE | DOCUMENTED USER |
| Apr 5, 2024 | Kodandapuram, Raghavender MD |
| LAST UPDATED DATE | LAST UPDATED USER |
| Apr 5, 2024 | Kodandapuram, Raghavender MD |
| TYPE | DIAGNOSIS |
| Additional | **T14.0 - Superficial injury of unspecified body region** |

NOTES
Abrasion over lateral aspect of right thigh.

## Note

| | |
|---|---|
| DATE | PERFORMED BY |
| Apr 5, 2024 16:11 UTC-04:00 | Kodandapuram, Raghavender MD |

NOTES
Patient was assessed and X-rays of her right knee, shoulder and ankle was taken.
No obvious fractures or dislocations noted on X-rays.
Patient was informed about the findings.
Patient was administered Inj. Td VAX after explaining about the medication and side effects.
Patient states she prefers oral pain medication.
Patient was prescribed Naproxen for pain after explaining about the medication and side effects.
Patient was advised to rest, elevate her right lower limb and ice her right ankle, knee and shoulder.
Patient acknowledged understanding of the instructions given.
Patient was advised to follow up or call 911 if swelling or pain worsens.
Patient was advised to follow up with her doctor after reaching home.
Patient left medical center with wheelchair assistance in stable and alert condition.

| | |
|---|---|
| DATE | PERFORMED BY |
| Apr 5, 2024 16:05 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
Discharge Notes:
-guest verbalizes reduction of pain
-guest was cleared for discharge by attending
-discharge medication was dispensed and instructed as prescribed
-advised adequate resting period and elation techniques
-instructed to apply ice covered with cloth
-guest left medical center thankful in stable condition via wheelchair with crew assist accompanied by family

| | |
|---|---|
| DATE | PERFORMED BY |
| Apr 5, 2024 16:00 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
-ace bandage was wrapped around right knee
-ace bandage wrapped around right ankle
-checked for tightness, guest verbalizes relief and improvement

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:40 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
Xray NOTES:
Verbal consent for X-ray taken.
Lead apron applied.
Right Shoulder Series Xray taken, with mAs= 3.2, kVp=60, distance=40cm, no grid.
Right Knee Series Xray taken, with mAs= 4.4, kVp=70, distance=40cm, no grid.
Right Ankle Series Xray taken, with mAs= 10.4, kVp=70, distance=40cm, no grid.
Examined and reviewed by Dr. Raghavender thereafter.

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 15:00 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
Medication Notes:
-TETANUS & DIPTHERIA was given deep IM on left Deltoid was confirmed and verified by Dr. Raghavender

| DATE | PERFORMED BY |
|---|---|
| Apr 5, 2024 14:30 UTC-04:00 | Mateo, Louis Aylmer RN |

NOTES
-was seen and examined by Dr. Raghavender with orders made and carried out
-XRAY SERIES was ordered

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | DOCUMENTED USER | DOCUMENTED DATE |
|---|---|---|
| **Discharge from our care, follow up if required** | Kodandapuram, Raghavender MD | Apr 5, 2024 15:10 UTC-04:00 |

| LAST UPDATED USER | LAST UPDATED DATE |
|---|---|
| Mateo, Louis Aylmer RN | Apr 5, 2024 16:05 UTC-04:00 |

COMMENTS
The guest was informed about examination/laboratory findings. The most likely diagnosis and causative mechanisms (as well as risk factors) were also explained to the guest. Health promotion advice (including lifestyle and dietary changes) was offered to the guest. The treatment options were explained, and the most appropriate treatment was prescribed (reasons for choice of treatment and indications were explained). The guest was educated on how to use medication as well as common side-effects to be aware of. The guest was advised about the course of the illness as well as the expected time to improvement/recovery. The guest was advised to call 911 or return to the medical center if any symptoms recur/worsen/change. The guest was counselled regarding warning signs/sequelae and advised to call 911 if any of these should occur. The guest verbalized that they understood and agree to the above, disposition was signed by the guest.

