**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-22654-CIV-ALTONAGA/Reid**

**MARY GOODENOUGH**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## <u>ORDER</u>

**THIS CAUSE** came before the Court at an April 1, 2025 Hearing [ECF No. 56] on Plaintiff, Mary Goodenough's Amended Motion for Sanctions for Spoliation of Evidence [ECF No. 35] and Daubert Motion . . . [ECF No. 36]; and Defendant, Carnival Corporation's Motion for Summary Judgment [ECF No. 38].

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff, Mary Goodenough's Amended Motion for Sanctions for Spoliation of Evidence **[ECF No. 35]** is **DENIED**.

2. Plaintiff's Daubert Motion . . . **[ECF No. 36]** is **GRANTED in part**.

3. Defendant, Carnival Corporation's Motion for Summary Judgment **[ECF No. 38]** is **DENIED**.

4. This matter is **REFERRED** to Magistrate Judge Lauren F. Louis for the purpose of conducting a mediation conference. Counsel shall confer and contact Magistrate Judge Louis's chambers to schedule the mediation conference.

CASE NO. 24-22654-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record