UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24361-KMM

DARLENE WAMPOLE,

     *Plaintiff*,

v.

CARNIVAL CORPORATION,

     *Defendant*.

_____/

**SUPPLEMENT TO REPLY IN SUPPORT OF MOTION TO CONTINUE TRIAL,
REOPEN DISCOVERY, AND TO STAY RULING ON DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Plaintiff, DARLENE WAMPOLE ("Plaintiff"), hereby supplements her reply in support of her motion to continue trial, to reopen discovery, and to stay ruling on Defendant's motion for summary judgment, [DE 52].

The *Smith v. Carnival* case discussed in Plaintiff's motion settled. Plaintiff is advising this Court as indicated she would in her reply, and she therefore withdraws the trial conflict with *Smith v. Carnival* as a basis for her motion.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on September 2, 2025, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. WE ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

Respectfully submitted,

By:  */s/Matthias M. Hayashi, Esq.*
Spencer Marc Aronfeld, Esq.

Florida Bar Number: 905161
aronfeld@aronfeld.com
Matthias M. Hayashi, Esq.
Florida Bar Number: 115973
mhayashi@aronfeld.com
ARONFELD TRIAL LAWYERS
1 Alhambra Plaza | Penthouse
Coral Gables, Florida 33134
Tel:  (305) 441- 0440
Fax: (305) 441 - 0198
Attorneys for Plaintiff