

**Carnival Cruise Lines**
3655 NW 87th Avenue
MSOP 305N | Miami, FL 33178

**TUTTOTONDO SOLUTIONS**
7315 NW 44TH St. Miami / FL 33166 USA
Tel. +1 305 787 3773; Fax +1 305 735 8971

| AS BUILT | 12/28/17 | A.P. | CONQUEST | AS BUILT |
|---|---|---|---|---|
| MODIF. ALT. | DATE | SIGNED. | ISSUED FOR HULLS | DESCRIZIONE DELLA MODIFICA / ALTERATION DESCRIPTION |

**CARNIVAL CONQUEST**

CARNIVAL CONQUEST
DECK 14 FWD
JACUZZI PLATFORM PS

HULL CONQUEST

ISSUED ALSO FOR HULLS:

DATE Dec 17

DRWG. NUMBER  CC_SE_TTS_14_401-0

ALTERATION

SCALE 1:20   SHEET N. 01

ENCLOSED SHEETS: 01

FORMAT TYPE:
A1 DIM.840x594

DRAWN BY:
AP

Copyright of T.T.S. (FL), whose property this document remains.
No part there of may be disclosed, copied, duplicated or in any other
made use of, except with the approval of T.T.S. inc. Florida.