**In the Matter Of:**

WAMPOLE vs CARNIVAL CO.

1:24-cv-24361-KMM

**YORDAN PETROV**

*September 22, 2025*



800.211.DEPO (3376)
*EsquireSolutions.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARLENE WAMPOLE,

                    Plaintiff,

          vs.                         CASE NO. 1:24-cv-24361-KMM

CARNIVAL CORPORATION,

                    Defendant.


VIDEOCONFERNECE DEPOSITION OF

YORDAN PETROV

Monday, September 22, 2025

12:02 p.m.


Remote Proceeding
Miami, Florida 33134


Nicholas Egbert
Digital Reporter
Commission No. HH 637035



                    APPEARANCES OF COUNSEL

On behalf of Darlene Wampole, Plaintiff:

     MATTHIAS HAYASHI, ESQ.
     ARONFELD TRIAL LAWYERS
     1 Alhambra Plaza
     Penthouse
     Coral Gables, Florida 33134
     (305) 770-6553
     mhayashi@aronfeld.com
     APPEARED VIA VIDEOCONFERENCE


On behalf of Carnival Corporation, Defendant:

     W. COOPER JARNAGIN, ESQ.
     GRAY ROBINSON, PA
     515 North Flagler Drive
     Suite 650
     West Palm Beach, Florida 33401
     (561) 268-5727
     cooper.jarnagin@gray-robinson.com
     APPEARED VIA VIDEOCONFERENCE



Also present:

     Mark Von Lanken, Videographer



INDEX TO EXAMINATION

EXAMINATION OF YORDAN PETROV                                    PAGE

Direct Examination by MR. HAYASHI                               4

INDEX TO EXHIBITS

PLAINTIFF EXHIBITS FOR IDENTIFICATION:

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Drawings | 5 |
| Exhibit 2 | Jacuzzi Photo 1 | 7 |
| Exhibit 3 | Jacuzzi Photo 2 | 16 |
| Exhibit 4 | Work Orders | 32 |



THE REPORTER:  The witness has indicated he is located in The Bahamas and has confirmed his identity using his crew identification card.  Absent any objection at this time, Counsel and the witness agree to my remote administration of the oath to this witness.  Hearing no objection, this shall constitute agreement and stipulation of such, and I'll now swear in the witness.

Mr. Petrov, will you raise your right hand, please?

YORDAN PETROV,

having been first duly sworn, testified as follows:

THE REPORTER:  Thank you, sir.

Counsel, you may proceed.

DIRECT EXAMINATION

BY MR. HAYASHI:

Q.  Good afternoon.  Can you tell us your name for the record, sir.

A.  Good afternoon.  My name is Yordan Petrov.

Q.  Pleasure to meet you, Mr. Petrov.  What's your current position at Carnival?

A.  I am facility maintenance manager.

Q.  Okay.  And are you -- does this position tie to one ship or is it fleet wide?

A.  No.  This is a position in the -- the fleet



wide.  Where you have steps.  So there is -- each ship, there is this kind of position.

Q.  Okay.  So basically, are you -- are -- is it fair to say you're -- you're, like, the head of all maintenance?  Like, all the maintenance on the ship all has to go up to you in the end?

A.  Yes.  I'm the manager of the -- all technical team that is covering accommodation areas, let's say.

Q.  Okay.  All right.  So you're familiar with the -- with the maintenance on -- on the -- on the Carnival Conquest as it pertains to a Jacuzzi structure that it has on there?

A.  Yes, I am familiar.

Q.  Okay.  Now -- and let me just ask you this: Are there any Jacuzzi structures like that on the -- on the Conquest, the one -- the one with the -- the I-P-E hardwood?  You know what I'm referring to, right?

A.  No, I'm not sure if I understand what you're asking.

Q.  Okay.  Let me show you a -- let me show you a photograph.  I'm going to mark this exhibit as Plaintiff's Exhibit 1 for this deposition.

(Plaintiff's Exhibit 1 was marked for identification.)

BY MR. HAYASHI:



Q.   Yes.   This is -- I'll represent that this is --

A.   This is starboard side?

Q.   -- this is the Conquest.

A.   Yeah, starboard side.

Q.   Right.   And you see a there's a -- there's a Jacuzzi structure here, right?

A.   Yes.

Q.   Right.   And you're aware that this -- this was added to the ship in 2017, right?

A.   No, I don't know which year it is added.

Q.   Okay.   Well, but you're familiar with the structure on the Carnival Conquest regardless; is that correct?

A.   Yes.

Q.   Okay.   Let's see.   Yeah.   Is there any -- is there any structure like that on any other ship in Carnival slip, anything like that?

A.   I think in the Conquest Class must be like that because it's a similar class.

Q.   Okay.   But probably not outside of the Conquest Class?

A.   I don't think so.   Yeah.

Q.   Okay.   Now, the similar structure is on the Conquest Class -- well, let me just ask this quick: Are



you aware that the -- that that structure we were just looking at has a -- has a hatch.  I'm sure you're aware since you're aware of maintenance, but it has a hatch on the top, so the maintenance crew can go down.  It --

A.  Yeah, there is for access, the technical spaces of the whirlpool.

Q.  -- right, right.  Now, do those structures on -- the sister ships in the Conquest Class, do those have a hatch on the top too?

A.  Maybe because if is my -- I -- should be similar design because each class is with a similar design.

Q.  Okay.

A.  Hello.

Q.  I'm still here.  Give me a second.  I'm just --

A.  Okay.

MR. HAYASHI:  I'm -- I -- I had the exhibits numbered in a certain way, but I'm kind of going in a different order.  So please excuse me, if I'm not doing anything, I'm probably settling with the exhibits.  One second.  I'm going to mark this document as Plaintiff's Exhibit 2.

(Plaintiff's Exhibit 2 was marked for identification.)



BY MR. HAYASHI:

Q.  And I'm going to be using this mostly for the photographs inside.  I'll represent these are photographs that were taken during an inspection of the -- of the ship during this -- during this litigation.  And just Page 17, do you see on the bottom right photograph where all these red arrows are?  Do you see that photograph?

A.  Yes.

Q.  Okay.  Did -- did all three of those -- of those support beams, were -- were those in place on the other ships in the Conquest Class?

A.  No, I don't know.  Because I -- I've been facility manager only on Conquest.  I don't know.

Q.  Oh, so you -- you don't know about the sister ships and that --

A.  Yes, because I never been facility manager on the other except the Conquest Class.  On Conquest -- on Conquest Class, I've been only on Carnival Conquest.

Q.  Okay.  Are you familiar at all with the -- with these types of support beams depicted here?

A.  Yes, I'm familiar with these beams there.  Yeah.

Q.  Okay.  Now, when were these -- like, were these original to the structure or were they added



sometime later?

A.  No.  We added one after the incident to reinforce the structure to avoid future incident.

Q.  Okay.  And that's -- and that's because the -- the top hatch, it's -- it's cell -- it -- it's cell through, correct?

A.  Yes.

Q.  And these support beams prevent that from happening, correct?

A.  Exactly, yes.

Q.  Okay.  There's another -- there's another hatch on the top besides this one, correct?

A.  Yes, it's behind.  I think it's a little bit beside.

Q.  Okay.  Were the -- were these beams added to the -- that other hatch as well?

A.  And now I don't remember that.

Q.  Okay.  But the -- that other hatch wouldn't have had these beams on it; would it have?

A.  No.  Other hatch at the moment, I don't remember how it is.

Q.  Okay.  So if these -- if these beams were added after this -- after Ms. Wampole in this litigation, after she fell through, I mean, is it -- is it safe to assume that these beams were probably also



not present on the sister ships in the Conquest Class prior to her incident?

A.   No.  You cannot assume because it's different year, it's manufacturer.  There are changes, it's not that they're completely the same.  You cannot assume.

Q.   Okay.  Have you ever seen these support beams on any other type of structure before?

A.   Where?  I don't understand, where.  What -- what do you mean?

Q.   Well, I mean, for, like, hatches, for -- for any other type of hatch that's -- that, you know, is, I guess, a -- a top hatch that you can enter from.  Not if --

A.   No, I -- I don't know.  No, no.

Q.   No?

A.   No.

Q.   Have you seen any other top hatches -- well, I -- I guess -- I guess on a ship, there must be a lot of these.  The top hatches, are -- are these a common feature on Carnival ships?

