**In the Matter Of:**

WAMPOLE vs CARNIVAL CO.

1:24-cv-24361-KMM

**ALEXIS SANCHEZ**

*September 22, 2025*



800.211.DEPO (3376)
EsquireSolutions.com

ALEXIS SANCHEZ
WAMPOLE vs CARNIVAL CO.

September 22, 2025
1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARLENE WAMPOLE,

         Plaintiff,

      vs.                CASE NO. 1:24-cv-24361-KMM

CARNIVAL CORPORATION,

         Defendant.

VIDEOCONFERENCE DEPOSITION OF

ALEXIS SANCHEZ

Monday, September 22, 2025

10:01 a.m.

Remote Proceeding
Miami, Florida 33134

Nicholas Egbert
Digital Reporter
Commission No. HH 637035



APPEARANCES OF COUNSEL

On behalf of Darlene Wampole, Plaintiff:

    MATTHIAS HAYASHI, ESQ.
    ARONFELD TRIAL LAWYERS
    1 Alhambra Plaza
    Penthouse
    Coral Gables, Florida 33134
    (305) 770-6553
    mhayashi@aronfeld.com
    APPEARED VIA VIDEOCONFERENCE


On behalf of Carnival Corporation, Defendant:

    W. COOPER JARNAGIN, ESQ.
    GRAY ROBINSON, PA
    515 North Flagler Drive
    Suite 650
    West Palm Beach, Florida 33401
    (561) 268-5727
    cooper.jarnagin@gray-robinson.com
    APPEARED VIA VIDEOCONFERENCE



Also present:

    Mark Von Lanken, Videographer



INDEX TO EXAMINATION

EXAMINATION OF ALEXIS SANCHEZ                          PAGE

Direct Examination by MR. HAYASHI                        5

Cross-examination by MR. JARNAGIN                       44

Redirect Examination by MR. HAYASHI                    45

INDEX TO EXHIBITS

PLAINTIFF EXHIBITS FOR IDENTIFICATION:

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Drawings | 15 |
| Exhibit 2 | Jacuzzi photo 1 | 18 |
| Exhibit 4 | Jacuzzi photo 3 | 21 |
| Exhibit 5 | Purchase order terms | 23 |
| Exhibit 6 | Purchase order | 24 |
| Exhibit 7 | Dr. De Caso's report | 40 |



THE VIDEOGRAPHER:  We are now on the record. The time is 10:01 Eastern Time Zone on Monday, September 22nd, 2025.  This begins the videoconference deposition of Alexis Sanchez, taken in the matter of Darlene Wampole versus Carnival Corporation, filed in the United States District Court, Southern District of Florida, Case number 1:24-cv-24361-KMM.

My name is Mark Von Lanken.  I am your remote videographer.  The court reporter is Nick Egbert.  We are representing Esquire Deposition Solutions.

Will all counsel please identify themselves and state whom you represent, after which the witness will be sworn in.

MR. HAYASHI:  Matthias Hayashi for the plaintiff, Darlene Wampole.

MR. JARNAGIN:  And Cooper Jarnagin for Defendant Carnival Corporation.

THE REPORTER:  Thank you, Counsel.

The witness is located in Miami Beach, Florida, and has confirmed their identity using their Florida driver's license issued by Florida Safety and Motor Vehicles.

Absent any objection at this time, counsel and the witness agree to my remote administration of the oath to this witness.



Hearing no objection, this shall constitute agreement and stipulation of such, and I will now swear in the witness.

Mr. Sanchez, will you please raise your right hand.

ALEXIS SANCHEZ,

having been first duly sworn, testified as follows:

THE REPORTER:  Thank you, sir.  You may put your hand down.

And, Counsel, you may proceed.

MR. HAYASHI:  Okay.

DIRECT EXAMINATION

BY MR. HAYASHI:

Q.  Good morning.  I know we discussed your name briefly, but can you just tell the jury your name for the record.

A.  Alexis Sanchez.

Q.  Okay.  Well, pleasure to meet you, Mr. Sanchez.  Could you tell us, what is your current position at Carnival?

A.  I am a senior project manager for new build and refurbishment.

Q.  Okay.  And what does senior project manager for new build do?

A.  We manage the projects from design development



all the way through execution.  We manage the contracts, coordination, logistics, yeah.  And that's --

Q.  Is that for all ships in the fleet?

A.  Not necessarily.  It depends on what project we're assigned.  So it could --

Q.  Okay.

A.  -- be -- yeah.  It just depends on our schedule.

Q.  Okay.  And do you oversee the installation of new structures like -- like, for example, a Jacuzzi, lest Carnival wants to add that to a ship?

A.  Yes.  Depends on what project -- I've done many projects.  So yes, I have supervised the installation of a Jacuzzi.

Q.  Okay.  And specifically, we're talking about a teak Jacuzzi structure that's at issue in this -- in this case, Darlene Wampole, her incident on the Carnival Conquest.  That's what you're referring to?

A.  Yeah.  That was in 2017.  And it was -- it was a deck -- it's like teak, but it's actually a wood called Ipe, I-P-E. It's a Brazilian hardwood.

It's very tough and durable.  So I don't know -- you guys, it looks like teak, but it's not teak.



Q.   Interesting.  I -- I think we were under the assumption it was teak, but thanks for clarifying.

A.   It's in the purchase order also, just so you know.

Q.   Right.  Okay.  Appreciate it.  You said D-P-E?

A.   No, I-P-E.

Q.   Oh, I --

A.   Ipe.

Q.   -- as in -- as an ice?

A.   Uh-huh.

Q.   Okay.  What type of difference is Ipe to teak? Like what's the kind of a, you know -- if you could help us understand what type of material that is, basically.

A.   It's a Brazilian hardwood.  I know it's very durable.  I'm not an expert in wood.  However, it was used in this project because of its durability, you know, against elements.

Q.   Okay.  But it's a type of wood, basically?

A.   Yes, correct.

Q.   Okay.  So it's -- it -- it would be subject to whatever environmental forces that any type of wood structure would, correct?

A.   Yes.

Q.   Okay.  Have you over seen the installation of



any Jacuzzi-type structure on any other ship in Carnival's fleet?

A.  Yes, I have.  However, it did not have this type of let's say enclosure.  It was a steel deck versus a teak deck.

Q.  So the structure was made of steel instead of -- instead of hardwood?

A.  Right.  And -- and sometimes we don't create -- let's say in the aft pool, those Jacuzzis or whirlpools are inside of a steel deck.  So it comes like that already, so...

Q.  Was it elevated, like -- like this one on the Conquest?

A.  Yes, it was.

Q.  Okay.  Did it have any -- any access point for the crew to come inside of the elevated structure to perform maintenance underneath?

A.  Yes.

Q.  Okay.  Was that hatch on the top, on the side, or some other part?

A.  In that particular case, it was in the side. Just like this one, this one has it on the side as well.

Q.  Okay.  But that steel one did not have a hatch on the top?



A. No.

Q. Okay. And which ship was that again? If you said it, sorry, I missed it.

A. You could find it on this ship as well.

Q. Oh, so --

A. In the aft pool, Deck 9.

Q. Okay. And was that across all ships or what -- which -- what ships was this added to, if you can remember?

A. Okay. So on the Conquest class, there is a Jacuzzi --

Q. Right.

A. -- existing Jacuzzi on the aft pool, Deck 9. And in that particular case, all we did was replace like for like. We didn't build the structure, we just took the old Jacuzzi and put it in a new Jacuzzi.

Q. So just a replacement, basically?

A. Yes.

Q. But this one on the Conquest, the one that's involved in Ms. Wampole's incident, this one was custom built. I mean, it -- it was like, not replacing something previous, it was added to the ship; is that correct?

A. That is correct.

Q. Okay. Did you oversee the construction,



placement, whatever we want to call it, of any other type of Jacuzzi structure on any other ship?  Not a replacement, but, like, a brand new structure like this one in -- in Wampole's incident?

A.  That, I do not.  I have not.

Q.  Okay.  And just to be clear, when I say like this one in Wampole's incident, I don't mean, like, it has to be, like, the same structure, I just mean that it was added.  You don't recall?

A.  No.  I have not, that I recall.

Q.  Okay.  Now, I mean, do -- do you -- and I know you -- you may not have personal knowledge, but do you -- did you hear from anybody that there could have been any type of Jacuzzi structure that was added later on, or you -- or you just don't know?

A.  I -- I don't know off the top of my head.  I believe this was the last in the let's say Conquest class fleet.  The sister ships already had this structure.

Q.  Okay.  That -- that was going to be my next question, is -- is this structure on the sister ships and -- and it is, correct?

A.  On the Conquest class, correct.

Q.  But is it the same Ipe hardwood type material on those other ships?



A.   That, I don't know.  I started in 2017 with Carnival.  This was my first -- let's say -- this was the first project.  All the other ships had it already.

Q.   Okay.  Well, did it have a hatch on the top like this one in Wampole's incident?

A.   I can't tell you.  I don't know.

MR. HAYASHI:  Do you -- can we go off the record for a second?

MR. JARNAGIN:  Yes.

