Case 1:16-cv-24687-KMW - Document 178-11 Entered on FLSD Docket 07/19/2021 Page 1 of 2



Matthias Hayashi <mhayashi@aronfeld.com>

## Activity in Case 1:16-cv-24687-KMW LEBRON v. Royal Caribbean Cruises LTD Order on Motion for Bill of Costs

1 message

**cmecfautosender@flsd.uscourts.gov** <cmecfautosender@flsd.uscourts.gov>          Tue, Aug 13, 2019 at 6:19 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/13/2019 at 6:19 PM EDT and filed on 8/13/2019
**Case Name:**          LEBRON v. Royal Caribbean Cruises LTD
**Case Number:**          1:16-cv-24687-KMW
**Filer:**
**WARNING: CASE CLOSED on 12/18/2018**
**Document Number:** 379(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court on Defendant's Bill of Costs, [350], and Defendant's Verified Motion to Tax Costs, ECF No. [351]. Plaintiff filed his Response to Defendant's Motion to Tax Costs and Plaintiff's Objections to Defendant's Bill of Costs, ECF No. [356], and Defendant filed its Reply in Support of Its Motion to Tax Costs and Reply to Plaintiff's Objections to the Bill of Costs, ECF No. [358]. Plaintiff requests the Court to stay Defendant's Bill of Costs and Verified Motion to Tax Costs pending the resolution of the appeal in this matter. ECF No. [356] at 2. Defendant does not oppose a stay pending the appeal, but states that if the appeal is denied, it is entitled to costs with interest from December 18, 2018, the date of the Court entered Final Judgment. ECF No. [358] at 2. Based on a careful review of the record in this case, and noting that the appeal in this case remains pending, it is hereby ORDERED AND ADJUDGED that Defendant's Bill of Costs, ECF No. [350], and Defendant's Verified Motion to Tax Costs, ECF No. [351], shall be STAYED pending the resolution of Plaintiff's appeal. Defendant may seek to reinstate its Bill of Costs and Verified Motion to Tax Costs, if appropriate, by filing a motion with the Court within fourteen (14) days from the date that the mandate is issued by the Eleventh Circuit Court of Appeals. The undersigned will determine the appropriate calculation of prejudgment interest once the stay is lifted. Signed by Magistrate Judge Jacqueline Becerra on 8/13/2019. (jv00)**

**1:16-cv-24687-KMW Notice has been electronically mailed to:**

Amanda Jean Sharkey Ross &nbsp &nbsp amanda.ross@henlaw.com, crcano@fflegal.com

Clyde Stuart Dunton-Gallagher &nbsp &nbsp cgallagher@fflegal.com, clyde@tutanota.com, sargy@fflegal.com

Darren Wayne Friedman &nbsp &nbsp dfriedman@fflegal.com, alanauze@fflegal.com, ashoham@fflegal.com, cgallagher@fflegal.com, kgrossman@fflegal.com, mfonticiella@fflegal.com, mrivera@fflegal.com, sargy@fflegal.com

Elisha Sullivan &nbsp &nbsp esullivan@hamiltonmillerlaw.com, dlemus@hamiltonmillerlaw.com, vbain@hamiltonmillerlaw.com

Karen Foy Grossman &nbsp &nbsp kgrossman@fflegal.com, mfonticiella@fflegal.com

Lauri Beth Waldman-Ross &nbsp &nbsp lwrpa@laurilaw.com, rossgirten@laurilaw.com

Matthias Masayasu Hayashi &nbsp &nbsp mhayashi@aronfeld.com, matthiashayashi@yahoo.com

Nicolas G. Sakellis &nbsp &nbsp nsakellis@att.net

Rachael Mitchell Fagenson &nbsp &nbsp rfagenson@ncl.com, ddeluca@ncl.com, jjara@nclcorp.com

Raul Gabriel Delgado , II &nbsp &nbsp rdelgado@gslawusa.com, filing@gslawusa.com

Spencer Marc Aronfeld &nbsp &nbsp aronfeld@aronfeld.com, abaez@aronfeld.com, aballoveras@aronfeld.com, aivey@aronfeld.com, jponce@aronfeld.com, mhayashi@aronfeld.com

**1:16-cv-24687-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**