DISCHARGE DOCUMENTS

Instructions

Prescriptions

PATIENT SIGNATURE



WAMPOLE, DARLENE RENE
Apr 5, 2024 16:05 UTC-04:00

# Injury

| INJURY SEVERITY | INJURY DATE | TREATING DOCTOR ID | SEAEVENT REPORT |
|---|---|---|---|
| Beyond First Aid | Apr 5, 2024 13:50 UTC-04:00 | NUMBER 585402 | NUMBER CCLCQHEA202400032V |

| PERSON TYPE | DATE REQUESTED MEDICAL ATTENTION | DATE FIRST SEEN BY MEDICAL STAFF | LOCATION WHERE FIRST SEEN BY MEDICAL STAFF |
|---|---|---|---|
| Passenger | Apr 5, 2024 14:00 UTC-04:00 | Apr 5, 2024 14:00 UTC-04:00 | Ship's Medical Center |

| INJURY TYPE | SEVERITY OF VISION IMPAIRMENT | DIRECT INJURY CAUSE | |
|---|---|---|---|
| Other.Sprain/Strain & Abrasion/Scrape. | -- | Fall on Same Level | |

| GENERAL BODY REGION | SPECIFIC BODY PART | PROGNOSIS (DAYS) | DISPOSITION |
|---|---|---|---|
| Other.Right ankle, Right knee, Right shoulder. | -- | -- | Rest in Cabin |

| DURATION OF ADMISSION TO SHIP'S MEDICAL CENTER | DATE PRONOUNCED DEAD | | |
|---|---|---|---|
| -- | -- | | |

| DATE OF DISEMBARKATION | DISEMBARKATION METHOD | WAS THE PATIENT TAKEN TO A HEALTHCARE FACILITY? | |
|---|---|---|---|
| -- | -- | -- | |

COULD PRE-EXISTING MEDICAL
CONDITIONS(S) HAVE
CONTRIBUTED TO THE INCIDENT?
Undetermined

COULD ALCOHOL/DRUGS HAVE CONTRIBUTED TO THE INCIDENT?
Undetermined

# Addendums

| DATE | DOCUMENTED BY |
|---|---|
| Apr 7, 2024 18:39 UTC-04:00 | Barnard, Armand HCA |

ADDENDUM
Guest presented to medical center on mobility scooter requesting crutches and medical records. Guest provided with printed copy of medical records and Xray imaging. Crutches provided for guest and explained how to use properly. Guest acknowledged she understands. Assisted guest by taking crutches to her cabin. Guest thankful.

REASON
Update after case closed

## Case Diagnosis

S93.4 - Sprain and strain of ankle

# X-Ray Report

**PATIENT:** DARLENE WAMPOLE,

**PATIENT ID:** _FIX2_141546

**REFERRING PHYSICIAN:** RAGHAVENDER DR.

**INSTITUTION:** Carnival Conquest

**DOB:** 5/4/1973 12:00:00 AM

**DOS:** 4/5/2024 12:00:00 AM

History: Fall

EXAM: Right knee

TECHNIQUE: AP and lateral views of the right knee were obtained

COMPARISON: None

FINDINGS: The right knee joint is well maintained without evidence of an acute osseous lesion or intra-articular calcification. The visible portions of the right femur, patella, tibia and fibula are intact and the soft tissues are normal.

IMPRESSION: There is no evidence of fracture or other acute osseous lesion of the visible portions of the right femur, patella, tibia and fibula and the right knee joint is well maintained.

Electronically signed by: Lester Gerson MD 04/06/2024 06:24 AM CDT Workstation: 109-95134RW

M.D.

Community Radiology Associates, PA

4/6/2024 6:26:49 AM

Transcribed by:



GR000024



GR000025



GR000026



GR000027



GR000028

| INVOICE NO | CARNIVAL CONQUEST MEDICAL CENTER | VISIT DATE |
|---|---|---|
| 405528835 | | Apr 05, 2024 |

| FOLIO | PATIENT NAME | CABIN | CRUISE NAME | TREATING PHYSICIAN |
|---|---|---|---|---|
| 82498 | WAMPOLE, DARLENE RENE (Apr 4, 1973) | 9205 | CQ20240405003 | Kodandapuram, Raghavender MD |