A.   No.  I think it's only that area that we have these hatches, exactly this type.

Q.   Okay.  What do -- I mean, so -- so this hatch is so crew members can go -- can go in and -- and do maintenance in the -- in the Jacuzzi area, correct?



A.   Yes.

Q.   All right.  That's --

A.   In case of need, so...

Q.   In case maintenance is needed, correct?

A.   Yes.

Q.   Okay.  So tell me, so that hatch that Ms. Wampole fell through, what -- what would that hatch have been used for?  Like, what's the purpose of the hatch?  Where and -- like, is there a particular part of Jacuzzi that that leads to, or what's the purpose of it?

A.   You see the Jacuzzi is around, right?  So wherever is this hatch, you can access this part of the Jacuzzi, where is the -- this side.  Because you can front cover, that you can access front side.  You can this hatch that you can access this, let's say, behind side.  This is the purpose.

Q.   Okay.  Now, there is -- there -- is there any reason why there are two hatches on the top?

A.   For better access.

Q.   Just one place as opposed to another?

A.   Yes.

Q.   Okay.  But -- but both of them lead to the same place, like, you know, you can -- you can go right --



A.  No.  One -- one is more for one side, another is more for other side.

Q.  Okay.  Prior to this incident where this lady fell -- fell through, did Carnival have any type of rules or policies that -- that were supposed to help prevent, you know, a floor collapse, or a hatch opening, or something like that?

A.  I don't understand this type of question. Everything is secured and you are making, like, a visual inspection, but work orders, in case we create, what means policy?  For what policy?

Q.  So I mean, just standard maintenance, like, Carnival didn't have any -- let me just ask this: Was -- did Carnival have a concern that -- that this hatch might, you know, might fall through at any time prior to -- prior to when this passenger fell through?

A.  The ship is 30 years old, and this never happened before.  That's why it's really strange why it happened because this never happened before.  So this area they are passing many people every single day, like, maybe during the week, more than 1,000 people passing there.  So until now there was nothing happened.

Q.  Okay.  So -- so you -- you didn't -- Carnival didn't feel like it had a need to have any special



rules for preventing something like this from happening before?

A.   There was nothing wrong because there was not even worn out, the cheek or a rusty support. Everything was good.

Q.   If -- if everything was good, I mean, my -- my understanding is -- is a part of this broke when the -- the lady fell through.  Do you know anything about the mechanics of how her fall happened?

A.   No, I don't know.  I -- I don't know why it happened.  There is, let's say, area that the guests are passing, waving, other ships, making pictures. Sometimes they may be jumping.  If you start to jump, it can -- happens.

Q.   Do you know if -- if any part or piece of this -- of this hatch broke at the time that this woman fell?  Do you know?

A.   I mean, I don't understand again.

Q.   Yeah.  Let me try to explain this.  So if this hatch was functioning normally --

A.   Yeah.

Q.   -- you -- you must have to kind of, like, unlatch it or something in order to get underneath, right?  Like, it -- it won't just fall through if you walk on it, normally, right?



A.   Yeah.   That's why I don't believe that was just normal walk.   I don't think so.

Q.   Well -- well, what do you think -- what do you think happened?   Do you think she was jumping or something?

A.   Yes, or something like that because I told you, passing a lot of people there, a lot.   And is happened only one time that she is 30 years old.

Q.   Would it -- would it -- it would pretty -- it would have to be that, right?   Like, it would have to be somebody, like, jumping on it in order to trigger this?

A.   Yeah, Like, extra force.

Q.   Yeah.   I mean --

A.   Force.

Q.   -- if -- so if you're walking normally, you're -- you're saying this wouldn't happen if it's -- if it's --

A.   Yeah, I don't think --

Q.   -- in the position.

A.   Yeah, I don't -- I don't believe that can happen if you walk normally.   I don't believe.

Q.   Is it your understanding that nothing broke when the lady fell through?

MR. JARNAGIN:   Objection.   Form.



THE WITNESS:  Nothing -- nothing broke.  I --

BY MR. HAYASHI:

Q.  Well, didn't -- did any -- did any -- so, you know, like, I mean, like, the -- the -- I mean, whether -- whether or not she was jumping, I -- I don't -- I haven't seen any evidence that -- that she had jumped, but assume -- even assuming she had, that latch, it would have to have broken in order for it to fall through, right?  Like, there's some kind of latch that prevents it from -- from falling through, normally, right?

A.  I think if there is an extra -- extra weight, you cannot guarantee it sticks.

Q.  Right, but -- but that latch had -- had to have broken when this happened, regardless of how it happened, let's assume he was jumping, that -- that latch that's supposed to prevent it from falling through, that -- that still broke, correct?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  I don't know if it broke or no. I don't know.

MR. HAYASHI:  Okay.  Let me -- let me show this as Plaintiff's Exhibit.  A second.  It's not -- for some reason, it's not pulling this exhibit.  Mark this as Plaintiff's Exhibit 3.



(Plaintiff's Exhibit 3 was marked for identification.)

BY MR. HAYASHI:

Q.   I'm showing you a photograph, Mr. Petrov. I'll represent to you that this was a photograph taken after this lady had fallen through.  I think -- I think it was her or somebody from her group, but it was sometime after she had fallen through?

A.   Yes, because the hatch was broken so we took -- we took the broken hatch.  In the meantime, we placed this plywood that is very strong because that people came passing there, yes, but it's kind of temporary, just until we place again the hatch -- reinforce it.

Q.   Okay.  Were you -- and were you personally involved in -- in placing this wood down after the incident?

A.   Yes, because this happened when I was on board, and this is with my team.  We did this job.

Q.   Okay.  And this -- this structure is made of -- it's made of a type of hardwood material; is that right?

A.   Yes.

Q.   All right.  So that means ultimately, it's -- it's made of a type of wood, correct?

YORDAN PETROV                                          September 22, 2025
WAMPOLE vs CARNIVAL CO.                                              17

A.  Yeah, there -- there is only with the wood --
is doing by wood.

Q.  And -- and any type of wood, it can -- it can
rot over time unless routine maintenance is done to
prevent that, right?

A.  Just I don't understand.  What'd you say?

Q.  Like, wood can rot when it's exposed to the
elements, you know, like -- like, a lot of rain, a lot
of --

A.  No.  This wood is the extra one.  This wood is
not about that.

Q.  You're saying this wood --

A.  The -- the teak.

Q.  -- doesn't rot?

A.  This -- yeah, this is teak wood is the best of
the market for these things.

Q.  All right.  But even teak wood eventually --
eventually rots over time, even if that time is longer
than other types of wood, it would still eventually
need maintenance, right?

A.  I don't think so.  In my career until now, the
teak wood is really perfect.  Until what I saw until
now.  This is special wood, teak wood is special wood.

Q.  What makes this wood special?

A.  The tree, that is particular.  You can search



in the Internet, you can see that the typical region, that there is a teak.  That's why also it is very expensive.

Q.  Right.

A.  Is not -- is not normal wood.

Q.  Right, but -- but do you know how -- how -- so your -- your testimony is -- is that this wood is resistant to rot?

A.  Yes, is resistant for a lot of things.  For the weather condition also is very resistant, but that's why this wood, teak wood is the most common to use even with the yachts.  There is the teak everywhere.  The cruise ship yacht is the most common areas, let's say, it is using.

Q.  Okay.  But this -- this hatch, it had -- it had some type of, I'm going to call it, a locking mechanism.  I mean, did -- did you need -- did -- did somebody need a key or something to open this, or could anybody open this?

A.  This is a cross key, a regular cross key.

Q.  Okay.  But if this required a key to open, then there must have been some type of -- I -- I don't know if it's made of steel or not, but there must have been some type of locking mechanism.  You -- you know, locks are typically made of steel, right?



A. Yes.

Q. Right. And -- and this one would have been the same, right?

A. Yes. Steel and steel, that is not getting rust.

Q. Well, okay. But -- well, I mean, steel -- steel needs maintenance too in order to -- in order to prevent it from -- from corroding, or rusting, or something like that, too, right?