THE VIDEOGRAPHER:  We are off the record.  The time is 10:10.

(A recess was taken.)

THE VIDEOGRAPHER:  We are on the record.  The time is 10:12.

MR. HAYASHI:  Okay.  So just to streamline this, I've been informed that there's a better chance, you know -- I -- I don't know that -- I don't think any guarantees have been made, but there's a better chance the next witness, Mr. Yordan, might be knowledgeable about whether there was support beams like the one in Ms. Wampole's incident on any structure on the -- on the Conquest class or perhaps otherwise, but I'll move on because it's been represented to me that this witness doesn't know.  And I will -- by the witness himself, of course.  So I will move on.  And -- all



right.  Thank you.

BY MR. HAYASHI:

Q.  So let's -- now, when crew members access this maintenance hatch, what are they supposed to be looking for?

MR. JARNAGIN:  So that will be a better question for Yordan because he's the guy on the ship that would be accessing it.

MR. HAYASHI:  Okay.

MR. JARNAGIN:  So Mr. Sanchez's involvement, just so you know, he was the one that supervised basically the installation of the structure back in 2017 when the Conquest was in dry dock.

MR. HAYASHI:  Okay.  All right.  Let me see. Mine -- mine might be quicker with -- with Mr. Sanchez then.

BY MR. HAYASHI:

Q.  Do you know a man by the name of Brett Vitols? I'm sure you do.

A.  Yes.

Q.  Right.  What's his relationship -- what's his work relationship with you?

A.  We work for the same department, but I'm in the sub department, let's say.  He works for new builds.  He works building the ships -- the new ships



delivered from the shipyard.

And I work on let's say, older ships that go to dry dock and get refurbished.  So we work together, but, you know, there's not much interaction between us.

Q.  Okay.

A.  I mean, I know him.

Q.  Right.  But I mean -- so you're in a sub department.  So my apologies if this is not the -- the kind of structure it is, but just kind of curious, is he like -- is he like, you know, a superior, is he, like, a subordinate, or is he just, like, a -- a colleague of equal rank approximately?

A.  A colleague.  I mean, he's a director, I believe, or -- yeah.  So -- yeah.  I mean -- but we -- let's say we work in different departments, you know. I mean --

Q.  Okay.  Fair enough.

A.  -- if I need anything from him as -- as far as new builds, drawings, specifications, I may go to him or someone that works in his department.  But, like, our department does refurbishments.

So the ships have been delivered.  Years after first ship goes into dry dock five years after it's been delivered more or less, and then every two to two-and-a-half years later.



So what we're doing is basically either remodeling or refurbishing, however you want to put it. So -- and he's working on new ships.

Q.  Okay.  Just to move on.  So as far as you're aware -- I mean, you said -- you said this -- this Jacuzzi structure on -- on the Conquest, it has two -- two hatches, one on the side and one on the top or did I misunderstand?

A.  I have the drawings here.  It looks like it has three hatches, actually, maybe even four --

Q.  Okay.

A.  -- access hatches from the drawings, and from recollection.  So there's one in the front when you first walk up a vertical, and then there's one at the steps, and then there's two on the platform, based on the drawing.

Q.  And all of those serve the same purpose, which is maintenance?

A.  Yes.

Q.  Was there --

A.  Access equipment around the perimeter, right? So there's equipment underneath the Jacuzzi.

Q.  Right.

A.  Compensation tank, et cetera.  So...

Q.  Why did this structure need to have four



hatches?

A.  It was part of the design.  So in the future, after we leave, like, currently, the facilities manager, whoever has to let's say replace something, take something out, there's a leak, he needs to have access.

Q.  And --

A.  For maintenance, basically.

MR. HAYASHI:  Okay.  And when -- and when you were looking at the drawings -- I'm going to mark this as Plaintiff's Exhibit 1.

(Plaintiff's Exhibit 1 was marked for identification.)

BY MR. HAYASHI:

Q.  Is -- are these the drawings you were looking at?

A.  Yes.

Q.  Okay.  So could you tell us the four hatches, like -- like -- well, actually, I think they say hatch on them, right?

A.  Yeah.

Q.  Hatch, hatch.  And --

A.  That step is a hatch.  I believe it's removable.

Q.  Okay.



A.  And then --

Q.  And --

A.  -- there's one in the elevation view AA.

Q.  Here?

A.  If you'd pan up -- yes, exactly.  So that one removes stainless seal locks, hatch, et cetera, that vertical one in the center.  Go towards your right. That one.

Q.  That one.  Okay.  And the one that Ms. Wampole fell in, is that this one directly to the side or is that one to the bottom right?

A.  From the picture, I believe it's that one that you're pointing at currently.

Q.  Okay.  So -- so the one all the way on the bottom slightly to the right?

A.  Yes.

Q.  Okay.  Now, is -- does this one on the -- directly to the right laterally, like, is that also a -- is that also a top surface level hatch like -- like the one on the bottom, you know -- on the bottom part, or -- or is that just a perspective issue and it's really on the side?  I'm just trying to get a --

A.  No.  It appears to be.  From the drawing, it is -- yeah, a similar hatch.

Q.  So it's another top hatch, basically?



A.   Yeah.

Q.   Okay.  Right.  I -- I just have to ask in abundance of caution, but you -- you have no knowledge of -- of this support beam that was installed after Ms. Wampole's incident, correct?

A.   Correct.

Q.   Including whether or not there's any type of support beam -- well, actually, do you know if there's any support beam that pre-existed on either -- on either of these hatches?  I guess I'm -- I guess I'm just trying to know if -- if there might have been a support beam hatch on this directly lateral right one that pre-existed, but not on the bottom one for some reason.  Do you know?

A.   No.

Q.   Okay.  I'll -- I'll ask the other witnesses. And you -- you have no knowledge of, like, the kind of day to day or the going on the ship type of -- type of issues.  You're all basically corporate -- corporate level, correct?

A.   Yes.

Q.   Okay.  I'm going to -- I guess I'll mark this as -- well, there was three photographs that were produced to me before the deposition today.  You don't have any knowledge of the photographs that were taken



of this Jacuzzi; is that correct?

A.  Can you (audio interruption) --

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  -- or --

MR. HAYASHI:  Sure.  I'll -- well, let me just -- maybe I'll show one and I assume if you know about one, you'll know about all.  I guess, marking this as Plaintiff's Exhibit 2.

(Plaintiff's Exhibit 2 was marked for identification.)

BY MR. HAYASHI:

Q.  It's a photograph that was previously seen before the deposition.  Is this something that you would have knowledge about, or is that -- you do have knowledge?

A.  Yes.

Q.  Okay.

A.  It was during the delivery of the project or shortly after.

Q.  Okay.  So shortly after the project was completed?

A.  Correct.

Q.  Okay.  Looks -- looks like it must have been raining or something?  Looks wet or -- okay.

A.  That looks like -- well, looks like Freeport



[phonetic], where we did the dry dock.

Q.  Okay.  Can we see either of the hatches from here or no?

A.  Well, you -- you see one of the hatches, the vertical one that we -- we showed.  So let's say adjacent to the shower, the -- next to the steps into that platform, that vertical panel, move to the left a bit, your -- your mouse.  Yeah.  Little more.  No, no, no.  No.  Up.

Q.  Oh, the -- oh, the [inaudible 00:21:40] .

A.  Yeah.  That's the vertical hatch, yes. Correct.  You can see.  You can see the locks on the top, I mean, and ventilation because the equipment needs to breathe, so...

Q.  Basically -- basically the side of the Jacuzzi itself, facing -- facing this camera.

A.  Uh-huh.  Correct.

Q.  And crew members can access the bottom of this structure just like -- just like the -- the top side hatches through this vertical hatch?

A.  Huh-uh.  No.  Well -- okay.  The reason for the hatch is because you cannot access in this hatch the back side -- or the forward side of the Jacuzzi. So you can't crawl in between here because it's a very tight area.



Q.  Okay.

A.  And if you need to replace equipment, you need another hatch.

Q.  You know why there's two vertical hatches?  I mean, you know -- not vertical, sorry.  Two top side hatches, the ones that are -- that you step on -- that you can step on?

A.  No.  I mean, I would imagine there's equipment that needs to be replaced or pipes that need to be accessed, I mean, out of recollection, but I don't typically do this myself, so...

Q.  Okay.  And let me -- I guess I'll show another photograph that was produced.  Okay.  And this is another photograph from the project completion.

A.  (No verbal response.)

Q.  That's a yes?  Sorry.  For the court --

A.  Yes.

Q.  -- reporter.

A.  Yes.

Q.  Okay.  Thank you.  Okay.  Do you remember, like, approximately the time this was taken?  It doesn't need to be the exact date and year, but just, I mean, you know, approximately.

A.  I have -- it was right around this time that -- the dry dock ended around October of 2017.  So



ALEXIS SANCHEZ                                    September 22, 2025
WAMPOLE vs CARNIVAL CO.                                          21

going on nine years, I would say.  Although --

Q.  Okay.  All right.  And -- and you don't -- and I assume the first photograph taken the same time; is that correct?

A.  (No verbal response.)

Q.  Would you -- would you happen to know who took -- well, let me ask -- let me pull up the fourth photograph -- I mean, the third photograph real quick.