**PATIENT ADDRESS**

44 Warren Street sayre PA United States 18840

| BILL PREPARER | CHARGE DATE | SETTLEMENT TYPE | POLICY NUMBER |
|---|---|---|---|
| Mateo, Louis Aylmer RN | Apr 05, 2024 21:30 UTC-04:00 | FOLIO | -- |

| TOTAL PROFESSIONAL SERVICES | TOTAL MEDICATIONS | TOTAL SUPPLIES | TAX | TOTAL CHARGES |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| SKU | CPT | PROFESSIONAL SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|---|---|
| 71000099 | -- | Doctor - Consultation, Out of Hours - Level 1: Low to Moderate Complexity | $190.00 | 1 | $0.00 |
| 71000000 | -- | ANKLE X-RAY SERIES | $160.00 | 1 | $0.00 |
| 15488 | -- | KNEE X-RAY SERIES | $160.00 | 1 | $0.00 |
| 71000008 | -- | SHOULDER X-RAY SERIES | $160.00 | 1 | $0.00 |

| SKU | MEDICATION | PRICE | QTY | UNIT | TOTAL |
|---|---|---|---|---|---|
| 71556221 | Tetanus & Diptheria (RD) Vaccine | $24.39 | 1 | Vial | $0.00 |
| 71187022 | Naproxen 500 mg Tablet | $1.30 | 8 | Tablet | $0.00 |

| SKU | SUPPLY | PRICE | QTY | UNIT | TOTAL |
|---|---|---|---|---|---|
| 15654 | ACE BANDAGE 4" | $10.00 | 1 | Unit | $0.00 |
| 15652 | ACE BANDAGE 3" | $8.50 | 2 | Unit | $0.00 |
| 15105 | SYR 3CC 21GA 1.5" NDL | $2.50 | 1 | Unit | $0.00 |
| 15033 | NEEDLES 21GA 1-1/2 | $0.20 | 1 | Packet | $0.00 |

**FINAL DIAGNOSIS**

S93.4 - Sprain and strain of ankle

**ADDITIONAL DIAGNOSIS**

S43.4 - Sprain and strain of shoulder joint

S83.6 - Sprain and strain of other and unspecified parts of knee

T14.0 - Superficial injury of unspecified body region

| WAMPOLE, DARLENE RENE | Mateo, Louis Aylmer RN |
|---|---|
| Apr 05, 2024 21:30 UTC-04:00 | Apr 05, 2024 21:30 UTC-04:00 |

GR000029

| INVOICE NO | CARNIVAL CONQUEST MEDICAL CENTER | VISIT DATE |
|---|---|---|
| 405561693 | | Apr 07, 2024 |

| FOLIO | PATIENT NAME | CABIN | CRUISE NAME |
|---|---|---|---|
| 82498 | WAMPOLE, DARLENE RENE | 9205 | CQ20240405003 |

**PATIENT ADDRESS**

44 Warren Street sayre PA United States 18840

| BILL PREPARER | CHARGE DATE | SETTLEMENT TYPE | POLICY NUMBER |
|---|---|---|---|
| Penaranda, Maria Del Pilar RN | Apr 07, 2024 18:52 UTC-04:00 | FOLIO | -- |

| TOTAL PROFESSIONAL SERVICES | TOTAL MEDICATIONS | TOTAL SUPPLIES | TAX | TOTAL CHARGES |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| SKU | CPT | PROFESSIONAL SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|---|---|
| 15491 | -- | DEPOSIT - CRUTCHES | $60.00 | 1 | $0.00 |

.

WAMPOLE, DARLENE RENE
Apr 07, 2024 18:52 UTC-04:00

GR000030

**Carnival Conquest Medical Department**

## Guest Consultation Form

**Carnival**

| Date: (MM/DD/YYYY) | 04/05/2024 | Time: | 1:15 | A.M. / **P.M.** | **PLEASE PRINT CLEARLY** | | |
|---|---|---|---|---|---|---|---|
| Full Name: | Last Name: Wampole | | First Name: Darlene | | Cabin Number: 1253 | Folio Number: | |

**Date of Birth:** (MM/DD/YYYY) 04/04/1973  **Age:** 51  **Street Address:** 44 Warren Street

**City:** Sayre  **State:** PA  **Country:** U.S.  **Zip or Postal Code:** 18840

**Phone Number:** 607-437-0802  **Emergency Contact Name and Phone Number:** Paige Wampole 607-245-9294

**Do you have any medical problems?** YES / NO
Please circle any conditions you have:

| Hypertension | Depression | Cancer | Pulmonary Embolism |
|---|---|---|---|
| Diabetes | Anxiety | Kidney stones | Deep Vein Thrombosis |
| Asthma | Heart Problems | Bleeding Disorder | Back Problems |
| COPD | Alzheimer's | Migraine | Seizures |
| Arthritis ○ | Thyroid Problems | Stroke | Diverticulosis |
| Gout | Osteoporosis | Gastritis | Previous surgery |