MR. JARNAGIN: Objection. Form.

THE WITNESS: There is nothing -- let's say when you receive this material that is written that you need to do maintenance in 5 years, 10 years, or 20 years, is dependent on the inspections if somebody note and then -- but it was fine. The hatch also there -- this, when we saw was fine. There was no rust. Hello.

BY MR. HAYASHI:

Q. Yeah. Give me a second.

A. Okay.

Q. I'm going to go back to Plaintiff's Exhibit 2. Right. I'm going to show you -- this is Page 12 of Plaintiff's Exhibit 2. And do you recognize what these six photographs here depict? Do you recognize what these photographs show, Mr. Petrov?

A. Yeah. This is the down, that is the technical



spaces.

Q.   This is underneath the hatch, basically, correct?

A.   Yes.   Yes.

Q.   Okay.   So I'm going to zoom in here.   What type of material are these support beams made of?   Some kind of steel, right?

A.   Yes.

Q.   Stainless steel, you said?

A.   No, these I don't know if it's stainless steel.   This is the -- for the structure.   I mean, we need to check additionally which kind of exactly steel they use because there are many -- many type of steel.

Q.   Okay.   But --

A.   All these, yeah, is approved.   Always these -- all these materials that is built the ships are approved by the flag register.   So no -- no one of the materials is without approval.

Q.   Right.   But you can't -- I mean, you can see there's -- there's some rust here underneath these -- these beams, particularly here where my cursor is.

A.   This is not on the hatch.

Q.   No, right.   But I'm just saying that this shows that steel can rust, the -- the steel on the -- on the ship, correct?



A.   Yes.  Of course, because -- and after you do the maintenance, if you see the rust.

Q.   Okay.  Do you know when the last time before this woman had fallen through -- do you know when the last time before that, somebody went down here to -- to make sure that things looked okay?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  No.  I don't remember because there is -- ask for the work orders if we have.  I don't remember.

BY MR. HAYASHI:

Q.   Is there any routine set period of time that is set for --

A.   No.  There is no -- there is no routine. There is no.

Q.   Okay.  So I mean, just I know this -- this isn't necessarily underneath the -- the hatch we're talking about, but do you have any idea how long this rust here on the left side in this photograph on the top --

A.   No.

Q.   -- left --

A.   No.

Q.   -- Page 7 -- 12 was?

A.   No.  I don't know from when -- what time



become this rust there.  But really I mean, it's not in the hatch, so I don't understand the question.

Q.  Would it be safe to say that you -- that you wouldn't have known that it was rusted unless you went down here and looked -- and looked for it?

A.  Yes.  You need to be really inside down, and after it, you can notify this rust, yeah.

Q.  Okay.  If somebody noticed this rust here, would somebody -- would somebody, you know, make a work order or otherwise see to it that this rust was repaired?

A.  Yes.  Of course, if you make work order, notifying form, we're going to repair.

Q.  Do you know if this rust -- if any -- if anybody did anything about this rust after this inspection of the ship took place?

A.  No, I don't know.

Q.  So for all -- for all you know right now, it's possible this rust is -- is still here and in this particular spot, sitting here today?

A.  I don't know if it's still there.  I don't know.

Q.  Okay.  And -- all right.  And then on Page 14. Now, this -- this is underneath the hatch, isn't it?

A.  It is how -- I don't -- we -- we can assume



only that is there, right?

Q. Okay. So -- so you're not sure, but --

A. Yeah, yeah, of course, I'm not sure because the picture is really strange.

Q. But you -- but you see -- okay. I'm going to go up to the page above this. The -- the photograph on the bottom of Page 13 here, you see these -- the support beams, right?

A. Yes.

Q. Right. And now on the top of Page 14, top -- top 2 photographs, left and right. These are the same support beams, no?

A. Okay.

Q. When we do -- we actually do see some rust here where these support beams are -- ate connected to, right?

A. I don't know. For me is dirty. I don't know. Because from here, I can see dirtiness only. I don't see rust.

Q. Okay. So -- well, how about on the --

A. This -- this one can be cleaned without any problem.

Q. Okay. How about top left photograph? Not the right side, but the -- the left there's, like, a vertical beam here. That's -- that's rust, right?



This -- this dark spot here on the -- on this vertical beam.

A.   I think it's also dirty.  From here what I see, I think it is dirty.

Q.   You're not a professional engineer, are you?

A.   Maybe is good to describe what means professional engineer because I'm a marine engineer, and I have a bachelor degree.  I have studying at University for marine engineering.  I just need to describe what mean professional engineer because it's very common.

Q.   Okay.  Well, so -- so you are -- you are a marine engineer, correct?

A.   Yes.  Yes.

Q.   Okay.  Are you able to say for sure that these are -- that this is dirt, or -- or it's not -- or it could be -- it -- it's just not clear from these photographs?

A.   Yeah, for me, it's not clear.  For me, it is dirty.  And even that time, I don't remember to see rust.  I don't remember rust.

Q.   I see another -- these photographs on Page 15. These are the -- this is the other hatch, not the hatch Ms. Wampole --

A.   Yes.



Q.  -- fell down, right?

A.  Yes.  Yes.

Q.  I only see one beam in the middle.  I don't see -- I don't see any on the left or the right.

A.  I think that's -- this was the design.

Q.  So -- so support beams were added to the left and to the right of the middle support beam for the one Ms. Wampole fell down, but support beams were not added to this other hatch?

A.  This I don't remember.

Q.  Right.  Well, I'll represent to you these photographs were taken during an -- during an inspection of the ship during the course of this litigation.  And I -- I'll -- I'll represent that they weren't -- I mean, this is -- this is taken after -- after her incident.  I don't know if anything was added after -- after this inspection took place, but it looks like -- it looks like the support beams were not added as of -- as of when the inspection of the ship took place after Ms. Wampole's incident, where these photographs were taken, right?

A.  Yes.  I mean, I don't remember, again, this hatch that time.  I remember more of the hatches that was the incident.

Q.  Okay.  And Page 19 is 5 photographs, 2 on the



top, 2 on the bottom, 1 on the middle.  Do you see -- you see these, right?

A.  Yeah.

Q.  Okay.  I'll represent to you that this is Ms. Wampole sitting here.  Did -- did you personally interact with her at all after her incident happened?

A.  No, I didn't -- I never even seen her.  They called me when nobody -- I mean, they called me when the incident happened, and when I went there, nobody was there.  Maybe was in the MiCO, I don't know.

Q.  Okay.  Now, it -- it looks like what happened here is the -- you -- like, let me zoom in here.  On the top left photograph, there's a little -- there's, like, a protruding, you know, piece of this -- of this hatch cover.  Do -- do you see -- do you see that?

There's, like -- how -- how do I -- something like hinge.  There's, like, these hinges, I guess. They're designed to, like -- to, like, connect into the side of the -- the side of the structure, right?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  No, I don't remember it. Because you can see here, you can see the -- the other bar is broken, so this is together, you see?

BY MR. HAYASHI:

Q.  Okay.  Oh, okay.  Oh, I see.  Well -- well,



okay.  The left side actually does connect to, like, a piece of the structure namely the side.

A.  This one is to -- they're together.  Yeah, yeah.

Q.  Right.  Well, right.  But at the left side of this -- of this cover, it's connected to the frame for this hatch, correct?  Like, it's still connected to the piece of the frame, right?

A.  I mean, now, I -- I don't remember how it's there.  I need to physically check again.

Q.  Okay.  Well, I -- I assume that this -- this has been repaired since then.  But -- but as of -- as of this -- I mean, this photograph, it -- it -- clearly, like you said, it's -- it's all one -- it's supposed to all be one piece, correct?

A.  No.  The -- the hatch is, let's say, completed from the teak wood, right?  This is the -- is completed.  It is not, let's say, one piece of wood everywhere.

Q.  Okay.  Well, what I'm trying to -- what I'm trying to ask you is: I mean, this -- this frame here, this -- this wouldn't -- this wouldn't cover.  It's connected to the left, but the right, it's not connected to this -- this wooden piece of this frame.

A.  No.  It's all connected.  All hinges



connected.