MR. JARNAGIN:  And, Mr. Sanchez, just make sure you answer out loud, yes or no, when he asks you a question so the court reporter can jot it down.

THE WITNESS:  Okay.

MR. HAYASHI:  All right.  So previous photo was Exhibit 3.  I'll mark this one as Plaintiff's Exhibit 4.

(Plaintiff's Exhibit 4 was marked for identification.)

BY MR. HAYASHI:

Q.  And this is another photo from project -- project completion, correct?

A.  Yes.

Q.  Okay.  All -- all of these pictures taken the same time, and -- I mean, they're all taken at the same time, correct?  Yes?

A.  Yes.



Q.   Okay.  And you don't know who -- who would have taken them, do you?

A.   No.

Q.   Okay.  And I see there's a whirl pool rules here.  And these -- these were installed with the -- with the Jacuzzi, correct?

A.   Yes.

Q.   Okay.

A.   To be honest, it could have been shortly after.  I -- I don't remember exactly.  But typically within -- yeah, the new construction.

Q.   Okay.  But either way, Carnival wanted the -- these rules to be here on the Jacuzzi, correct?

A.   Correct.

Q.   Okay.  And there's no reason these would have been removed, so these presumably would have been in place at the time of Ms. Wampole's incident?

MR. JARNAGIN:  Objection.  Form.

You can answer if you know.

THE WITNESS:  I don't know, sorry.  That's operational.

MR. HAYASHI:  That would be the next witness.  Well, no, but -- all right.  Thanks.  I'm going to show you -- I know we mentioned it, but the purchase order, which I'm going to mark as Plaintiff's Exhibit 5.

(Plaintiff's Exhibit 5 was marked for identification.)

BY MR. HAYASHI:

Q.  Oh, wait a minute.  I'm sorry.  These are the -- well, I guess I'll ask about this.  I meant to -- I meant to ask about the purchase order, but I'll represent to you that these are terms and conditions that I pulled from Carnival's website in regards to buying and selling like -- like, you know, these products, like, for delivery to Carnival.  Are you familiar with these?

A.  No.

Q.  Do you -- do you have any idea what these are and -- yeah.  How the --

A.  It looks like some general provisions, but I'm not familiar with these exact.  Are stated on the -- on the purchase order.  So I'm not sure -- I -- I don't know where --

Q.  Okay.

A.  -- you got this from.

Q.  Okay.  That's fine.  Do you ever have to work with any types of terms and conditions in your, you know -- in -- in your work?

A.  Yeah.  I mean, we -- like I said, if you look at the purchase order, that has everything that we work



with, terms and conditions, et cetera.  That might be something at a higher level.  I don't know.

MR. HAYASHI:  Okay.  Let's see.  All right. I'm going to mark -- now I'm going to mark the purchase -- the past one was purchase order -- Exhibit 5 was purchase order terms and conditions.  So I'm going to mark the purchase order as Plaintiff's Exhibit 6.

(Plaintiff's Exhibit 6 was marked for identification.)

BY MR. HAYASHI:

Q.  And you see this document, and this is the purchase order for the Jacuzzi, correct?  On the -- on the Conquest.

A.  Yep.  It appears, yes.

Q.  Okay.  Let me ask: Do you see this -- so on Page 5, Bates stamped 127, do you see there's some reference to -- and I'll -- and I'll -- I'll read from it, "Steel bulkheads to be repaired throughout Deck 12 and Deck 14.  Sand prep and primer at rusted areas as needed.  White paint and blue skirting to match as per CCL specifications." You see that, correct?

A.  Correct.

Q.  So what -- do you know what specifically this is referring to?



A.  So based on the next line, it appears to be on Deck 12 where we did the bar section.  So you see the -- the next line down.  It says, "Supply and install new Ipe hardwood planking at bar, with base skirting including framing of pantry bar, et cetera." So whenever we are, let's say, removing something from the steel bulkhead and replacing, then there's some sanding, prepping of the steel, welding, and then painting again.

Q.  Okay.  And what deck is the Jacuzzi on again?

A.  14.

Q.  Okay.

A.  There are pergolas also on Deck 14 if you look at the picture, and those require a vertical steel bulkhead, sand, weld the brackets, prime, paint again. The blue refers to the gutter channels around the perimeter by the shower.

Q.  All right.  Let me show Plaintiff's Exhibit 2 again.  Steel bulkheads, which --

A.  So you don't see it quite here, but that pergola is attached to a vertical steel bulkhead.

Q.  You mean this, like, hammock thing?

A.  No.  The actual pergola, the -- the trellis structure.  This wood structure looks like a little house.  Yeah, that with the columns, that goes back --



Q.  Oh, yeah, yeah, yeah.  That's like --

A.  -- that goes back to the -- the steel bulkhead of the ship.

Q.  Okay.  So the bulkhead is like the side of the ship, basically?

A.  Yeah.  Correct.  This -- yes.  That's what we --

Q.  Okay.  So the steel bulkheads would be --

A.  You can see the white behind the hammock --

Q.  Yeah.

A.  -- the little piece of it, it kind of goes vertically and then it goes straight across.  And then the gutter -- the blue is over on by the railing side. You can see the blue there next to the shower or on the perimeter.  No.  A little bit more.  Like, over here by the railing -- under the railing.

Q.  Under the --

A.  That's -- yes.

Q.  That's the bulkhead?

A.  That's the gutter channel, that --

Q.  Oh, the gutter, yeah.

A.  -- (audio interruption) blue.  The blue refers to that, the white refers to the bulkhead.

Q.  Okay.  So -- and the white you're referring to, is this far left part of the photograph --



A.   Yeah.

Q.   -- with the -- the one with a white angled structure all the way on the left -- left middle of the photograph, correct?

A.   Correct.

Q.   So from this -- from this purchase order, it's correct to say that Carnival had issues with -- with this, you know, bulkhead having rust, correct?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  So I don't know.  It's -- it's more preventative.  We're not repairing.  We're -- let's just say -- we're building something, so we have preempted work to do.

So first, we have to sand the paint off, then we weld the brackets, prime, and paint again, to protect the steel.  It's not that it's rusted, it's that that's the process to make sure the project is correct and it holds up to the elements down the road, et cetera.

BY MR. HAYASHI:

Q.   Okay.  Well -- well, rust is something Carnival -- Carnival knew could have been present, which is why it -- it said sand, prep, and primer at rusted areas as needed.  It, you know -- it -- it knew -- it knew rust might be present, but you're just



not sure if it actually was.

A. Correct.

MR. JARNAGIN: Objection. Form.

BY MR. HAYASHI:

Q. Okay. I mean, this -- since this goes back to 2017, I mean, nobody would really know exactly what the condition of the bulkheads were at the time. Is that fair to say?

A. The bulkheads typically are in decent shape. I mean, it -- but it's -- yes. I -- I don't know, to be honest.

Q. Right. And -- and nobody --

A. Like --

Q. -- would --

A. -- we --

Q. -- would know, right?

A. -- we maintain the bulkheads, although you would see visibly -- visibly, you'd see rust all over them, and that's not good for the ship or guest or, you know -- it's not safe.

Q. Right. But as to the exact condition they were in, nobody would -- nobody would really know at this point because it's 2017, like, at the exact time -- yeah, correct?

A. Yes.



ALEXIS SANCHEZ
WAMPOLE vs CARNIVAL CO.

September 22, 2025
29

Q.  Okay.  Okay.  Now, this -- in this purchase order, this is not just for the Jacuzzi, there's, like, a lot of modifications that are being ordered in this purchase order, correct?

A.  Correct.

Q.  Okay.  Now, I'm just curious, where does it discuss adding the Jacuzzi specifically?  Scroll -- scroll up?

A.  Scroll -- yeah.  Scroll up.  Scroll down.  This is removal.

Q.  Oh.  You want me to --

A.  Keep --

Q.  -- keep scrolling up?

A.  -- on scrolling.  Yeah.

Q.  You want me to keep scrolling up?  Okay.  Yeah.

A.  So new construction.  So somewhere around here.  Let's see.  Maybe scroll one back up.

Q.  Yeah.

A.  Maybe it's better if I look at it.  Give me one second.

Q.  I guess since we're -- since -- since we happen to be on it, this part on Page 6 that I'm highlighting here, supply and install new pergola Module 6 to deck -- on Deck 14 t/s.  Yeah --



A.  That is --

Q.  Yeah --

A.  That is the -- the pergola we were referring to, yes.

Q.  Yeah.  And -- and what's that for us lay people?

A.  A pergola is like a trellis or kind of like a structure, three columns, say, with a vertical semi-open roof, that's like a trellis.

Q.  Not -- not that -- I'm going to call it like a gazebo type thing, not -- not that, you know, gazebo type thing we looked at in the photo, or -- or you could describe it as that.

A.  Yes, it's a pergola.

Q.  Okay.  All right.  Learned a new term today. Okay.  So basically, this is -- this is about the installation of that -- yeah, pergola, which -- which, you know, I -- I referred to as a gazebo-type structure.  We know what I'm -- what we're referring to, right?