**Other, please list:**

**Are you taking ANY medication presently (including birth control pills and over the counter)?** YES / NO

**If yes, please list:**

**Any FAMILIAL MEDICAL history?** YES / NO
If Yes, please specify
Paternal: ___
Maternal: ___
Sibling: Healthy
ALCOHOL: Beer ___ / Week  Wine ___ /Week  Liquor ___ /Week

**Any ALLERGIES?** YES / **NO**
If Yes, Please list: ___

Do you smoke? YES / **NO**
If yes, how many sticks per day? ___
Do you Exercise? **YES** / NO
How many times a week: ___

| For Medical Staff Only. | BP 108/70 | HR 99 | RR 16 | Temp 36.2 | SpO₂ 100 | BS | WT: | HT: |
|---|---|---|---|---|---|---|---|---|

**Reason for Today's Visit:** Fell through the deck floor by hot tub on upper level.

I am responsible for payment of all fees for physician and/or nurse consultations, medications, supplies provided onboard or shore side as well as any administrative fees and transportation costs related and incurred for the coordination of medical treatment for myself or my child. The fees will be applied to my Sail and Sign card. If my Sail and Sign account does not have sufficient funds to cover the cost of all medical services and supplies provided during the cruise, shipboard or shore side, I will be responsible for providing alternative form of payment, which may include signing a promissory note.

**PATIENT / GUARDIAN SIGNATURE:** X .........................................................

CCL-MED-3101-A1 - Guest Consultation Registration Form_2019-12_ver2

GR000031

 CARNIVAL CONQUEST MEDICAL CENTER

## PAYMENT AGREEMENT AND MEDICAL RECORDS CONSENT

### ON BOARD CHARGES

Carnival Conquest

| Family Name: | WAMPOLE | First Name: | DARLENE |
|---|---|---|---|
| Stateroom Number: | 1253 | Date of Birth: | Apr 4, 1973 |

## PAYMENT AND ASSIGNMENT

**PAYMENT.** I agree to pay any and all expenses for me, my family member, traveling companion or my minor child (collectively "I" or "Me") which are related to the medical care I receive onboard. I agree my obligation to pay is not voided if I have insurance or travel protection. I agree that Carnival Cruise Lines, Ltd. ("Carnival") is not obligated to advance any medical expenses. In the event I am medically disembarked on an emergency basis and shipboard Medical Staff are unable to provide me with a copy of my shipboard medical bill prior to disembarkation, I authorize ship's Medical Staff to charge this medical bill to my credit card on file and understand I will receive a copy of this medical bill from the shoreside Medical Department.

## MEDICAL RECORDS CONSENT

**CONSENT TO DISCLOSE MY HEALTH INFORMATION.** I authorize Carnival to contact any Medical Provider and to receive directly copies of any and all medical or other records related to Medical Services or billing provided to me. I also authorize Carnival to release any information regarding Medical Care, which can include without limitation, medical history, symptoms, treatment, examination, results or diagnosis. I also hereby authorize Carnival to provide any necessary information to my traveling companion(s) and/or next of kin of my condition, but agree that Carnival will have no obligation to do so.

### I AUTHORIZE ALL MEDICAL CHARGES INCURRED DURING THE CRUISE TO BE ADDED TO MY GENERAL SHIPBOARD ACCOUNT.

Patient Name:

Family Member / Traveling Companion Full Name

Patient WAMPOLE, DARLENE RENE
Apr 5, 2024 15:59 UTC-04:00

WAMPOLE, PAIGE
Apr 5, 2024 15:59 UTC-04:00

GR000032



G9XF35-2

**HEADER**

DATE

Apr 5, 2024 15:05 UTC-04:00

TAKEN BY

Mateo, Louis Aylmer RN

TAKEN ON

--

PHASE

--

PORT

--

**VITALS**

TEMPERATURE

TAKEN METHOD

SPO2

100 %

Finger Room air

RESPIRATORY RATE

20 breaths/min

**HEADER**

DATE

Apr 5, 2024 14:20 UTC-04:00

| TAKEN BY | TAKEN ON |
|---|---|
| Mateo, Louis Aylmer RN | -- |

| PHASE | PORT |
|---|---|
| -- | -- |

**VITALS**

| TEMPERATURE | TAKEN METHOD |
|---|---|
| 97.2 F, 36.2 C | Infrared/Thermal |

SPO2

100 %

Finger Room air

RESPIRATORY RATE

16 breaths/min