Q.   Well, not in this photograph, it isn't, right?

A.   If -- this is maybe when get broken, yep, on this.

Q.   Right.  So this -- so this hinge, if that's the right term, this -- this piece of the right cover, it somehow broke off from the wooden frame, right?

A.   This, it broke -- broken.  I mean, together with the hatch get broken for that time.

Q.   Right.  And then on the right -- on the top right photograph, like, the -- the wooden cover, it can -- it can basically slip downwards, like, dip downwards, like that, right?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  This I -- I really -- I don't -- I'm not sure if I understand what you mean.

BY MR. HAYASHI:

Q.   Well, I just mean, like, since there's no support beam -- like, there's no support beams here at the time that Ms. Wampole is sitting here or at the time this photograph's taken on the right, correct?  Upper right.

A.   Okay.  And?

Q.   Right.  But if these support beams were there, couldn't -- this wouldn't be able to dip downward, like



it is in this photograph, correct?

A.  I don't know, because again, it is depend on the loading.  I don't know really which kind of force was using really.  You cannot -- you cannot say these things because you don't know.

Q.  Well, if the support beam is is working as intended, it wouldn't -- it would -- it would catch this, right?  That's -- that's the whole point.

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  I -- for that moment, I'm -- I really don't know because again, I don't know what happened like which kind of force was used because everything can get broken with a proper force, right?

BY MR. HAYASHI:

Q.  This -- this hatch is supposed to be opened upward, right?  Like, sort of, like, a -- like, a --

A.  Yeah, you open up.

Q.  -- piece of that?

A.  Yes.

Q.  Right.  So there -- so, yeah, those support beams, they -- yeah, they -- they prevent it from -- from opening downward.  I mean, like, in -- in other words --

A.  You open -- you dig, you open up, yes.

Q.  Yeah, I -- I guess I'm just wondering, why not



have these support beams that were added later?  Like, why not -- why not have them?  What's the downside?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  Down is the technical space that you can go to whirlpool.

BY MR. HAYASHI:

Q.  Is a technical space, what?

A.  To the whirlpool, to the Jacuzzi.  That you need to access the Jacuzzi.

Q.  You can't -- you can't access it with these -- are you -- are you saying that -- that nobody can access the Jacuzzi through this -- through the -- the hatch Ms. Wampole --

A.  No.

Q.  -- fell down, no?

A.  No, no, no. I said that this hatch is to access the technical space of the Jacuzzi.

Q.  Right.  Right.  But you can still access it with the support beams.  You might -- you might have to squeeze through the -- the support beams a bit, but --

A.  No.  If you're with a --

Q.  -- go on for --

A.  -- normal -- with a normal ship, people, you can go.

Q.  Right.  Well, can you -- can -- can you think



of any -- of any negative for having the support beams there?  I mean -- I mean, they -- they -- obviously, they were added after the incident, but, like, is -- is there -- is there any reason not to have them?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  No, I don't know.

BY MR. HAYASHI:

Q.  Okay.  And then the bottom right photograph. This is -- this is one of the support beams, or, I -- I guess, yeah -- I guess, there's a little support beam on the left, but there's a bigger, thicker support beam on the right.  This is what was added after Ms. Wampole's incident, correct?

A.  Yes.

Q.  I can't help but notice.  This beam looks a lot clearer than the beams in the middle and on the left.  Is it your testimony that -- that you can't tell if this is rust or not?  You're not -- you're not sure?

A.  But this is dirty.  This is dirty, and other one is clean because it's brand new.  This is just dirtiness.  You can remove, let's say, very easily with a sandpaper.

Q.  What -- I mean, even this -- this black spot here on the --

A.  Yeah, is very -- this is -- it's only just


ESQUIRE
DEPOSITION SOLUTIONS

like a film for some paper, you can remove very easy. This is not about the -- the structure.

Q.  Why -- why not clean it when the support beam was added, though?

A.  Because it's not related to the -- let's say, the strong -- the strong part of the material.  The material is still strong.  There is not -- nothing related to the strongest part of the material.  This is dirtiness.

Q.  So -- so just -- so dirt isn't something Carnival feels it needs to remove, just -- it can just leave it dirty?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  This can be cleaned, but is not the -- about the focus of the -- the -- to be strong, yeah.  Not the -- your focus is to be strong to -- that can keep the good weight -- enough weight.

BY MR. HAYASHI:

Q.  Okay.  Let me show you Plaintiff's Exhibit 4.

(Plaintiff's Exhibit 4 was marked for identification.)

BY MR. HAYASHI:

Q.  I'll represent to you that these were work orders.  You're familiar with -- with the work orders from -- from the Conquest, right?

A.  Yeah.

MR. JARNAGIN:  Yeah, Matt.  You could zoom in a little bit so you could see it better.

MR. HAYASHI:  Okay.

MR. JARNAGIN:  Label 2.

BY MR. HAYASHI:

Q.  So this is a work order from 2022.  This one says, "Port side whirlpool varnishing needs to be done."

A.  Yes.

Q.  This one is -- which -- which side is this one again, port side or starboard side?

A.  It's the port side.

Q.  Okay.  And then -- okay.  And then I'm going to -- so this was Page 3, Plaintiff's Exhibit 4.  I'm going to go up to -- to Page 2 of Exhibit 4.  This is a work order from October 28th, 2021.

A.  Yeah.

Q.  And this one says, "Deck 14 port side whirlpool leaking from pump and rust casing," right?

A.  Yes.

Q.  So -- so there -- there was some -- there was some rust back in 2021, and -- and Carnival made a work order to address it, right?

A.  But this is the rust for the casing of the



pump.  This is not at all something about the structure.  This is the pump -- that casing of the pump, so that time, pump must be replace it because it's rust casing.  Casing of the pump is this.

Q.  All right.  But it's -- but it's -- the pump is underneath -- is underneath that structure, right?

A.  Not the structure that you're showing me.  The pump is in front of the Jacuzzi.

Q.  I think we have -- I think this may appear in one of the photographs.

A.  If you go forward.

Q.  Sorry, what's that?

A.  Some -- show me some picture on the Jacuzzi that is forward side.  I can show you where the pumps.

Q.  Oh, you're saying it's -- you're saying it's for a different Jacuzzi?

A.  No.  It's -- the forward side of the Jacuzzi is not the space that you're talking about.  Is completely different space.

MR. JARNAGIN:  Yeah.  He wants a picture of the front of the Jacuzzi antiques --

THE WITNESS:  Yeah.

MR. JARNAGIN:  -- structure together.

MR. HAYASHI:  Oh, okay.  Well, I thought -- give me a second because I think -- oh, yeah, yeah,



here.

THE WITNESS:  Yeah, this one is in front.

BY MR. HAYASHI:

Q.  But -- but just for the -- so record is clear, the bottom right -- no, sorry, the middle right photo and the sixth photograph on compilation on Page 12, this is the pump, correct?

A.  Yes, this is the pump.  This is the casing. You see the -- exactly, this is the -- the casing of the pump that is your mouse now?

Q.  Yes.  Okay.  Well, I mean, the -- the pump is inside the casing, right?

A.  Yeah.  There is a better inside in this casing.

Q.  Okay.  Let me actually show Plaintiff's Exhibit 1 again.  Okay.  So here's Plaintiff's Exhibit 1 again.  When you say it's on the forward side --

A.  Yeah.  From here, we are accessing from this panel, let's say, we can remove and we can access this pump.

Q.  So the hatch Ms. Wampole fell through is on the other side of this Jacuzzi?

A.  Jacuzzi is starboard side, I think, that you're showing me.

Q.  Oh, this is the starboard side.  Okay.  I see.



A.   Yeah.

Q.   But you're not saying the pump is on the starboard side.  You're just saying it's --

A.   No, no.

Q.   -- it's part of the same --

A.   Each -- each Jacuzzi has its own pump.

Q.   It's own pump.  Yeah.

A.   Yeah.

Q.   All right.  Interesting.  I -- I must have missed that that was the starboard side.  Give me a second.  I just -- I just want to be clear.  So you're -- I want to make sure I'm not misunderstanding.  Your -- is your testimony -- let me share.  Your -- your testimony is that this -- is that this Jacuzzi is on the starboard side?

A.   Yeah.  Jacuzzi is starboard side, I think.  I mean, another one is the port side.

MR. JARNAGIN:  There are two Jacuzzis, one on the port side and one on the starboard side.