A.  Uh-huh.

Q.  Okay.

A.  Yes.

Q.  Okay.  I see.  It makes sense now.  All right. Oh, I think I see the Jacuzzi now.  It's on the bottom



of Page 5.  Or is this is a Jacuzzi platform?

A.  That's correct.  That is supply and install a new platform for Jacuzzi, steps, railings, aluminum, channels, platform, that is -- that's the line.

Q.  Okay.  So -- yeah, I see.  All right.  Oh, actually, I'm going back to Plaintiff's Exhibit 1, these design drawings.  How are these created?

A.  So these are called construction drawings, as-builts.  So these are drawings that the contractor provides.

Q.  Okay.  And when you say a contractor, you mean like the -- the --

A.  Tutto Tondo.  Tutto Tondo -- no.

Q.  Oh, okay.

A.  Well, the architect of the contractor, let's say, in -- in this case.

Q.  So Tutto Tondo or -- or whatever -- whatever architect they worked with, generated these drawings, gave them to Carnival, correct?

A.  Correct.

Q.  Okay.  And then -- and then when Carnival got these drawings, they -- they looked at them and approved them, correct?

A.  The -- I suppose.  Yes.  I wasn't involved at that level then.



Q.  Okay.  Well, that's fine.  Do you -- do you know who -- who would have been -- that -- that wouldn't be Brett, right?  He's the -- more like ship -- like, you know -- from scratch, kind of.

A.  I don't know who reviewed these off the top of my head, but there's an architect internally that typically does that now.

Q.  Okay.  Well, I mean, presumably Carnival had somebody responsible for reviewing and approving these drawings, even if the architect Carnival works with now might have been different, correct?

A.  Typically, yes.

Q.  Okay.  And there's -- there was no other type of design-related material, like -- I'll -- like for example -- I don't know if you're familiar with this or not, but there's a document called a furnishing inspection report that's typically generated with, you know, the -- the ships construction, kind of like a checklist.

Do you know if there's any type of, like, you know, checklist or -- or anything for, you know, inspecting the stuff that's in the purchase order, like, you know, oh, so this -- this was -- this is what we expected.  This is, like, you know -- maybe this needs more work.  Is there anything like that?



MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  There is now.  I don't recall back then.  But yes, we have an inspection process, typically.

BY MR. HAYASHI:

Q.  Okay.  You're not -- and you're not aware if anything like that exists for this -- for this Jacuzzi, are you?

A.  That was nine years ago.  I don't recall.

MR. HAYASHI:  Okay.  All right.  Well, I'll -- I'll move -- I'll move on, Mr. Jarnagin.  I just would like, I guess, it to be clear that regardless, Carnival doesn't have possession of those now, correct?  If they -- if they ever existed, some kind of furnishing inspection type report, Carnival doesn't have it now, correct?

MR. JARNAGIN:  That's correct.  Mr. Sanchez did undertake an investigation to pull anything related to the design and installation of this teak deck during the dry dock on the Conquest back in 2017, and everything that Mr. Sanchez found, we've given you.

MR. HAYASHI:  Okay.  All right.  Perfect. Thank you.

BY MR. HAYASHI:

Q.  I'm not sure if I asked this one before, but



an abundance of caution, there wasn't any warranty claims that were made on this Jacuzzi structure, was there?

A. No.

Q. No warranty claims, correct?

A. No.

MR. HAYASHI:  Okay.  Are you getting the witness' answers, Madam Court Reporter?  Sometimes he's a little soft in -- in his answers, but I heard -- I heard he said no.

THE REPORTER:  Yes.  Everything verbal, I am getting.  Yeah.

MR. HAYASHI:  Okay.  Perfect.

BY MR. HAYASHI:

Q.  Sorry, Mr. Sanchez, just wanted to make sure.

MR. HAYASHI:  So sometimes -- sometimes when we get these transcripts, it says, like, inaudible. And if -- if you ever can't hear something, please let us know, I -- it's very frustrating to see that.  And I'm not -- not saying you ever did that, just, you know -- just putting that out there.

BY MR. HAYASHI:

Q.  This Ipe material, do you know if it has any type of special resistance to rot or if it's -- if it's the same as, you know, any type of, you know, wood



structure?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  Like I said, I'm not an expert, but we do use Ipe because it is a hardwood that is very strong.

BY MR. HAYASHI:

Q.  Right.  But I'm -- do you know if Carnival treats -- treats this, you know, structure with any type of rot-resistant material?

A.  I do not know.

Q.  Okay.  But you would agree that regardless of how durable this Ipe structure is, any type of wood structure needs to have routine maintenance or things like rot, you know, could potentially become an issue, correct?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  I suppose.  I don't know.

BY MR. HAYASHI:

Q.  Okay.  That'd be more, I guess -- yeah. You're -- you're not very -- you're not, like, knowledgeable about maintenance, correct?

A.  I -- we don't do maintenance, we do installations.

MR. JARNAGIN:  Yeah.  Mr. Sanchez is just the installation of the teak deck.  Yordan will be the one



that is the facility's maintenance manager that can speak to being on the ship and any maintenance of the teak deck.

MR. HAYASHI:  Okay.

BY MR. HAYASHI:

Q.  Those bulkheads that we were discussing, do those -- do those, like, run underneath the structure, like, so part of the bulkhead is underneath that -- that Jacuzzi structure?  Like -- like, does the Jacuzzi structure basically, like -- it's -- it's sitting right besides, I guess, the bulkhead.  Is -- is that, like, the correct way to describe it?

A.  It's across.  That's nothing to do with the vertical steel bulkhead.

Q.  Right.  It's touching in support.

A.  The bulkhead is vertical --

Q.  Right.

A.  -- and the deck is horizontal, right?  So it's sitting on the deck -- the steel deck.

Q.  I'll just go back to the picture real -- real quick, Plaintiff's Exhibit 2 here.  But at least -- oh, I see.  I -- I see.  So, like, it's -- it's separated by this concrete part here, but it's -- yeah.

A.  It's not --

Q.  But it's -- it's right across, but it's



separated by this concrete structure, correct?

A.  It's -- it's not concrete, it's the ship steel.

Q.  Steel, sorry.

A.  It's all steel.

Q.  Okay.  Right.  But the -- the steel structure. It's separated by that, but that's what --

A.  Yes, correct.

Q.  Got it.

A.  There's a walkway there, you could get across. So in between the bulkhead comes down, then there's a walkway, and then there's this vertical steel, and then there's windscreens, which is the glass piece that you see on the perimeter.

Q.  Got it.  So how is it that Carnival goes about purchasing a -- like, a Jacuzzi structure like this? Did they have somebody from Tutto Tondo come onto the ship and -- and look at what it looks like?  I -- I would assume they have to, because otherwise, how would they know how to sit it onto the ship, right?

A.  Correct.

Q.  Okay.  Does -- does Carnival have any type of input into, you know, how this -- how this Jacuzzi structure looks, or, you know, like -- like, basically, does -- does Carnival have any suggestions or anything



during this build process, or does it just basically tell Tutto Tondo, just come up with whatever you want to come up with and -- and we'll -- I guess, we'll review it after that?

A.  So the designers or architects have a -- what we call design development drawing or design intent. It's basically a sketch per se and like an -- a drawing that shows a Jacuzzi, an area, steps, you know, something like that.

And then once we send that over with a contract, let's say, then the -- the company, or Tutto Tondo in this case, will develop a technical drawing or a detailed drawing.  And that's what we see here.  So we have a -- like a -- a design intent drawing or preliminary design.

Q.  That design --

A.  And then they develop it.

Q.  Okay.  But that design intent drawing, that doesn't exist anymore because that basically gets converted into that architect drawing that we looked at?

A.  Correct.

Q.  Okay.  Got it.  So then the very first design intent drawing, that is generated by Carnival internally and -- and sent to Tutto Tondo; is that



correct?

A.   Yes.

Q.   Okay.  Do you know if those design intent drawings had the vertical -- I mean, sorry, not vertical.  The top -- the top hatches, the ones that passengers would step on?

A.   I don't.

Q.   Okay.  Is that just kind of lost to time at this point, 2017 and all?

A.   I think so.  Yeah.  Obviously.

Q.   Unless I guess Tutto Tondo might know, but they're the only ones who would know if anybody.  Would that be fair to say?  Well, but I guess even they might not know, correct?

A.   Right.  No.

Q.   Okay.  Did you ever communicate with anybody from Tutto Tondo about the installation of this Jacuzzi?

A.   I recall having one meeting or two, possibly, in regards to the piping and running the pipes under kind of like the area, that -- the deck below is Camp Ocean.  So there's some coordination regarding that.

There's -- I recall running the power from the Substation 0 all the way up to this Deck 14.  That's what I recall.



Q.  Okay.  But -- but nothing about the whole -- I mean, like you said, anybody who would have been involved in approving the final drawings, that wouldn't have been you, correct?

A.  At the time, no. I just started -- let's say I was handed over the project.

Q.  I see.

A.  I started in 2017, so...

MR. HAYASHI:  I'm going to mark -- I'll mark this document as Plaintiff's Exhibit 7.