BY MR. HAYASHI:

Q.   Oh, but they both have this same casing?

A.   They are the same -- the same design, just different -- from different side.

Q.   Okay.  The one Ms. Wampole fell down was at the port side?



A.   Yes.   Port side.

Q.   Okay.   A second there.   Let's see if there's a good photograph here, Plaintiff's Exhibit 2.

A.   This is port side.

Q.   Yeah, so --

A.   This is port side.

Q.   Yeah.   Page 11, there's a five -- a sixth photograph compilation.   We're looking at the top left photograph.   And so you -- can you tell me where the pump is?

A.   So I cannot exactly memorize 100 percent. My -- to reach the pump, we open this.   I don't know if you can see.   We open the front cover.   And from there, we're reaching the pump, in case.

Q.   And the -- the pump is directly below?

A.   No.   This and here -- now, I cannot be, let's say, 100 percent because there are a lot of pipes there.   You have got to -- backflow prevents, pipes that they are going to the nozzles.   There are many components there.

Q.   And the hatch where Ms. Wampole fell, it's over here somewhere behind the Jacuzzi, correct?

A.   No.   It's near to the stairs.   Not this big stair.   The small stairs, the right side.

Q.   Okay.   It's kind of hard to -- okay.   Not --



not this one, right?

A.   No, no.

Q.   Okay.

A.   No.  This is behind.

Q.   So the --

A.   So this --

Q.   -- outside?

A.   Yes, this is the side.

Q.   But this one in the middle right -- middle right picture, that -- that one is the -- the hatch, right?

A.   Yeah.  This is the -- the hatch, yes.

Q.   And that would be -- but -- but using my cursor, it would -- it would be somewhere like on the away side of this photograph on the top left corner.  I mean, it would have -- it would have been, like, maybe -- let me see.  It's hard to tell which side is -- it's on.  Do you know if it was the left or the right side?

A.   What?

Q.   This hatch.  I'm trying -- I'm trying to visualize where this hatch --

A.   No.  Now, if you're in this picture that -- now, just leave this picture.

Q.   Top -- top left, yeah.



YORDAN PETROV                                   September 22, 2025
WAMPOLE vs CARNIVAL CO.                                        39

A.   It's top left.   The hatch is, let's say, the right side, that is the stairs exactly there.   Exactly there.   Exactly.

Q.   Okay.   So right --

A.   There.

Q.   -- right after we walking up the stairs, the hatch would be there.

A.   The -- the small stairs, exactly, yes.

Q.   Okay.   Right after walking up the stairs on the right hand side, you'd encounter the hatch?

A.   Yes.   The second picture you can see.   You see the second picture --

Q.   Yeah.

A.   -- is exactly the stairs.

Q.   Yeah, that, you go right.

A.   And the hedge is there, yeah.

Q.   That was the, yeah, the stairs.

A.   Yeah.

Q.   Got it.   But -- well, I mean, but this isn't in a totally different area from the -- from Jacuzzi.   It's -- it's just -- it's just slightly, you know, I guess, to the above and to the right.   I mean, it's -- it's still -- are you saying -- are you saying you wouldn't be able to -- let me -- let me scroll down here.   Looking at the right middle -- middle right



photograph of Page 12, this area looks all interconnected.  It looks to me like if you were to go down the hatch that Ms. Wampole fell down, you would -- you would be able to see the pump.  I mean -- I mean, you probably be -- I mean, could you see the pump from there?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  I don't know.  I don't remember that, because I -- I remember we were using the -- the front hatch for the replacing the pump because it's more easy for us.  I -- I -- at least I remember like that, but now I'm not -- not sure.  I need to be physically to see.

BY MR. HAYASHI:

Q.  Okay.  But bottom line -- bottom line, some -- a part of underneath this -- this, you know, wooden structure, had rust.  I know it was the pump casing, but it was underneath this wooden structure and it had rust prior to Ms. Wampole's incident, correct?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  No.  The -- the rust was only in the casing on the pump.

BY MR. HAYASHI:

Q.  Right.  But it -- but the pump was underneath the structure that Ms. Wampole fell down.  It's -- it's



underneath that, correct?

A.  I don't know.  I cannot -- I cannot see now.

Q.  You want to see again?  This -- unless this helps, but I'm showing the photographs again.

A.  Because you need to be -- I need to be physically to see, because now, I don't know.  If -- if it's -- can be -- if it's possible.  I -- I don't think so.  I don't know.

Q.  You're understanding that now that this support beam was added after Ms. Wampole's incident, something like Ms. Wampole's incident can't happen again, right?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  Should not happen.  But how you can say that you never happened.  I -- I don't know.

BY MR. HAYASHI:

Q.  Well, unless something happens to the support beam, it can't -- it can't solve the same way again, correct?

A.  Again, we are assuming because there are a lot of things that can happen.  You -- I -- I cannot assume.

Q.  All right.  Let me check my notes.  Yeah. Please be patient, Mr. Petrov, I'm still here, just seeing if there's anything else I want to ask you.



Other than the material itself, I mean, does Carnival apply any type of special treatment to this -- to this structure to make it resistant to rot or rust?  Yeah.

A.  No.  The -- would show the wood.

Q.  So -- so there isn't any special treatment that's done.  It's -- Carnival relies on the way it was built?

A.  We have always regular maintenance for entire ship.  I don't understand what you mean specifically. There is a maintenance ongoing all the time.

Q.  Yeah.  I -- I just mean, like, there isn't some type of coating or anything, like -- like, I don't know.  No type of, like, special coating is put on -- on it, right?

A.  No.

Q.  Okay.  Bear with me, still checking.  Those whirlpools on the other ships in the Conquest Class, those -- those were not made of wood, that -- they were made of another material; is that right?

A.  I don't know.

Q.  Not sure?

A.  I don't know.  I don't know.  I mean, I -- I told you I never been FMM on other class, but I don't know.

MR. HAYASHI:  Right.  Right.  I forgot, that's



on me.  Okay.  I think -- I think that's all the questions I have at this time.  Thank you very much, Mr. Petrov.

THE WITNESS:  Thank you.

MR. JARNAGIN:  Thank you, Mr. Petrov.  I don't have any questions for you.  You can go ahead and sign off the link.  We appreciate your time today.

THE WITNESS:  Okay.  Thank you, guys. Bye-bye.  Ciao ciao.

MR. HAYASHI:  Okay.  Take care.  Bye.

THE VIDEOGRAPHER:  And, Mr. Jarnagin, regarding your video and transcript orders, what do you need?

MR. JARNAGIN:  So we'll go ahead, we'll take a copy of the transcript if its ordered, and we will hold off on the video for right now.

THE VIDEOGRAPHER:  Thank you, sir.

And, Mr. Hayashi?

MR. HAYASHI:  Yeah.  This guy was not quite as pleasant as the previous one, but I think I will order. Yeah.  We went through the trouble of taking this. Yeah, we'll take the order.

THE VIDEOGRAPHER:  So you want a transcript order, and then do you also want a video order?

MR. HAYASHI:  No.  But the videos, those can



always be produced -- like, if we end up going to trial, we'll just -- we can just order the video and have it then, right?

THE VIDEOGRAPHER:  Yes, sir, that's correct.

MR. HAYASHI:  Yeah.

THE VIDEOGRAPHER:  Okay.

MR. HAYASHI:  On the -- the transcript, we don't need to wait, like, two weeks or anything, right?

THE VIDEOGRAPHER:  Yes, that's correct.

MR. HAYASHI:  Yep.

THE VIDEOGRAPHER:  Are you -- are --

MR. HAYASHI:  All right.  We'll wait on the video, then.  I -- I don't know why we just ordered a video right away, then, so no problem.  Thank you, thank you for that.

THE VIDEOGRAPHER:  So -- so just for your clarity, you do not want video at this time, correct?

MR. HAYASHI:  No.  We'll -- we'll wait.

THE VIDEOGRAPHER:  Okay.  Thank you.

MR. HAYASHI:  Yeah.

THE VIDEOGRAPHER:  Thank you.  This concludes the videoconference deposition of Yordan Petrov.  We are going off the record at 1:01.