(Plaintiff's Exhibit 7 was marked for identification.)

BY MR. HAYASHI:

Q.  All right.  I'm going to show you this document.  I'm going to mark as Plaintiff's Exhibit 7. And I'm basically just going to be using this for the photographs inside, but this is Page 13.  That's Dr. De Caso's report, for the record.  But see there's -- there's a -- well, I guess there's three photographs, two on the top and one on the bottom, correct?

MR. JARNAGIN:  And just to heed this off, if you're getting into the support beams and the structure after Ms. Wampole's incident, Mr. Sanchez isn't going to know anything about that.

MR. HAYASHI:  Okay.  Thanks.



BY MR. HAYASHI:

Q.  I assumed -- I guess then for you, Mr. Sanchez, what I'm more curious about is -- I mean, this is not -- so I guess starting with the bottom photograph.  Like, there's an additional support beam here, correct?  Like -- I mean, not sure if you know what it looked like, you know, when -- when the ship first took possession of this, do you?

A.  No.

Q.  Okay.  My -- my question was more like what it looked like initially.  But -- so you never went on the -- on the ship and, like, actually looked at, you know -- certainly not the internal parts of this, right?

A.  I saw it being built.  But I don't remember if it had one or two or three beams at the time.

Q.  Okay.  Because it's so long ago, right?

A.  Yeah.

Q.  Okay.  All right then.  Just -- I might be almost done.  Just checking.  And I'm -- I'm not sure if this is a question for you, but I'll ask just in case.  Do you know if there's been any, you know, repairs, reinforcements, refurbishments, anything like that, to this Jacuzzi structure since it was initially installed?



Not necessarily a whole re-doing like those other Jacuzzis we discussed.  I mean, it could be.  If it is, let me know, but -- but, like, any -- any type of modification that you're aware of.  And -- yeah.  I guess we'll just -- I guess we'll just ask that, yeah.

A.  Not that I'm aware of.  I -- I don't know.  Like --

Q.  But if there was any type of structural change done to the Jacuzzi, it would have to have gone through you, correct?

A.  Not -- not once I left -- we left the ship after the dry dock.  That has nothing to do with us any longer.

Q.  You were in a different position at the time, I see; is that correct?

A.  How it works is we install the project, we get a commission signed off, and then that ship goes into operations, and that's basically it.  Then unless there's a warranty claim or something that happens in that year, typically, we don't deal with it any longer.

Q.  I see.  Your knowledge would be mostly, like, kind of dry dock related type changes, dealing with, like, the ship yard, basically?

A.  Correct.

Q.  I see.  Okay.  Well, nothing -- nothing that



would have had to deal with the ship yard, you're aware of, since the -- since it was installed.  No kind of change that would have involved the shipyard, correct?

A.  Correct.

Q.  Okay.

THE REPORTER:  I didn't hear that, Mr. Sanchez.  Would you repeat that?

THE WITNESS:  Correct.  Sorry.  Yes.  Nothing to do with the shipyard.  Only during -- during the construction, we coordinate with logistics to get the Jacuzzi lifted with the materials put in place, the contractor brings it in place, does the installation, and then we, you know, inspect, commission, test, et cetera.

And then the dry dock's over, we leave the ship.  And if there's an issue or warranty claim within that year, we typically hear about it, but if not, then that's all.  That's all we do.  Until the next dry dock if we happen to be on that ship.

BY MR. HAYASHI:

Q.  Do you know if -- if Carnival has -- has any type of safeguards -- and this might be -- this might -- this might be something the other witness might be more knowledgeable about, but do you know if Carnival has any type of safeguards that help prevent



the collapse of these -- or, like, the -- I guess you could call it the collapse.  The collapse of these top hatch type structures?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  I -- I've never heard of this happening, so I -- I don't know.

BY MR. HAYASHI:

Q.  Okay.  And do you know if there's any type of building codes or industry standards that you're aware of that would have applied to this Jacuzzi structure?

A.  No.

MR. HAYASHI:  I think my other questions are maintenance related.  So -- I think that's all I have. Thank you so much, Mr. Sanchez for -- pleasure meeting you and I'm not sure if Walter has any questions but -- yeah.

MR. JARNAGIN:  Yeah.  I just have, like, one or two clarifying questions.

CROSS-EXAMINATION

BY MR. JARNAGIN:

Q.  Mr. Sanchez, earlier, when Mr. Hayashi pulled up the purchase order that was marked Exhibit 6, you were asked a few questions about sand, prep, and primer at rusted areas as needed, referring to the bulkhead of the ship.  Do you remember that?

A.  Correct, yes.

Q.  The steel bulkhead is the actual steel structure of the ship; is that right?

A.  Yes.

Q.  Okay.

A.  The vertical structure.

Q.  Okay.  Does that have anything to do with the wooden structure that was built surrounding the Jacuzzi that's at issue in this case?

A.  No.

MR. JARNAGIN:  Okay.  That's all the questions I had.  Thank you for your time today.

THE WITNESS:  Thank you.

MR. HAYASHI:  Just -- just one or two follow-up questions.

REDIRECT EXAMINATION

BY MR. HAYASHI:

Q.  Right.  But those bulkheads, regardless of whether they themselves had anything to do with the -- the collapse involved in Ms. Wampole's incident, they would have been subject to whatever environmental conditions, you know, wind, rain, sea salt, like whatever environmental conditions might have been out there, it would have been subject to the same ones that the Jacuzzi structure was, correct?



800.211.DEPO (3376)
EsquireSolutions.com

A.   I suppose, yeah.  It's in the same ship, so -- it's a different -- one is vertical and has paint.  The other one's horizontal, which is the deck, and it has paint, primer, and resin for protection of the deck --

Q.   Okay.

A.   -- underneath the Jacuzzi.

Q.   And you don't have any knowledge of the work orders.  Those would be maintenance related, and you have no knowledge of that, correct?

A.   Correct.

MR. HAYASHI:  Okay.  Then I think that's all I have.  Thank you very much.

THE WITNESS:  Thank you.

MR. JARNAGIN:  Thank you.

THE VIDEOGRAPHER:  And, Counsels, I just need to ask a couple questions, but while we're still on the record, I need to collect the transcript and video orders.

Mr. Jarnagin, what do you need for your transcript and video?

MR. JARNAGIN:  We'll take a copy of the transcript if it's ordered, and we will hold off on the video for right now.

THE VIDEOGRAPHER:  Thank you.

And Mr. Hayashi?



MR. HAYASHI:  Let me think.  Yeah.  We'll take a copy.  I mean, we'll take a -- we'll take the depo.

THE VIDEOGRAPHER:  Regarding the transcript, do you want a copy of the transcript?  Regarding video, do you need it synced or just the standard --

MR. HAYASHI:  No -- no.  We don't need the video at this time.

THE VIDEOGRAPHER:  No video.  Thank you.  Just transcripts.  Okay.  Thank you for your clarification.

This concludes the videoconference deposition of Alexis Sanchez.  We are going off the record at 11:04.

(The deposition concluded at 11:04 a.m.)



CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

    I, the undersigned authority, certify that ALEXIS SANCHEZ personally appeared before me and was duly sworn on Monday, September 22nd, 2025.

    WITNESS my hand and official seal this 1st day of October, 2025.

*Nicholas Egbert*

_____
Nicholas Egbert
Notary Commission Florida/HH 637035
Commission Expires: February 5, 2029

Type of Identification Produced: Driver's License



CERTIFICATE OF DIGITAL REPORTER


        I, Nicholas Egbert, a Digital Reporter and
Notary Public within and for the State of Florida,
do hereby certify:


        That ALEXIS SANCHEZ, the witness whose
examination is hereinbefore set forth, was first duly
sworn by me and that said testimony was accurately
captured with annotations by me during the proceeding.


        I further certify that I am not related to any
of the parties to this action by blood or marriage and
that I am in no way interested in the outcome of this
matter.


        IN WITNESS THEREOF, I have hereunto set my hand
this 1st day of October, 2025.


_____
Nicholas Egbert
Notary Commission Florida/HH 637035
Commission Expires: February 5, 2029



CERTIFICATE OF TRANSCRIPTIONIST

I, Hayley Popiel, Legal Transcriptionist, do hereby certify:

That the foregoing is a complete and true transcription of the original digital audio recording of the testimony and proceedings captured in the above-entitled matter.  As the transcriptionist, I have reviewed and transcribed the entirety of the original digital audio recording of the proceeding to ensure a verbatim record to the best of my ability.

I further certify that I am neither attorney for nor a relative or employee of any of the parties to the action; further, that I am not a relative or employee of any attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 1st day of October, 2025.

*Popiel Hayley*

_____
Hayley Popiel



DEPOSITION ERRATA SHEET

Assignment No. J13503732

Case Caption: DARLENE WAMPOLE vs. CARNIVAL CORPORATION

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 2025.