(The deposition concluded at 1:01 p.m.)



CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, the undersigned authority, certify that YORDAN PETROV personally appeared before me and was duly sworn on Monday, September 22, 2025.

WITNESS my hand and official seal this 1st day of October 2025.

*Nicholas Egbert*

_____
Nicholas Egbert
Notary Commission Florida/HH 637035
Commission Expires: February 5, 2029

Type of Identification Produced: Crew ID



CERTIFICATE OF DIGITAL REPORTER

I, Nicholas Egbert, a Digital Reporter and Notary Public within and for the State of Florida, do hereby certify:

That YORDAN PETROV, the witness whose examination is hereinbefore set forth, was first duly sworn by me and that said testimony was accurately captured with annotations by me during the proceeding.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 1st day of October 2025.

*Nicholas Egbert*

_____
Nicholas Egbert
Notary Commission Florida/HH 637035
Commission Expires: February 5, 2029



CERTIFICATE OF TRANSCRIPTIONIST

I, Micah Hodgens, Legal Transcriptionist, do hereby certify:

That the foregoing is a complete and true transcription of the original digital audio recording of the testimony and proceedings captured in the above-entitled matter.  As the transcriptionist, I have reviewed and transcribed the entirety of the original digital audio recording of the proceeding to ensure a verbatim record to the best of my ability.

I further certify that I am neither attorney for nor a relative or employee of any of the parties to the action; further, that I am not a relative or employee of any attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 1st day of October 2025.

*Micah Hodgens*

_____
Micah Hodgens



DEPOSITION ERRATA SHEET

Assignment No. J13503732

Case Caption: DARLENE WAMPOLE vs. CARNIVAL CORPORATION

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 2025.

_____
YORDAN PETROV



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

              YORDAN PETROV



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____


SIGNATURE:_____DATE:_____

              YORDAN PETROV



**Exhibits**

13503732 yo
rdan.
petrov.
PLAINTIFF.
EXHIBIT1
  3:13
  5:22,23
  35:16,17

13503732 yo
rdan.
petrov.
PLAINTIFF.
EXHIBIT2
  3:14
  7:23,24
  19:20,22
  37:3

13503732 yo
rdan.
petrov.
PLAINTIFF.
EXHIBIT3
  3:15
  15:25
  16:1

13503732 yo
rdan.
petrov.
PLAINTIFF.
EXHIBIT4
  3:16
  32:19,20
  33:15,16

**1**
  5:22,23
  26:1
  35:16,17

**1,000**
  12:21

**10**
  19:13

**100**
  37:11,17

**11**
  37:7

**12**
  19:21
  21:24
  35:6 40:1

**13**
  23:7

**14**
  22:23
  23:10
  33:19

**15**
  24:22

**17**
  8:6

**19**
  25:25

**1:01**
  44:23,24

**2**

**2**
  7:23,24
  19:20,22
  23:11
  25:25
  26:1
  33:5,16
  37:3

**20**
  19:13

**2017**
  6:10

**2021**
  33:17,23

**2022**

**33:7**

**28th**
  33:17

**3**

**3**
  15:25
  16:1
  33:15

**30**
  12:17
  14:8

**4**

**4**
  32:19,20
  33:15,16

**5**

**5**
  19:13
  25:25

**7**

**7**
  21:24

**A**

**Absent**
  4:3

**access**
  7:5
  11:13,15,
  16,20
  30:9,10,
  12,17,18

**35:19**

**accessing**
  35:18

**accommodati
on**
  5:8

**added**
  6:10,11
  8:25 9:2,
  15,23
  25:6,8,
  16,18
  30:1
  31:3,12
  32:4
  41:10

**additionall
y**
  20:12

**address**
  33:24

**administrat
ion**
  4:5

**afternoon**
  4:17,19

**agree**
  4:4

**agreement**
  4:7

**ahead**
  43:6,14

**antiques**
  34:21

**apply**
  42:2

**approval**
  20:18

**approved**
  20:15,17

**area**
  10:21,25
  12:20
  13:11
  39:20
  40:1

**areas**
  5:8 18:14

**arrows**
  8:7

**assume**
  9:25
  10:3,5
  15:7,16
  22:25
  27:11
  41:22

**assuming**
  15:7
  41:20

**ate**
  23:15

**avoid**
  9:3

**aware**
  6:9 7:1,
  2,3

**B**

**bachelor**
  24:8

**back**
  19:20
  33:23

**backflow**
  37:18

**Bahamas**
  4:2

**bar**
  26:23



**basically**
5:3 20:2
28:12

**beam**
23:25
24:2
25:3,7
28:19
29:6
31:10,11,
15 32:3
41:10,18

**beams**
8:11,21,
22 9:8,
15,19,22,
25 10:6
20:6,21
23:8,12,
15 25:6,
8,18
28:19,24
29:21
30:1,19,
20 31:1,
9,16

**Bear**
42:16

**big**
37:23

**bigger**
31:11

**bit**
9:13
30:20
33:3

**black**
31:23

**board**
16:19

**bottom**
8:6 23:7
26:1 31:8

35:5
40:15

**brand**
31:20

**broke**
13:7,16
14:23
15:1,18,
20 28:7,8

**broken**
15:8,15
16:9,10
26:23
28:3,8,9
29:13

**built**
20:16
42:7

**Bye**
43:10

**Bye-bye**
43:9

—————————

**C**

—————————

**call**
18:16

**called**
26:8

**card**
4:3

**care**
43:10

**career**
17:21

**Carnival**
4:21 5:11
6:13,18
8:19
10:20
12:4,13,

14,24
32:11
33:23
42:1,6

**case**
11:3,4
12:10
37:14

**casing**
33:20,25
34:2,4
35:8,9,
12,14
36:21
40:17,22

**catch**
29:7

**cell**
9:5

**check**
20:12
27:10
41:23

**checking**
42:16

**cheek**
13:4

**ciao**
43:9

**clarity**
44:17

**class**
6:19,20,
22,25
7:8,11
8:12,18,
19 10:1
42:17,23

**clean**
31:20
32:3

**cleaned**
23:21
32:14

**clear**
24:17,19
35:4
36:11

**clearer**
31:16

**coating**
42:12,13

**collapse**
12:6

**common**
10:19
18:11,13
24:11

**compilation**
35:6 37:8

**completed**
27:16,18

**completely**
10:5
34:19

**components**
37:20

**concern**
12:14

**concluded**
44:24

**concludes**
44:21

**condition**
18:10

**confirmed**
4:2

**connect**
26:18
27:1

**connected**
23:15
27:6,7,
23,24,25
28:1

**Conquest**
5:11,16
6:4,13,
19,22,25
7:8 8:12,
14,18,19
10:1
32:25
42:17

**constitute**
4:6

**copy**
43:15

**corner**
38:15

**correct**
6:14 9:6,
9,12
10:25
11:4
15:18
16:25
20:3,25
24:13
27:7,15
28:21
29:1
31:13
35:7
37:22
40:19
41:1,19
44:4,9,17