_____

ALEXIS SANCHEZ



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

                ALEXIS  SANCHEZ



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

              ALEXIS  SANCHEZ



**Exhibits**

13503732 al
exis.
sanchez.
PLAINTIFF.
EXHIBIT1
3:10
15:11,12
31:6

13503732 al
exis.
sanchez.
PLAINTIFF.
EXHIBIT2
3:11
18:8,9
25:18
36:21

13503732 al
exis.
sanchez.
PLAINTIFF.
EXHIBIT4
3:12
21:15,16

13503732 al
exis.
sanchez.
PLAINTIFF.
EXHIBIT5
3:13
22:25
23:1
24:5,6

13503732 al
exis.
sanchez.
PLAINTIFF.
EXHIBIT6
3:14
24:7,8,9
44:22

**0**

0
39:24
00:21:40
19:10

**1**

1
15:11,12
31:6
10:01
4:2
10:10
11:11
10:12
11:14
11:04
47:12,13
12
24:19
25:2
127
24:17
13
40:17
14
24:20
25:11,13
29:25
39:24
1:24-cv-
24361-kmm
4:7

**2**

2

18:8,9
25:18
36:21

2017
6:20 11:1
12:13
20:25
28:6,23
33:20
39:9 40:8
2025
4:3
22nd
4:3

**3**

3
21:14

**4**

4
21:15,16

**5**

5
22:25
23:1
24:6,17
31:1

**6**

6
24:8,9
29:23,25
44:22

**7**

7
40:10,11,
15

**9**

9
9:6,13

**A**

a.m.
47:13
AA
16:3
Absent
4:23
abundance
17:3 34:1
access
8:15 12:3
14:12,21
15:6
19:18,22
accessed
20:10
accessing
12:8
actual
25:23
45:2
add
6:12
added
9:8,22
10:9,14
adding

29:7
additional
41:5
adjacent
19:6
administrat
ion
4:24
aft
8:9 9:6,
13
agree
4:24
35:11
agreement
5:2
Alexis
4:4 5:6,
17 47:11
aluminum
31:3
angled
27:2
answers
34:8,9
anymore
38:19
apologies
13:8
appears
16:23
24:15
25:1
applied
44:10
approved
31:23
approving
32:9 40:3



approximately
  13:12
  20:21,23
architect
  31:15,18
  32:6,10
  38:20
architects
  38:5
area
  19:25
  38:8
  39:21
areas
  24:20
  27:24
  44:24
as-builts
  31:9
asks
  21:10
assigned
  6:6
assume
  18:6 21:3
  37:19
assumed
  41:2
assumption
  7:2
attached
  25:21
audio
  18:2
  26:22
aware
  14:5 33:6
  42:4,6
  43:1 44:9

——————

B

——————

back
  12:12
  19:23
  25:25
  26:2 28:5
  29:18
  31:6
  33:3,20
  36:20
bar
  25:2,4,5
base
  25:4
based
  14:15
  25:1
basically
  7:14,19
  9:17
  12:12
  14:1 15:8
  16:25
  17:19
  19:15
  26:5
  30:16
  36:10
  37:24
  38:1,7,19
  40:16
  42:18,23
Bates
  24:17
Beach
  4:19
beam
  17:4,8,9,
  12 41:5
beams
  11:20

40:22
41:16
begins
  4:3
bit
  19:8
  26:15
blue
  24:21
  25:16
  26:13,14,
  22
bottom
  16:11,15,
  20 17:13
  19:18
  30:25
  40:20
  41:4
brackets
  25:15
  27:15
brand
  10:3
Brazilian
  6:22 7:15
breathe
  19:14
Brett
  12:18
  32:3
briefly
  5:15
brings
  43:12
build
  5:21,24
  9:15 38:1
building
  12:25
  27:12

44:9
builds
  12:25
  13:19
built
  9:21
  41:15
  45:8
bulkhead
  25:7,15,
  21 26:2,
  4,19,23
  27:8
  36:8,11,
  14,16
  37:11
  44:24
  45:2
bulkheads
  24:19
  25:19
  26:8
  28:7,9,17
  36:6
  45:18
buying
  23:9

——————

C

——————

call
  10:1
  30:10
  38:6 44:2
called
  6:22 31:8
  32:16
camera
  19:16
Camp
  39:21

Carnival
  4:5,17
  5:20
  6:12,19
  11:2
  22:12
  23:10
  27:7,22
  31:19,21
  32:8,10
  33:12,15
  35:7
  37:15,22,
  25 38:24
  43:21,25
Carnival's
  8:2 23:8
case
  4:7 6:18
  8:21 9:14
  31:16
  38:12
  41:22
  45:9
Caso's
  40:18
caution
  17:3 34:1
CCL
  24:22
center
  16:7
cetera
  14:24
  16:6 24:1
  25:5
  27:19
  43:14
chance
  11:16,18
change
  42:8 43:3



channel
26:20

channels
25:16
31:4

checking
41:20

checklist
32:19,21

claim
42:19
43:16

claims
34:2,5

clarificati
on
47:9

clarifying
7:2 44:18

class
9:10
10:18,23
11:22

clear
10:6
33:12

codes
44:9

collapse
44:1,2
45:20

colleague
13:12,13

collect
46:17

columns
25:25
30:8

commission
42:17

43:13

communicate
39:16

company
38:11

Compensatio
n
14:24

completed
18:21

completion
20:14
21:20

concluded
47:13

concludes
47:10

concrete
36:23
37:1,2

condition
28:7,21

conditions
23:7,22
24:1,6
45:22,23

confirmed
4:20

Conquest
6:19 8:13
9:10,19
10:17,23
11:22
12:13
14:6
24:14
33:20

constitute
5:1

constructio
n
9:25
22:11
29:17
31:8
32:18
43:10

contract
38:11

contractor
31:9,11,
15 43:12

contracts
6:2

converted
38:20

Cooper
4:16

coordinate
43:10

coordinatio
n
6:2 39:22

copy
46:21
47:2,4

corporate
17:19

Corporation
4:5,17

correct
7:20,23
9:23,24
10:22,23
17:5,6,20
18:1,22
19:12,17
21:4,20,
24 22:6,
13,14
24:13,22,

23 26:6
27:4,5,7,
8,18
28:2,24
29:4,5
31:2,19,
20,23
32:11
33:13,16,
17 34:5
35:15,21
36:12
37:1,8,21
38:22
39:1,14
40:4,20
41:6
42:10,15,
24 43:3,
4,8 45:1,
25 46:9,
10

counsel
4:11,18,
23 5:10

Counsels
46:15

couple
46:16

court
4:6,9
20:16
21:11
34:8

crawl
19:24

create
8:9

created
31:7

crew
8:16 12:3
19:18

CROSS-
EXAMINATION
44:19

curious
13:9 29:6
41:3

current
5:19

custom
9:20

———

D

———

D-P-E
7:5

Darlene
4:5,15
6:18

date
20:22

day
17:18

De
40:17

deal
42:20
43:1

dealing
42:22

decent
28:9

deck
6:21 8:4,
5,10 9:6,
13 24:19,
20 25:2,
10,13
29:25
33:19
35:25
36:3,18,



39:21, 46:3,4

**Defendant**
4:17

**delivered**
13:1,22, 24

**delivery**
18:18
23:10

**department**
12:23,24
13:8,20, 21

**departments**
13:15

**depends**
6:5,8,13

**depo**
47:2

**deposition**
4:4,10
17:24
18:13
47:10,13

**describe**
30:13
36:12

**design**
5:25 15:2
31:7
33:19
38:6,14, 15,16,18, 23 39:3

**design- related**
32:14

**designers**
38:5

**detailed**

38:13

**develop**
38:12,17

**development**
5:25 38:6

**difference**
7:11

**DIRECT**
5:12

**directly**
16:10,18
17:12

**director**
13:13

**discuss**
29:7

**discussed**
5:14 42:2

**discussing**
36:6

**District**
4:6

**dock**
12:13
13:3,23
19:1
20:25
33:20
42:12,22
43:18

**dock's**
43:15

**document**
24:12
32:16
40:10,15

**drawing**
14:16
16:23
38:6,7,

12,13,14, 18,20,24

**drawings**
13:19
14:9,12
15:10,15
31:7,8,9, 18,22
32:10
39:4 40:3

**driver's**
4:21

**dry**
12:13
13:3,23
19:1
20:25
33:20
42:12,22
43:15,18

**duly**
5:7

**durability**
7:17

**durable**
6:23 7:16
35:12

_____

**E**

_____

**earlier**
44:21

**Eastern**
4:2

**Egbert**
4:9

**elements**
7:18
27:18

**elevated**
8:12,16

**elevation**
16:3

**enclosure**
8:4

**ended**
20:25

**environment al**
7:22
45:21,23

**equal**
13:12

**equipment**
14:21,22
19:13
20:2,8

**Esquire**
4:10

**exact**
20:22
23:16
28:21,23

**EXAMINATION**
5:12
45:16

**execution**
6:1

**Exhibit**
15:11,12
18:8,9
21:14,15, 16 22:25
23:1
24:5,7,9
25:18
31:6
36:21
40:10,11, 15 44:22

**exist**
38:19

**existed**
33:14

**existing**
9:13

**exists**
33:7

**expected**
32:24

**expert**
7:16 35:3

_____

**F**

_____

**facilities**
15:3

**facility's**
36:1

**facing**
19:16

**fair**
13:17
28:8
39:13

**familiar**
23:11,16
32:15

**fell**
16:10

**filed**
4:5

**final**
40:3

**find**
9:4

**fine**
23:21
32:1

**fleet**
6:4 8:2
10:18



Florida
    4:7,20,21

follow-up
    45:15

forces
    7:22

Form
    18:3
    22:18
    27:9 28:3
    33:1
    35:2,16
    44:4

forward
    19:23

found
    33:21

fourth
    21:7

framing
    25:5

Freeport
    18:25

front
    14:13

frustrating
    34:19

furnishing
    32:16
    33:14

future
    15:2

_____

        G
_____

gave
    31:19

gazebo
    30:11

gazebo-type
    30:18

general
    23:15

generated
    31:18
    32:17
    38:24

Give
    29:20

glass
    37:13

good
    5:14
    28:19

guarantees
    11:18

guess
    17:10,22
    18:7
    20:12
    23:5
    29:22
    33:12
    35:19
    36:11
    38:3
    39:11,13
    40:19
    41:2,4
    42:5 44:1