**corroding**
19:8

**Counsel**
4:4,14

**cover**



800.211.DEPO (3376)
EsquireSolutions.com

11:15
26:15
27:6,22
28:6,11
37:13

covering
5:8

create
12:10

crew
4:3  7:4
10:24

cross
18:20

cruise
18:13

current
4:21

cursor
20:21
38:14

**D**

dark
24:1

day
12:20

Deck
33:19

degree
24:8

depend
29:2

dependent
19:14

depict
19:23

depicted
8:21

deposition
5:22
44:22,24

describe
24:6,10

design
7:11,12
25:5
36:22

designed
26:18

dig
29:24

dip
28:12,25

DIRECT
4:15

directly
37:15

dirt
24:16
32:10

dirtiness
23:18
31:21
32:9

dirty
23:17
24:3,4,20
31:19
32:12

document
7:22

downside
30:2

downward
28:25
29:22

duly
4:12

**E**

easily
31:21

easy
32:1
40:11

elements
17:8

encounter
39:10

end
5:6  44:1

engineer
24:5,7,
10,13

engineering
24:9

enter
10:12

entire
42:8

eventually
17:17,18,
19

evidence
15:6

EXAMINATION
4:15

excuse
7:20

exhibit
5:21,22,
23  7:23,
24  15:23,
24,25
16:1
19:20,22
32:19,20

33:15,16
35:16
37:3

exhibits
7:18,21

expensive
18:3

explain
13:19

exposed
17:7

extra
14:13
15:12
17:10

**F**

facility
4:22
8:14,17

fair
5:4

fall
12:15
13:9,24
15:9

fallen
16:6,8
21:4

falling
15:10,17

familiar
5:9,13
6:12
8:20,22
32:24

feature
10:20

feel

12:25

feels
32:11

fell
9:24  11:7
12:4,16
13:8,17
14:24
25:1,8
30:15
35:21
36:24
37:21
40:3,25

film
32:1

fine
19:15,16

flag
20:17

fleet
4:24,25

floor
12:6

FMM
42:23

focus
32:15,16

force
14:13,15
29:3,12,
13

forgot
42:25

form
14:25
15:19
19:10
21:7
22:13
26:20



28:14
29:9 30:3
31:5
32:13
40:7,20
41:13

**forward**
34:11,14,
17 35:17

**frame**
27:6,8,
21,24
28:7

**front**
11:15
34:8,21
35:2
37:13
40:10

**functioning**
13:20

**future**
9:3

—————————

**G**
—————————

**give**
7:15
19:18
34:25
36:10

**good**
4:17,19
13:5,6
24:6
32:17
37:3

**group**
16:7

**guarantee**
15:13

**guess**
10:12,18
26:17
29:25
31:10
39:22

**guests**
13:11

**guy**
43:19

**guys**
43:8

—————————

**H**
—————————

**hand**
4:9 39:10

**happen**
14:17,22
41:11,14,
21

**happened**
12:18,19,
23 13:9,
11 14:4,8
15:15,16
16:18
26:6,9,11
29:12
41:15

**happening**
9:9 13:1

**hard**
37:25
38:17

**hardwood**
5:17
16:21

**hatch**
7:2,3,9
9:5,12,
16,18,20

10:11,12,
23 11:6,
7,9,13,16
12:6,15
13:16,20
16:9,10,
13 18:15
19:15
20:2,22
21:17
22:2,24
24:23
25:9,23
26:15
27:7,16
28:9
29:15
30:13,16
35:21
37:21
38:10,12,
21,22
39:1,7,10
40:3,10

**hatches**
10:10,17,
19,22
11:19
25:23

**Hayashi**
4:16 5:25
7:18 8:1
15:2,22
16:3
19:17
21:11
26:24
28:17
29:14
30:6 31:7
32:18,22
33:4,6
34:24
35:3
36:20
40:14,23

41:16
42:25
43:10,18,
19,25
44:5,7,
10,12,18,
20

**head**
5:4

**Hearing**
4:6

**hedge**
39:16

**helps**
41:4

**hinge**
26:17
28:5

**hinges**
26:17
27:25

**hold**
43:15

—————————

**I**
—————————

**I-P-E**
5:16

**idea**
21:18

**identificat
ion**
4:3 5:24
7:25 16:2
32:21

**identity**
4:2

**incident**
9:2,3
10:2 12:3
16:17

25:16,20,
24 26:6,9
31:3,13
40:19
41:10,11

**inside**
8:3 22:6
35:12,13

**inspection**
8:4 12:10
22:16
25:13,17,
19

**inspections**
19:14

**intended**
29:7

**interact**
26:6

**interconnec
ted**
40:2

**Interesting**
36:9

**Internet**
18:1

**involved**
16:16

—————————

**J**
—————————

**Jacuzzi**
5:11,15
6:7 10:25
11:10,12,
14 30:8,
9,12,17
34:8,13,
16,17,21
35:22,23
36:6,14,
16 37:22



39:20

**Jacuzzis**
36:18

**Jarnagin**
14:25
15:19
19:10
21:7
26:20
28:14
29:9 30:3
31:5
32:13
33:2,5
34:20,23
36:18
40:7,20
41:13
43:5,11,
14

**job**
16:19

**jump**
13:13

**jumped**
15:7

**jumping**
13:13
14:4,11
15:5,16

---

### K

**key**
18:18,20,
21

**kind**
5:2 7:19
13:22
15:9
16:12
20:7,12
29:3,12

37:25

---

### L

**Label**
33:5

**lady**
12:4 13:8
14:24
16:6

**latch**
15:8,9,
14,17

**lead**
11:23

**leads**
11:10

**leaking**
33:20

**leave**
32:12
38:24

**left**
21:19,22
23:11,23,
24 25:4,6
26:13
27:1,5,23
31:11,17
37:8
38:15,18,
25 39:1

**link**
43:7

**litigation**
8:6 9:24
25:14

**loading**
29:3

**located**
4:2

**locking**
18:16,24

**locks**
18:25

**long**
21:18

**longer**
17:18

**looked**
21:6 22:5

**lot**
10:18
14:7 17:8
18:9
31:16
37:17
41:20

---

### M

**made**
16:20,21,
25 18:23,
25 20:6
33:23
42:18,19

**maintenance**
4:22 5:5,
10 7:3,4
10:25
11:4
12:12
17:4,20
19:7,13
21:2
42:8,10

**make**
21:6
22:9,12
36:12
42:3

**makes**

17:24

**making**
12:9
13:12

**manager**
4:22 5:7
8:14,17

**manufacture
r**
10:4

**marine**
24:7,9,13

**mark**
5:21 7:22
15:24

**marked**
5:23 7:24
16:1
32:20

**market**
17:16

**material**
16:21
19:12
20:6
32:6,7,8
42:1,19

**materials**
20:16,18

**Matt**
33:2

**means**
12:11
16:24
24:6

**meantime**
16:10

**mechanics**
13:9

**mechanism**

18:17,24

**meet**
4:20

**members**
10:24

**memorize**
37:11

**Mico**
26:10

**middle**
25:3,7
26:1
31:16
35:5 38:9
39:25

**missed**
36:10

**misundersta
nding**
36:12

**moment**
9:20
29:10

**mouse**
35:10

---

### N

**necessarily**
21:17

**needed**
11:4

**negative**
31:1

**normal**
14:2 18:5
30:23

**note**
19:14



800.211.DEPO (3376)
*EsquireSolutions.com*

notes
41:23

notice
31:15

noticed
22:8

notify
22:7

notifying
22:13

nozzles
37:19

numbered
7:19

---

**O**

---

oath
4:5

objection
4:4,6
14:25
15:19
19:10
21:7
26:20
28:14
29:9 30:3
31:5
32:13
40:7,20
41:13