guest
    28:19

gutter
    25:16
    26:13,20,
    21

guy
    12:7

guys
    6:24

_____

        H
_____

hammock
    25:22
    26:9

hand
    5:5,9

handed
    40:6

happen
    21:6
    29:23
    43:19

happening
    44:6

hardwood
    6:22 7:15
    8:7 10:24
    25:4 35:4

hatch
    8:19,24
    11:4 12:4
    15:19,22,
    23 16:6,
    19,24,25
    17:12
    19:11,20,
    22 20:3
    44:3

hatches
    14:7,10,
    12 15:1,
    18 17:10
    19:2,4,20
    20:4,6
    39:5

Hayashi
    4:14
    5:11,13
    11:7,15
    12:2,9,
    14,17

15:9,14
18:5,11
21:13,18
22:22
23:3
24:3,11
27:20
28:4
33:5,10,
22,24
34:7,13,
14,16,22
35:6,18
36:4,5
40:9,13,
25 41:1
43:20
44:7,12,
21 45:14,
17 46:11,
25 47:1,6

head
    10:16
    32:6

hear
    10:13
    34:18
    43:6,17

heard
    34:9,10
    44:5

Hearing
    5:1

heed
    40:21

higher
    24:2

highlightin
g
    29:24

hold
    46:22

holds
    27:18

honest
    22:9
    28:11

horizontal
    36:18
    46:3

house
    25:25

Huh-uh
    19:21

_____

        I
_____

I-P-E
    6:22 7:6

ice
    7:9

idea
    23:13

identificat
ion
    15:13
    18:10
    21:17
    23:2
    24:10
    40:12

identify
    4:11

identity
    4:20

imagine
    20:8

inaudible
    19:10
    34:17

incident
    6:18 9:20



10:4,7
11:5,21
17:5
22:17
40:23
45:20

**including**
17:7 25:5

**industry**
44:9

**informed**
11:16

**initially**
41:11,24

**input**
37:23

**inside**
8:10,16
40:17

**inspect**
43:13

**inspecting**
32:22

**inspection**
32:17
33:3,15

**install**
25:4
29:24
31:2
42:16

**installation**
6:10,15
7:25
12:12
30:17
33:19
35:25
39:17
43:12

**installations**
35:23

**installed**
17:4 22:5
41:25
43:2

**intent**
38:6,14,
18,24
39:3

**interaction**
13:4

**Interesting**
7:1

**internal**
41:13

**internally**
32:6
38:25

**interruption**
18:2
26:22

**investigation**
33:18

**involved**
9:20
31:24
40:3 43:3
45:20

**involvement**
12:10

**Ipe**
6:22 7:8,
11 10:24
25:4
34:23
35:4,12

**issue**

6:17
16:21
35:14
43:16
45:9

**issued**
4:21

**issues**
17:19
27:7

---

**J**

**Jacuzzi**
6:11,15,
17 9:11,
13,16
10:2,14
14:6,22
18:1
19:15,23
22:6,13
24:13
25:10
29:2,7
30:25
31:1,3
33:7 34:2
36:9
37:16,23
38:8
39:18
41:24
42:9
43:11
44:10
45:8,25
46:6

**Jacuzzi-type**
8:1

**Jacuzzis**
8:9 42:2

**Jarnagin**
4:16 11:9
12:6,10
18:3 21:9
22:18
27:9 28:3
33:1,11,
17 35:2,
16,24
40:21
44:4,17,
20 45:11
46:14,19,
21

**jot**
21:11

**jury**
5:15

---

**K**

**kind**
7:12 13:9
17:17
26:11
30:7
32:4,18
33:14
39:8,21
42:22
43:2

**knew**
27:22,25

**knowledge**
10:12
17:3,17,
25 18:14,
15 42:21
46:7,9

**knowledgeable**
11:19
35:21
43:24

---

**L**

**Lanken**
4:8

**lateral**
17:12

**laterally**
16:18

**lay**
30:5

**leak**
15:5

**Learned**
30:15

**leave**
15:3
43:15

**left**
19:7
26:25
27:3
42:11

**level**
16:19
17:20
24:2
31:25

**license**
4:21

**lifted**
43:11

**located**
4:19

**locks**
16:6
19:12

**logistics**
6:2 43:10

**long**



longer
42:13,20

looked
30:12
31:22
38:20
41:7,11,
12

lost
39:8

lot
29:3

loud
21:10

**M**

Madam
34:8

made
8:6 11:18
34:2

maintain
28:17

maintenance
8:17 12:4
14:18
15:8
35:13,21,
22 36:1,2
44:13
46:8

make
21:9
27:17
34:15

makes
30:24

man
12:18

41:17

manage
5:25 6:1

manager
5:21,23
15:4 36:1

mark
4:8 15:10
17:22
21:14
22:25
24:4,7
40:9,15

marked
15:12
18:9
21:16
23:1 24:9
40:11
44:22

marking
18:7

match
24:21

material
7:13
10:24
32:14
34:23
35:9

materials
43:11

matter
4:4

Matthias
4:14

meant
23:5,6

meet
5:18

meeting
39:19

44:14

members
12:3
19:18

mentioned
22:24

Miami
4:19

middle
27:3

mine
12:15

minute
23:4

missed
9:3

misunderstand
14:8

modification
42:4

modifications
29:3

Module
29:25

Monday
4:2

morning
5:14

Motor
4:22

mouse
19:8

move
11:22,25
14:4 19:7
33:11

**N**

necessarily
6:5 42:1

needed
24:21
27:24
44:24

Nick
4:9

number
4:7

**O**

oath
4:25

objection
4:23 5:1
18:3
22:18
27:9 28:3
33:1
35:2,16
44:4

Ocean
39:22

October
20:25

older
13:2

one's
46:3

operational
22:21

operations
42:18

order
7:3 22:24

23:6,17,
25 24:5,
6,7,13
27:6
29:2,4
32:22
44:22

ordered
29:3
46:22

orders
46:8,18

oversee
6:10 9:25

**P**

paint
24:21
25:15
27:14,15
46:2,4

painting
25:9

pan
16:5

panel
19:7

pantry
25:5

part
8:20 15:2
16:21
26:25
29:23
36:8,23

parts
41:13

passengers
39:6



past
  24:5

people
  30:6

Perfect
  33:22
  34:13

perform
  8:17

pergola
  25:21,23
  29:24
  30:3,7,
  14,17

pergolas
  25:13

perimeter
  14:21
  25:17
  26:15
  37:14

personal
  10:12

perspective
  16:21

phonetic
  19:1

photo
  21:13,19
  30:12

photograph
  18:12
  20:13,14
  21:3,8
  26:25
  27:4 41:5

photographs
  17:23,25
  40:17,19

picture
  16:12

25:14
36:20

pictures
  21:22

piece
  26:11
  37:13

pipes
  20:9
  39:20

piping
  39:20

place
  22:17
  43:11,12

placement
  10:1

plaintiff
  4:15

plaintiff's
  15:11,12
  18:8,9
  21:14,16
  22:25
  23:1
  24:7,9
  25:18
  31:6
  36:21
  40:10,11,
  15

planking
  25:4

platform
  14:15
  19:7
  31:1,3,4

pleasure
  5:18
  44:14

point

8:15
28:23
39:9

pointing
  16:13

pool
  8:9 9:6,
  13 22:4

position
  5:20
  42:14

possession
  33:13
  41:8

possibly
  39:19

potentially
  35:14

power
  39:23

pre-existed
  17:9,13

preempted
  27:13

preliminary
  38:15

prep
  24:20
  27:23
  44:23

prepping
  25:8

present
  27:22,25

prevent
  43:25

preventative
  27:11

previous
  9:22
  21:13

previously
  18:12

prime
  25:15
  27:15

primer
  24:20
  27:23
  44:23
  46:4

proceed
  5:10

process
  27:17
  33:3 38:1

produced
  17:24
  20:13

products
  23:10

project
  5:21,23
  6:5,13
  7:17 11:3
  18:18,20
  20:14
  21:19,20
  27:17
  40:6
  42:16