October
33:17

ongoing
42:10

open
18:18,19,
21 29:17,
24 37:12,
13

opened
29:15

opening
12:7
29:22

opposed
11:21

order
7:20
13:23
14:11
15:8 19:7
22:10,12
33:7,17,
24 43:20,
22,24
44:2

ordered
43:15
44:13

orders
12:10
21:9
32:24
43:12

original
8:25

---

**P**

---

p.m.
44:24

panel
35:19

paper
32:1

part
11:9,13
13:7,15
32:6,8
36:5
40:16

passenger
12:16

passing
12:20,22
13:12
14:7
16:12

patient
41:24

people
12:20,21
14:7
16:12
30:23

percent
37:11,17

perfect
17:22

period
21:12

personally
16:15
26:5

pertains
5:11

Petrov
4:9,11,
19,20
16:4
19:24
41:24
43:3,5
44:22

photo
35:5

photograph
5:21 8:7,
8 16:4,5
21:19
23:6,23
26:13
27:13

28:2,11
29:1 31:8
35:6
37:3,8,9
38:15
40:1

photograph'
s
28:21

photographs
8:3,4
19:23,24
23:11
24:18,22
25:12,21,
25 34:10
41:4

physically
27:10
40:13
41:6

picture
23:4
34:13,20
38:10,23,
24 39:11,
12

pictures
13:12

piece
13:15
26:14
27:2,8,
15,18,24
28:6
29:18

pipes
37:17,18

place
8:11
11:21,24
16:13
22:16

25:17,20

placing
16:16

plaintiff's
5:22,23
7:22,24
15:23,25
16:1
19:20,22
32:19,20
33:15
35:15,16
37:3

pleasant
43:20

Pleasure
4:20

plywood
16:11

point
29:8

policies
12:5

policy
12:11

port
33:8,12,
13,19
36:17,19,
25 37:1,
4,6

position
4:21,23,
25 5:2
14:20

present
10:1

pretty
14:9

prevent
9:8 12:6



15:17
17:5 19:8
29:21

**preventing**
13:1

**prevents**
15:10
37:18

**previous**
43:20

**prior**
10:2
12:3,16
40:19

**problem**
23:22
44:14

**proceed**
4:14

**produced**
44:1

**professiona
l**
24:5,7,10

**proper**
29:13

**protruding**
26:14

**pulling**
15:24

**pump**
33:20
34:1,2,3,
4,5,8
35:7,8,
10,11,20
36:2,6,7
37:10,12,
14,15
40:4,5,
10,17,22,

24

**pumps**
34:14

**purpose**
11:8,10,
17

**put**
42:13

———————

**Q**

———————

**question**
12:8 22:2

**questions**
43:2,6

**quick**
6:25

———————

**R**

———————

**rain**
17:8

**raise**
4:9

**reach**
37:12

**reaching**
37:14

**reason**
11:19
15:24
31:4

**receive**
19:12

**recognize**
19:22,23

**record**
4:18 35:4
44:23

**red**
8:7

**referring**
5:17

**region**
18:1

**register**
20:17

**regular**
18:20
42:8

**reinforce**
9:3 16:14

**related**
32:5,8

**relies**
42:6

**remember**
9:17,21
21:8,10
24:20,21
25:10,22,
23 26:21
27:9
40:8,9,11

**remote**
4:5

**remove**
31:21
32:1,11
35:19

**repair**
22:13

**repaired**
22:11
27:12

**replace**
34:3

**replacing**
40:10

**REPORTER**
4:1,13

**represent**
6:1 8:3
16:5
25:11,14
26:4
32:23

**required**
18:21

**resistant**
18:8,9,10
42:3

**rot**
17:4,7,14
18:8 42:3

**rots**
17:18

**routine**
17:4
21:12,14

**rules**
12:5 13:1

**rust**
19:5,16
20:20,24
21:2,19
22:1,7,8,
10,14,15,
19 23:14,
19,25
24:21
31:18
33:20,23,
25 34:4
40:17,19,
21 42:3

**rusted**
22:4

**rusting**
19:8

**rusty**
13:4

———————

**S**

———————

**safe**
9:25 22:3

**sandpaper**
31:22

**scroll**
39:24

**search**
17:25

**secured**
12:9

**set**
21:12,13

**settling**
7:21

**share**
36:13

**ship**
4:24 5:1,
5 6:10,17
8:5 10:18
12:17
18:13
20:25
22:16
25:13,19
30:23
42:9

**ships**
7:8 8:12,
16 10:1,
20 13:12
20:16
42:17

**show**
5:20
15:22



19:21,24
32:19
34:13,14
35:15
42:4

**showing**
16:4 34:7
35:24
41:4

**shows**
20:24

**side**
6:3,5
11:14,15,
17 12:1,2
21:19
23:24
26:19
27:1,2,5
33:8,11,
12,13,19
34:14,17
35:17,22,
23,25
36:3,10,
15,16,17,
19,23,25
37:1,4,6,
24 38:8,
15,17,19
39:2,10

**sign**
43:6

**similar**
6:20,24
7:11

**single**
12:20

**sir**
4:13,18
43:17
44:4

**sister**

7:8 8:15
10:1

**sitting**
22:20
26:5
28:20

**sixth**
35:6 37:7

**slightly**
39:21

**slip**
6:18
28:12

**small**
37:24
39:8

**solve**
41:18

**sort**
29:16

**space**
30:4,7,17
34:18,19

**spaces**
7:6 20:1

**special**
12:25
17:23,24
42:2,5,13

**specifically**
42:9

**spot**
22:20
24:1
31:23

**squeeze**
30:20

**stainless**
20:9,10

**stair**
37:24

**stairs**
37:23,24
39:2,6,8,
9,14,17

**standard**
12:12

**starboard**
6:3,5
33:12
35:23,25
36:3,10,
15,16,19

**start**
13:13

**steel**
18:23,25
19:4,6,7
20:7,9,
11,12,13,
24

**steps**
5:1

**sticks**
15:13

**stipulation**
4:7

**strange**
12:18
23:4

**strong**
16:11
32:6,7,
15,16

**strongest**
32:8

**structure**
5:11 6:7,
13,17,24
7:1 8:25

9:3 10:7
16:20
20:11
26:19
27:2 32:2
34:2,6,7,
23 40:17,
18,25
42:3

**structures**
5:15 7:7

**studying**
24:8

**support**
8:11,21
9:8 10:6
13:4 20:6
23:8,12,
15 25:6,
7,8,18
28:19,24
29:6,20
30:1,19,
20 31:1,
9,10,11
32:3
41:10,17

**supposed**
12:5
15:17
27:15
29:15

**swear**
4:7

**sworn**
4:12

———————

**T**

———————

**taking**
43:21

**talking**
21:18

34:18

**teak**
17:13,15,
17,22,23
18:2,11,
12 27:17

**team**
5:8 16:19

**technical**
5:7 7:5
19:25
30:4,7,17

**temporary**
16:13

**term**
28:6

**testified**
4:12

**testimony**
18:7
31:17
36:13,14

**thicker**
31:11

**things**
17:16
18:9 21:6
29:5
41:21

**thought**
34:24

**tie**
4:23

**time**
4:4 12:15
13:16
14:8
17:4,18
21:3,5,
12,25
24:20



25:23 28:9,20, 21 34:3 42:10 43:2,7 44:17

**today**
22:20 43:7

**told**
14:6 42:23

**top**
7:4,9 9:5,12 10:12,17, 19 11:19 21:20 23:10,11, 23 26:1, 13 28:10 37:8 38:15,25 39:1

**totally**
39:20

**transcript**
43:12,15, 23 44:7

**treatment**
42:2,5

**tree**
17:25

**trial**
44:2

**trigger**
14:11

**trouble**
43:21

**type**
10:7,11, 22 12:4,8

16:21,25 17:3 18:16,22, 24 20:6, 13 42:2, 12,13

**types**
8:21 17:19

**typical**
18:1

**typically**
18:25

---

### U

**ultimately**
16:24

**underneath**
13:23 20:2,20 21:17 22:24 34:6 40:16,18, 24 41:1

**understand**
5:18 10:8 12:8 13:18 17:6 22:2 28:16 42:9

**understanding**
13:7 14:23 41:9

**University**
24:9

**unlatch**
13:23

**Upper**
28:22

**upward**
29:16

---

### V

**varnishing**
33:8

**vertical**
23:25 24:1

**video**
43:12,16, 24 44:2, 13,14,17

**videoconference**
44:22

**videos**
43:25

**visual**
12:10

**visualize**
38:22

---

### W

**wait**
44:8,12, 18

**walk**
13:25 14:2,22

**walking**
14:16 39:6,9

**Wampole**
9:23 11:7 24:24

25:8 26:5 28:20 30:13 35:21 36:24 37:21 40:3,25

**Wampole's**
25:20 31:13 40:19 41:10,11

**waving**
13:12

**weather**
18:10

**week**
12:21

**weeks**
44:8

**weight**
15:12 32:17

**What'd**
17:6

**whirlpool**
7:6 30:5, 8 33:8,20

**whirlpools**
42:17

**wide**
4:24 5:1

**woman**
13:16 21:4

**wondering**
29:25

**wood**
16:16,25 17:1,2,3, 7,10,12,

15,17,19, 22,23,24 18:5,7,11 27:17,18 42:4,18

**wooden**
27:24 28:7,11 40:16,18

**words**
29:23

**work**
12:10 21:9 22:9,12 32:23,24 33:7,17, 23

**working**
29:6

**worn**
13:4

**written**
19:12

**wrong**
13:3

---

### Y

**yacht**
18:13

**yachts**
18:12

**year**
6:11 10:4

**years**
12:17 14:8 19:13,14

**Yordan**
4:11,19



ESQUIRE
DEPOSITION SOLUTIONS

44:22

**Z**

**zoom**
  20:5
  26:12
  33:2