projects
  5:25 6:14

protect
  27:16

protection
  46:4

provisions
  23:15

pull
  21:7
  33:18

pulled
  23:8
  44:21

purchase
  7:3 22:24
  23:6,17,
  25 24:5,
  6,7,13
  27:6
  29:1,4
  32:22
  44:22

purchasing
  37:16

purpose
  14:17

put
  5:8 9:16
  14:2
  43:11

putting
  34:21


Q

question
  10:21
  12:7
  21:11
  41:10,21

questions
  44:12,15,
  18,23
  45:11,15
  46:16

quick
  21:8
  36:21



quicker
 12:15

_____

**R**

railing
 26:13,16

railings
 31:3

rain
 45:22

raining
 18:24

raise
 5:4

rank
 13:12

re-doing
 42:1

read
 24:18

real
 21:8
 36:20

reason
 17:14
 19:21
 22:15

recall
 10:9,10
 33:2,9
 39:19,23,
 25

recess
 11:12

recollectio
n
 14:13
 20:10

record

4:1 5:16
11:8,10,
13 40:18
46:17
47:11

REDIRECT
 45:16

reference
 24:18

referred
 30:18

referring
 6:19
 24:25
 26:24
 30:3,19
 44:24

refers
 25:16
 26:22,23

refurbished
 13:3

refurbishin
g
 14:2

refurbishme
nt
 5:22

refurbishme
nts
 13:21
 41:23

reinforceme
nts
 41:23

related
 33:18
 42:22
 44:13
 46:8

relationshi
p
 12:21,22

remember
 9:9 20:20
 22:10
 41:15
 44:25

remodeling
 14:2

remote
 4:8,24

removable
 15:24

removal
 29:10

removed
 22:16

removes
 16:6

removing
 25:6

repaired
 24:19

repairing
 27:11

repairs
 41:23

repeat
 43:7

replace
 9:14 15:4
 20:2

replaced
 20:9

replacement
 9:17 10:3

replacing
 9:21 25:7

report
 32:17
 33:15
 40:18

reporter
 4:9,18
 5:8 20:18
 21:11
 34:8,11
 43:6

represent
 4:12 23:7

represented
 11:23

representin
g
 4:10

require
 25:14

resin
 46:4

resistance
 34:24

response
 20:15
 21:5

responsible
 32:9

review
 38:4

reviewed
 32:5

reviewing
 32:9

road
 27:18

roof
 30:9

rot
 34:24

35:14

rot-
resistant
 35:9

routine
 35:13

rules
 22:4,13

run
 36:7

running
 39:20,23

rust
 27:8,21,
 25 28:18

rusted
 24:20
 27:16,24
 44:24

_____

**S**

safe
 28:20

safeguards
 43:22,25

Safety
 4:21

salt
 45:22

Sanchez
 4:4 5:4,
 6,17,19
 12:15
 21:9
 33:17,21
 34:15
 35:24
 40:23
 41:3 43:7
 44:14,21



47:11

Sanchez's
12:10

sand
24:20
25:15
27:14,23
44:23

sanding
25:8

schedule
6:9

scratch
32:4

scroll
29:7,8,9,
18

scrolling
29:13,14,
15

sea
45:22

seal
16:6

section
25:2

selling
23:9

semi-open
30:9

send
38:10

senior
5:21,23

sense
30:24

separated
36:22
37:1,7

September
4:3

serve
14:17

shape
28:9

ship
6:12 8:1
9:2,4,22
10:2 12:7
13:23
17:18
26:3,5
28:19
32:4 36:2
37:2,18,
20 41:7,
12 42:11,
17,23
43:1,16,
19 44:25
45:3 46:1

ships
6:4 9:7,8
10:18,21,
25 11:3
12:25
13:2,22
14:3
32:18

shipyard
13:1
43:3,9

shortly
18:19,20
22:9

show
18:6
20:12
22:23
25:18
40:14

showed

19:5

shower
19:6
25:17
26:14

shows
38:8

side
8:19,21,
22 14:7
16:10,22
19:15,19,
23 20:5
26:4,13

signed
42:17

similar
16:24

sir
5:8

sister
10:18,21

sit
37:20

sitting
36:10,19

sketch
38:7

skirting
24:21
25:5

slightly
16:15

soft
34:9

Solutions
4:10

Southern
4:6

speak
36:2

special
34:24

specificall
y
6:16
24:24
29:7

specificati
ons
13:19
24:22

stainless
16:6

stamped
24:17

standard
47:5

standards
44:9

started
11:1
40:5,8

starting
41:4

state
4:12

stated
23:16

States
4:6

steel
8:4,6,10,
24 24:19
25:7,8,
14,19,21
26:2,8
27:16
36:14,19
37:3,4,5,

6,12 45:2

step
15:23
20:6,7
39:6

steps
14:15
19:6 31:3
38:8

stipulation
5:2

straight
26:12

streamline
11:15

strong
35:5

structural
42:8

structure
6:17 7:23
8:1,6,16
9:15
10:2,3,8,
14,19,21
11:21
12:12
13:9
14:6,25
19:19
25:24
27:3
30:8,19
34:2
35:1,8,
12,13
36:7,9,10
37:1,6,
16,24
40:22
41:24
44:10
45:3,6,8,



25

**structures**
6:11  44:3

**stuff**
32:22

**subject**
7:21
45:21,24

**subordinate**
13:11

**Substation**
39:24

**suggestions**
37:25

**superior**
13:10

**supervised**
6:14
12:11

**supply**
25:3
29:24
31:2

**support**
11:20
17:4,8,9,
12  36:15
40:22
41:5

**suppose**
31:24
35:17
46:1

**supposed**
12:4

**surface**
16:19

**surrounding**
45:8

**swear**

5:2

**sworn**
4:13  5:7

**synced**
47:5

———————

**T**
———————

**t/s**
29:25

**talking**
6:16

**tank**
14:24

**teak**
6:17,21,
24,25
7:2,11
8:5  33:19
35:25
36:3

**technical**
38:12

**term**
30:15

**terms**
23:7,22
24:1,6

**test**
43:13

**testified**
5:7

**That'd**
35:19

**thing**
25:22
30:11,12

**things**
35:13

**tight**
19:25

**time**
4:2,23
11:11,14
20:21,24
21:3,23,
24  22:17
28:7,24
39:8  40:5
41:16
42:14
45:12
47:7

**today**
17:24
30:15
45:12

**Tondo**
31:13,17
37:17
38:2,12,
25  39:11,
17

**top**
8:19,25
10:16
11:4  14:7
16:19,25
19:13,19
20:5  32:5
39:5
40:20
44:2

**touching**
36:15

**tough**
6:23

**transcript**
46:17,20,
22  47:3,4

**transcripts**
34:17

47:9

**treats**
35:8

**trellis**
25:23
30:7,9

**Tutto**
31:13,17
37:17
38:2,11,
25  39:11,
17

**two-and-a-
half**
13:25

**type**
7:11,13,
19,22  8:4
10:2,14,
24  17:7,
18  30:11,
12  32:13,
20  33:15
34:24,25
35:9,12
37:22
42:3,8,22
43:22,25
44:3,8

**types**
23:22

**typically**
20:11
22:10
28:9
32:7,12,
17  33:4
42:20
43:17

———————

**U**
———————

**Uh-huh**

7:10
19:17
30:21

**underneath**
8:17
14:22
36:7,8
46:6

**understand**
7:13

**undertake**
33:18

**United**
4:6

———————

**V**
———————

**Vehicles**
4:22

**ventilation**
19:13

**verbal**
20:15
21:5
34:11

**versus**
4:5  8:5

**vertical**
14:14
16:7
19:5,7,
11,20
20:4,5
25:14,21
30:8
36:14,16
37:12
39:4,5
45:6  46:2

**vertically**
26:12



video
    46:17,20,
    23 47:4,
    7,8

videoconference
    4:3 47:10

view
    16:3

visibly
    28:18

Vitols
    12:18

Von
    4:8

## W

wait
    23:4

walk
    14:14

walkway
    37:10,12

Walter
    44:15

Wampole
    4:5,15
    6:18 16:9

Wampole's
    9:20
    10:4,7
    11:5,21
    17:5
    22:17
    40:23
    45:20

wanted
    22:12
    34:15

warranty
    34:1,5
    42:19
    43:16

website
    23:8

weld
    25:15
    27:15

welding
    25:8

wet
    18:24

whirl
    22:4

whirlpools
    8:10

white
    24:21
    26:9,23,
    24 27:2

wind
    45:22

windscreens
    37:13

witness'
    34:8

witnesses
    17:16

wood
    6:21
    7:16,19,
    22 25:24
    34:25
    35:12

wooden
    45:8

work
    12:22,23
    13:2,3,15

23:21,23,
25 27:13
32:25
46:7

worked
    31:18

working
    14:3

works
    12:24,25
    13:20
    32:10
    42:16

## Y

yard
    42:23
    43:1

year
    20:22
    42:20
    43:17

years
    13:22,23,
    25 21:1
    33:9

Yordan
    11:19
    12:7
    35:25

## Z

Zone
    4:2


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com